IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-8-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ZIYAD YAGHI | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

Comes now the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby provides notice to this Court and the defendant, ZIYAD YAGHI, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the government intends to offer into evidence or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1811, 1821-1829.

Respectfully submitted this 27th day of July, 2009.

                GEORGE E.B. HOLDING
                United States Attorney

                *Barbara D. Kocher*
                BY: BARBARA D. KOCHER
                Assistant United States Attorney
                Criminal Division
                United States Attorney's Office
                310 New Bern Avenue, Suite 800
                Raleigh, NC 27601
                Telephone: 919-856-4530
                Fax: 919-856-4487
                E-mail: barb.kocher@usdoj.gov
                State Bar No. 16360

                *Jason M. Kellhofer*
                JASON M. KELLHOFER
                Trial Attorney
                United States Department of Justice
                National Security Division
                Counterterrorism Section
                10TH Street & Pennsylvania Ave., N.W.
                Room 2740
                Washington, D.C. 20530
                (202) 353-7371
                Fax: (202) 353-0778
                E-mail: jason.kellhofer@usdoj.gov
                OH Bar: 0074736