UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO CONTINUE |
| | ) | DETENTION HEARING |
| ZIYAD YAGHI | ) | |
| | ) | |

For good cause shown, the motion by Defendant Ziyad Yaghi to continue the detention and probable cause hearing in this matter is ALLOWED. The hearing shall be rescheduled for _____, 2009 at _____ am/pm, in _____.

The ends of justice being served by this continuance outweigh the interests of the Defendant and the public in a speedy trial, in that counsel requires additional time to meet with the Defendant and confer with him to prepare for hearing; therefore, such period of delay occasioned by this continuance is excluded from speedy trial computation under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED, this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES MAGISTRATE JUDGE