# UNITED STATES DISTRICT COURT
for the
EASTERN District of NORTH CAROLINA

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZIYAD YAGHI | ) | Case No. 5:09-CR-216-8FL(1) |
| Defendant | ) | |

RECEIVED JUL 2 4 2009

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ZIYAD YAGHI ,
who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment  ❑ Superseding Indictment  ❑ Information  ❑ Superseding Information  ❑ Complaint
❑ Probation Violation Petition  ❑ Supervised Release Violation Petition  ❑ Violation Notice  ❑ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 U.S.C. § 2339A - Conspiracy to provide material support to terrorists
Count 2 - 18 U.S.C. § 956(a) - Conspiracy to murder, kidnap, maim, and injure persons in a foreign country

FILED JUL 2 9 20..
DENNIS P. IAVARONE, CLE
US DISTRICT COURT, EDN
BY_____ DEP CL

Bail Recommended by United States Attorney: DETENTION

Date: Jul 23, 2009                              *Laura E Cren*
                                                *Issuing officer's signature*

City and state: RALEIGH, NORTH CAROLINA         DENNIS P. IAVARONE, CLERK OF COURT
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 07-27-09
at *(city and state)* _____ .

Date: 07-28-09

*by Karen U. Thomas* USMS
*Arresting officer's signature* E/NC

*Paul Manilla, FBI*
*Printed name and title*