IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-2
5:09-CR-216-FL-4
5:09-CR-216-FL-5
5:09-CR-216-FL-7
5:09-CR-216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| HYSEN SHERIFI, | ) | |
| ZAKARIYA BOYD, | ) | |
| DYLAN BOYD, | ) | |
| MOHAMMAD OMAR ALY HASSAN, | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **August 14, 2009**. Local Criminal Rule 16.1(b), E.D.N.C.

All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **August 26, 2009**. Responses to motions shall be filed no later than **September 10, 2009**. Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1, E.D.N.C., may be summarily denied. Motion hearings, as necessary, shall be conducted by a district or magistrate judge in advance of trial.

This case is set for arraignment and trial at that term of criminal court commencing on **October 5, 2009** before Louise W. Flanagan, Chief United States District Judge, in New Bern, North Carolina. Where a trial is anticipated, counsel for each party shall file with the clerk and transmit electronically to Judge Flanagan on or before **September 29, 2009** (1) a list of voir dire questions

as required by Local Criminal Rule 24.2, E.D.N.C.; and (2) requests for jury instructions. Local Criminal Rule 24.1, E.D.N.C. (as amended herein to require these submissions not later than the Tuesday preceding the first day of the session). The electronic copies shall be transmitted in Word Perfect format to **proposedorders_nced@nced.uscourts.gov**.

Any request for a continuance of arraignment and trial must be filed not later than **September 30, 2009**. A continuance request filed after this date, absent extenuating circumstance, summarily may be denied.

SO ORDERED, this the 31st day of July, 2009.

James E. Gates
United States Magistrate Judge