UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CR-00216-6-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| SEALED DEFENDANT ) | |
| Defendant ) | |

Upon motion of the United States [DE-88], it is hereby ordered that the Clerk unseal and publish the captioned Indictment in its entirety.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 3rd day of August, 2009.

_____
William A. Webb
U.S. Magistrate Judge