UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DANIEL PATRICK BOYD, | ) | **CONSENT MOTION FOR** |
| a/k/a Saifulla, | ) | **STATUS CONFERENCE** |
| HYSEN SHERIFI, | ) | |
| ANES SUBASIC, | ) | |
| ZAKARIYA BOYD, | ) | |
| DYLAN BOYD, a/k/a Mohammad, | ) | |
| MOHAMMAD OMAR ALY HASSAN, | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this motion for a status conference with consent of all parties.

Initial discussion was had between counsel for all parties as a result of the Court's directive in its August 3, 2009 Order. The government explained that substantial unclassified discovery is expected to go out in a timely manner, in approximately twenty days. The anticipated disclosure includes significant paper, as well as a number of audio recordings. As a result, all parties expressed joint interest in meeting with the assigned Honorable Chief United States District Judge for a status conference, to review the scheduling order entered July 31, 2009, as well as to

discuss the setting of the CIPA pretrial conference. The government requests the CIPA conference be had at a date after the subject status conference.

For these reasons, the government, with consent of all parties, requests a status conference in this matter. If it pleases the Court, all attorneys involved are available for a conference the last week of August. Further, after conference with United States Magistrate Judge William A. Webb, the parties understand that the deadlines established in the scheduling order entered July 31, 2009 will be terminated until such time as an amended order can be entered after the requested status conference.

Respectfully submitted this 5th day of August, 2009.

GEORGE E.B. HOLDING
United States Attorney


By: /s/ Barbara D. Kocher
BARBARA D. KOCHER
JASON H. COWLEY
Assistant U.S. Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360

/s/ Jason M. Kellhofer
JASON M. KELLHOFER
Trial Attorney
U. S. Department of Justice
National Security Division, CTS
10TH St & Penn. Ave., N.W.
Room 2740
Washington, D.C. 20530
(202) 353-7371
Fax: (202) 353-0778
OH Bar: 0074736
E-mail: jason.kellhofer@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 5th day of August, 2009, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

John Keating Wiles
133 Fayetteville Street
P. O. Box 1029
Raleigh, NC 27602

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh , NC 27605


      /s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail:  barb.kocher@usdoj.gov
State Bar No. 16360