IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | |
| ANES SUBASIC; | ) | ORDER |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on motion of the United States of America for a status conference with consent of all parties. (DE #107.) The court allows the motion and sets this matter for conference before the undersigned on Thursday, August 27, 2009, at 1:00 p.m. at the Terry Sanford Federal Building and Courthouse, Raleigh, North Carolina. Case deadlines set forth in the scheduling orders entered July 31, 2009 are terminated. At the conference, the court will address scheduling issues and setting of the separate CIPA conference.

SO ORDERED, this the 6th day of August, 2009.

_____
LOUISE W. FLANAGAN
Chief United States District Judge