UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO |
| | ) | EXCLUDE OR REDACT |
| ZIYAD YAGHI | ) | STATEMENT |
| | ) | |

For good cause shown, the Motion to Exclude or Redact Statement by Defendant Ziyad Yaghi in this matter is ALLOWED.

The Government is prohibited from admitting that portion of Co-Defendant Daniel Boyd's post-arrest statement wherein he stated that Defendant Ziyad Yaghi would "visit his residence and liked to hang out there."

SO ORDERED, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE