IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) | |
| "Saifullah" ) | |
| HYSEN SHERIFI ) | |
| ANES SUBASIC ) | |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the consent motion of the United States for a scheduling order in which the United States and the seven above-captioned defendants, through counsel, propose a pre-trial schedule for this matter. Due to the complexity of the case and the apparently large amount of discovery, as well as the complex matters surrounding the production of discovery in this matter, the Court concludes that the ends of justice served by continuing this matter outweigh the best interest of the public and defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A) and (B)(ii). In accordance with the jointly proposed schedule, the deadlines in this matter SHALL BE:

| Event | Date |
|---|---|
| Production of Unclassified Discovery Concludes: | September 30, 2009 |
| Declassification Process and Production of Sensitive Discovery Concludes: | December ~~21~~ 17, 2009 |
| CIPA Section 2 Hearing | December ~~21~~ 17, 2009 |
| CIPA Section 4 Hearing: | January 14, 2010 |
| ~~Experts Notices Due:~~ | ~~February 1, 2010~~ |
| Production of Classified Discovery Concludes: | February 11, 2010 |
| Status Conference ~~Pre-Trial Motions Deadline:~~ | February ~~25~~ 18, 2010 |
| ~~Responses Due:~~ | ~~March 11, 2010~~ |
| ~~Status Conference:~~ | ~~March 30, 2010~~ |
| ~~Trial Date:~~ | To be set by the Court at the ~~March 30, 2010~~ Status Conference |

Speedy Trial times is excluded pursuant to 18 U.S.C. § 3161(h)(7).

SO ORDERED, this 27th day of Aug, 2009.

The Honorable Louise W. Flanagan
Chief United States District Judge