IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" | ) |  |
| HYSEN SHERIFI; | ) |  |
| ANES SUBASIC; | ) | ORDER |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) |  |
| DYLAN BOYD, a/k/a "Mohammed;" | ) |  |
| JUDE KENAN MOHAMMAD; | ) |  |
| MOHAMMAD OMAR ALY HASSAN; | ) |  |
| and | ) |  |
| ZIYAD YAGHI, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This matter is before the court of its own initiative, having reflected on the briefing process of or relating to decision on the four pending motions for review of detention order, variously filed between August 14, 2009 and today. The court does not now seek omnibus response as previously provided; rather, the government is directed to file separate response to each such motion, within the time allowed.

SO ORDERED, this the 3rd day of September, 2009.

LOUISE W. FLANAGAN
Chief United States District Judge