UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
<u>     WESTERN     </u> DIVISION
NO. <u>     5:09-CR-216-8-FL     </u>

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | WAIVER OF INITIAL APPEARANCE |
| | ) | ON A SUPERCEDING INDICTMENT |
| ZIYAD YAGHI | ) | |

   Defendant <u>ZIYAD YAGHI</u>, by and through undersigned counsel, waives the right to an initial appearance on the superceding indictment filed on <u>9/24/09</u>. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

Additional comments: _____

_____

_____


Date: _____

                Signature: _____