AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

**DANIEL PATRICK BOYD**
HAYSEN SHERIFI
ANES SUBASIC
ZAKARIYA BOYD
DYLAN BOYD
MOHAMMAD HASSAN
ZIYAD YAHGI

NOTICE

CASE  5:09-CR-216-FL

TYPE OF CASE:

    CIVIL      X  CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Terry Sanford Federal Bldg. & Courthouse** <br> **310 New Bern Ave.** <br> **Raleigh, NC 27601** | **COURTROOM #2 - SEVENTH FLOOR** <br> DATE AND TIME <br> **Thursday, December 17, 2009 at 10:30 a.m.** |

TYPE OF PROCEEDING

**CIPA SECTION 2 HEARING**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

**DENNIS P. IAVARONE, CLERK**
U.S. MAGISTRATE JUDGE OR CLERK OF

11/20/2009
DATE

*(signature)* Jonna Rudd, Deputy
(BY) DEPUTY CLERK

TO: Counsel of Record
Dennis P. Iavarone, Clerk
Shannon Thuemmel
Court Reporter
CSO @ New Bern