UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL PATRICK BOYD, ET AL. | DEFENDANTS' JOINT REQUEST FOR AN ADDITIONAL PROVISION TO PROTECTIVE ORDER |

On behalf of defendant Daniel Patrick Boyd, and with the consent of counsel for Mr. Boyd's co-defendants in the above-captioned case, undersigned co-counsel respectfully submit this joint request that the Court add the following provision to paragraph 2 of the Court's Protective Order: "Such communications and consultations shall be memorialized in writing and placed under seal for preservation of the Record."

The defendants do not object to the Court's protective order as shown in appendix "A" subject to the Court's proposed changes.

Respectfully submitted this 24th day of November of 2009.

THOMAS P. McNAMARA
Federal Public Defender


*/s/ Rosemary Godwin*
ROSEMARY GODWIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236

1

Fax: 919-856-4477
E-mail: Rosemary_Godwin@fd.org
N.C. State Bar No. 18217
LR 57.1 Counsel, Appointed


***/s/ Debra Carroll Graves***
DEBRA CARROLL GRAVES
Assistant Federal Public Defender
Senior Trial Attorney
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Debra_Graves@fd.org
N.C. State Bar No. 13513
LR 57.1 Counsel, Appointed

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of the foregoing was served upon:

BARBARA D. KOCHER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

and

JASON HARRIS COWLEY
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on November 24, 2009, using the CM/ECF system which will send notification of such filing to the above.

   This the 24th day of November, 2009.

               ***/s/ Rosemary Godwin***
               ROSEMARY GODWIN
               Assistant Federal Public Defender
               Attorney for Defendant
               Office of the Federal Public Defender
               150 Fayetteville Street, Suite 450
               Raleigh, North Carolina 27601
               Telephone: 919-856-4236
               Fax: 919-856-4477
               E-mail: Rosemary_Godwin@fd.org
               N.C. State Bar No. 18217
               LR 57.1 Counsel, Appointed

*/s/ Debra Carroll Graves*
DEBRA CARROLL GRAVES
Assistant Federal Public Defender
Senior Trial Attorney
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Debra_Graves@fd.org
N.C. State Bar No. 13513
LR 57.1 Counsel, Appointed

| | |
|---|---|
| Robert J. McAfee<br>McAfee Law, P.A.<br>Post Office Box 905<br>New Bern, NC 28563 | Myron T. Hill, Jr.<br>Browning & Hill<br>200 East Fourth Street<br>Greenville, NC 27835 |
| John Keating Wiles<br>Cheshire Parker Schneider Byrant & Vitale<br>Post Office Box 1029<br>Raleigh, NC 27602 | Joseph E. Zeszotarski, Jr.<br>Poyner & Spruill<br>Post Office Box 10096<br>Raleigh, NC 27605 |
| R. Daniel Boyce<br>Boyce & Isley, PLLC<br>Post Office Box 1990<br>Raleigh, NC 27602-1990 | John D. McCullough<br>Stubbs & Perdue, P.A.<br>310 Craven Street<br>Post Office Box 1654<br>New Bern, NC 28563 |