IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" HYSEN SHERIFI; ANES SUBASIC; ZAKARIYA BOYD, a/k/a "Zak;" DYLAN BOYD, a/k/a "Mohammed;" JUDE KENAN MOHAMMAD; MOHAMMAD OMAR ALY HASSAN; and ZIYAD YAGHI, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on filing entitled "Motion for Miscellaneous Relief." Clarification is requested concerning whether defendants shall attend hearing set earlier in the case for December 17, 2009. Request is made for the court to decide now the sum of matters then to be taken up and a course of action respectfully is outlined by the government for the court's consideration in this regard. In accordance with prior orders, and as reasonably required under law, defendants shall have opportunity personally to attend. The court declines to speculate now on ordering of the hearing but shall hear the parties further on this December 17, 2009.

SO ORDERED, this the 11th day of December, 2009.

LOUISE W. FLANAGAN
Chief United States District Judge