IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court for the scheduling of a discovery conference with counsel, as discussed at the hearing in this case yesterday before the Honorable Louise W. Flanagan. The undersigned shall hold a conference with counsel regarding discovery procedures on Friday, 8 January 2010, at 2:30 p.m. in the 6th Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. The following counsel shall attend: R. Daniel Boyce, as representative of the Panel attorneys of record in the case; either of the Assistant Public Defenders of record in the case; and either of the Assistant United States Attorneys of record in the case. Other counsel of record may attend.

Counsel attending the conference shall be prepared to address the following matters: (1) measures the parties have already taken to facilitate the discovery process; (2) any remaining inefficiencies or other deficiencies in the discovery process; (3) the government's provision of indexes or other identifiers to defense counsel to facilitate their review of audio recordings produced in discovery; and (4) any additional measures the parties could take or the court could impose to facilitate discovery. The attorneys who are directed above to attend the conference shall confer prior to it in a good faith effort to develop for the court's consideration at the conference a joint list of measures to facilitate discovery.

SO ORDERED, this the 18th day of December 2009.

James E. Gates
United States Magistrate Judge