IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PATRICK BOYD, a/k/a )<br>"Saifullah;" )<br>HYSEN SHERIFI; )<br>ANES SUBASIC; )<br>ZAKARIYA BOYD, a/k/a "Zak;" )<br>DYLAN BOYD, a/k/a "Mohammed;" )<br>MOHAMMAD OMAR ALY HASSAN; )<br>and )<br>ZIYAD YAGHI, )<br>)<br>Defendants. ) | ORDER |

This order memorializes the court's determination at hearing December 17, 2009, that the government shall provide to counsel for defendants its initial draft of its proposed protective order for classified information on or before January 4, 2010.

After discussion with counsel at said hearing, where matters bearing on discovery review, and filing of anticipated motions also were considered, and where the government provided estimate as to anticipated trial length, the court sets trial to begin Monday, September 20, 2010. Said special trial setting shall aid counsel now in conforming their schedules where trial reasonably may extend through October 29, 2010, and provide a reference point also in determination of further scheduling issues remaining to be decided, including but not limited to, a date for conduct of further procedures under CIPA, after the section 4 hearing[1], the court's determination of a pretrial motions deadline in

---

[1] On or before January 4, 2010, the government's submission to the court in anticipation of the January 14, 2010, *ex parte* CIPA section 4 hearing shall be filed, and delivered immediately by the CSO to the court.

the case, and arraignment. The clerk of court shall notice this special trial setting and take into consideration in administration of the undersigned's docket that trial of this matter shall take priority in the clerk's construction of the regular criminal docket in the month of October 2010. Proposed voir dire and jury instructions shall be filed on or before September 7, 2010. Pre-trial conference may be undertaken as necessary Friday, September 10, 2010.

SO ORDERED, this the 23rd day of December, 2009.

LOUISE W. FLANAGAN
Chief United States District Judge