IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) | |
| "Saifullah;" ) | |
| HYSEN SHERIFI; ) | AMENDMENT TO |
| ANES SUBASIC; ) | PROTECTIVE ORDER FOR |
| ZAKARIYA BOYD, a/k/a "Zak;" ) | SENSITIVE MATERIALS |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |

Good cause having been shown, the court AMENDS the protective order for sensitive but unclassified information (D.E. #188) by adding requirement that litigation support personnel, including transcriptionists, are included among those categories of persons required to be given a copy of the protective order, to read same, and to execute the associated Memorandum of Understanding in any instance where sensitive discovery material is anticipated to be disclosed to them by defense counsel. In accordance with said protective order as herein amended, defendants shall file with the court, *ex parte* and under seal, a copy of each Memorandum of Understanding signed pursuant to this provision.

SO ORDERED, this the 23rd day of December, 2009.

LOUISE W. FLANAGAN
Chief United States District Judge