IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) | |
| "Saifullah" ) | |
| HYSEN SHERIFI ) | **NOTICE OF FILING** |
| ANES SUBASIC ) | |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States hereby gives notice that it has this date filed, in camera and under seal, a classified ex parte supplement with the Court Security Officer, or designee.

Respectfully submitted this 13th day of January, 2010.

GEORGE E. B. HOLDING
United States Attorney

BY: /s/ Barbara D. Kocher          /s/ Jason Kellhofer
Assistant U.S. Attorney            Trial Attorney
310 New Bern Avenue, Suite 800     U.S. Department of Justice
Raleigh, NC 27601                  Counter-Terrorism Section
Tel: 919-856-4530                  10th St. And Penn. Ave. N.W.
Fax: 919-856-4487                  Room 2740
Email: barb.kocher@usdoj.gov       Washington, D.C.  20530
N.C. Bar No.   16360               Tel: (202 353-7371
                                   Fax: (202) 353-0778
                                   Email: jason.kellhofer@usdoj.gov
                                     OH Bar No.  0074736

CERTIFICATE OF SERVICE

     This is to certify that I have this 13th day of January, 2010, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Bridgett Britt Aguirre
Aguirre Law Office, P.A.
P.O. Box 1167
Fuquay-Varina, NC 27526

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

/s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Ave.  Suite 800
Raleigh, NC 27601
Tele: 919-856-4530
Fax:  919-856-4828
Email: barb.kocher@usdoj.gov
N.C. Bar No.   16360