IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court having scheduled a status conference in this case for 12 March 2010 (D.E. 215 at 3), IT IS HEREBY ORDERED that the conference shall be subject to the following provisions:

1. Only counsel of record are required to attend.

2. Prior to the conference, defense counsel shall first confer amongst themselves and then with counsel for the government in a good faith effort to develop a joint agenda listing all scheduling matters the parties propose be addressed at the conference, including any deadlines for making pre-trial motions and any outstanding discovery-related issues or disputes. If the parties do not agree on the means of handling a particular matter, they may state their respective proposals on it and their objections to the opposing proposal.

3. The parties shall submit the joint agenda to the undersigned two business days prior to the conference (*i.e.*, 10 March 2010) via email addressed to:

   Documents_USMJ_Gates@nced.uscourts.gov

4. By the same date, the parties shall provide to the undersigned and opposing counsel all documents relating to items in the proposed agenda not already in the record. Documents referenced in the joint agenda that are already in the record shall be identified by docket entry. While the court does not encourage *ex parte* submissions, any such submissions shall be subject to the same deadline.

SO ORDERED, this the 20th day of January 2010.

James E. Gates
United States Magistrate Judge