IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah" | ) | |
| HYSEN SHERIFI | ) | **NOTICE OF FILING** |
| ANES SUBASIC | ) | |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States hereby gives notice that it has this date
filed, in camera and under seal, a classified ex parte motion to
strike and substitute with the Court Security Officer, or
designee.

Respectfully submitted this 27th day of January, 2010.

GEORGE E. B. HOLDING
United States Attorney

| | |
|---|---|
| BY: /s/ Barbara D. Kocher | /s/ Jason Kellhofer |
| Assistant U.S. Attorney | Trial Attorney |
| 310 New Bern Avenue, Suite 800 | U.S. Department of Justice |
| Raleigh, NC 27601 | Counter-Terrorism Section |
| Tel: 919-856-4530 | 10th St. And Penn. Ave. N.W. |
| Fax: 919-856-4487 | Room 2740 |
| Email: barb.kocher@usdoj.gov | Washington, D.C. 20530 |
| N.C. Bar No. 16360 | Tel: (202 353-7371 |
| | Fax: (202) 353-0778 |
| | Email: jason.kellhofer@usdoj.gov |

OH Bar No.  0074736

<u>CERTIFICATE OF SERVICE</u>

     This is to certify that I have this 27th day of January, 2010, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Bridgett Britt Aguirre
Aguirre Law Office, P.A.
P.O. Box 1167
Fuquay-Varina, NC 27526

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602


/s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Ave.  Suite 800
Raleigh, NC 27601
Tele: 919-856-4530
Fax:  919-856-4828
Email: barb.kocher@usdoj.gov
N.C. Bar No.   16360

_____