IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) | |
| "Saifullah;" ) | |
| HYSEN SHERIFI; ) | |
| ANES SUBASIC; ) | ORDER |
| ZAKARIYA BOYD, a/k/a "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the court on its own initiative. The government informed the court at *ex parte* hearing January 14, 2010, that it had yet to produce to defendants certain sensitive discovery, and requested additional time to do so. Where the government had already been given one such time extension,[1] and had not discussed a second extension with defendants, it was directed to confer with defendants to ascertain their position on the matter, with further direction that the time requested be limited to reflect appropriate dedication of government resources.

Now two weeks following hearing, no such request has been forthcoming from the government.

---

[1] The original scheduling order in this case set a deadline of December 17, 2009, for declassification and production of sensitive discovery, which deadline was later extended to January 14, 2010.

Assuming the production at issue is still delayed, the undersigned of its own initiative, for the continued efficient administration of justice, orders the sensitive discovery remaining to be produced by February 12, 2010.

SO ORDERED, this the 28th day of January, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge