IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | ORDER |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's motion for a protective order for classified materials (D.E. #204), filed December 31, 2009. With benefit of review of the proposed protective order also by the Court Security Officer, the court now directs the government to make the following revisions:

1. Erin Hogarty is deleted from the list of Alternate Court Security Officers on page 6, paragraph 9, and John Arszulowicz and W. Scooter Slade added to the list of Alternate Court Security Officers.

2. Paragraph 28.B on page 21 is revised to provide that at the conclusion of this case the defense counsel, defense counsel employees, defense translators, and anyone else who obtains declassified information through discovery from the Government will return the

declassified information and all copies thereof to the Court Security Officer, rather than to the government as currently provided.

The government shall tender the revised proposed protective order to the court not later than February 8, 2010.

SO ORDERED, this the 25th day of January, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge