IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the parties' joint status report of discovery conference ("status report") (D.E. 228) filed 29 January 2010 as directed by the court at the 8 January 2010 discovery conference (*see* D.E. 206). Having reviewed the status report, it appears to the court that further discussion is needed regarding the following issues: (1) the government's production of an index of all paper discovery that has been produced to defendants; and (2) the parties' positions as to the joint preparation of transcripts.

Accordingly, the undersigned shall hold a discovery conference with counsel on Friday, 19 February 2010, at 1:30 p.m. in the 5th Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. The following counsel shall attend: R. Daniel Boyce, as representative of the Panel attorneys of record in the case; either of the Assistant Public Defenders of record in the case; and either of the Assistant United States Attorneys of record in the case. Other counsel of record may attend. Counsel shall be prepared to address the foregoing issues and any other issues they would like the court to consider at the conference.

SO ORDERED, this the 10th day of February 2010.

James E. Gates
United States Magistrate Judge