IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the motion by attorney Robert J. McAfee to be relieved as defense liaison counsel with respect to computer hard drives (D.E. 277) and defendants' motion to compel and for protective order (D.E. 279). Any response to these motions shall be filed no later than 12 April 2010. These motions will be heard at the next status conference in this case which is scheduled for 16 April 2010 at 10:00 a.m. in Courtroom 2 on the 7th floor of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

Pending resolution of these motions, Mr. McAfee shall remain defense liaison counsel for computer hard drive issues, as designated in the court's 17 March 2010 order (D.E. 260 § IV.17.a). No later than 5:00 p.m. on 14 April 2010, counsel for the other defendants shall provide to Mr. McAfee the unclassified information sought in the email he sent to them on 17 March 2010 at 6:27 p.m., as further identified in paragraph 8 his motion to be relieved as liaison and the accompanying exhibit (D.E. 277-2). The court does not expect Mr. McAfee to meet with other defense counsel prior to the 16 April 2010 hearing as discussed in paragraph 6 of his motion to be relieved.

SO ORDERED, this the 31st day of March 2010.

James E. Gates
United States Magistrate Judge