IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PATRICK BOYD, a/k/a )<br>"Saifullah;" )<br>HYSEN SHERIFI; )<br>ANES SUBASIC; )<br>ZAKARIYA BOYD, a/k/a "Zak;" )<br>DYLAN BOYD, a/k/a "Mohammed;" )<br>MOHAMMAD OMAR ALY HASSAN; )<br>and )<br>ZIYAD YAGHI, )<br>)<br>Defendants. ) | ORDER |

This matter comes before the court on its own initiative. By order entered December 23, 2009 (DE # 201), the court set this case for trial on September 20, 2010. That order also provided that proposed voir dire and jury instructions would be due on or before September 7, 2010, and allowed for a pre-trial conference, as necessary, on September 10, 2010. These dates were to serve as a reference point in determination of additional scheduling issues, since resolved by the magistrate judge in the case management order now of record (DE # 260).

Upon reconsideration, and in furtherance of the efficient administration of justice, the court now amends its prior order by setting trial to begin Monday, September 27, 2010. Proposed voir dire and jury instructions shall be filed on or before September 14, 2010. Pre-trial conference may be undertaken as necessary, on a date, at a time, to be noticed in advance of trial.

Where the schedule provided for in the case management order was premised on the dates set forth in the court's original order setting trial for September 20, 2010, the magistrate judge may amend the case schedule as necessary to take into consideration the new trial date of September 27, 2010. Absent further order from the court, except as herein amended, the case schedule as previously set forth remains in force and effect.

SO ORDERED, this the 1st day of April, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge