UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS CAUSE** is before the Court on Defendant's Motion to Take Deposition in a Foreign Country. The Court finding good cause, IT IS ORDERED that the Defendant may take the deposition of Ali M. Yaghi in Amman, Jordan, under the condition that it be arranged to take place prior to September 1, 2010.

This ___ day of _____, 2010.

_____
District Court Judge Presiding