UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER ON MOTION TO |
| | ) | EXCLUDE WITNESS |
| ZIYAD YAGHI | ) | |
| | ) | |

For good cause shown, the Motion to Exclude Witness by Defendant Ziyad Yaghi in this matter is ALLOWED.

IT IS ORDERED that all Government witnesses are to be excluded from the courtroom during the trial of this matter. In addition, any prospective witness is prohibited from discussing this case with any witness who may have already testified in this matter.

SO ORDERED, this 27th day of April, 2010.

UNITED STATES DISTRICT COURT JUDGE