IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-1-FL
NO. 5:09-CR-216-2-FL
NO. 5:09-CR-216-3-FL
NO. 5:09-CR-216-4-FL
NO. 5:09-CR-216-5-FL
NO. 5:09-CR-216-6-FL
NO. 5:09-CR-216-8-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL PATRICK BOYD, | ) |
|   a/k/a "Saifullah," | ) NOTICE RE: EXPERT TESTIMONY |
| HYSEN SHERIFI | ) PURSUANT TO RULE 16(a)(1)(G) |
| ANES SUBASIC | ) |
| ZAKARIYA BOYD, | ) |
|   a/k/a "Zak" | ) |
| DYLAN BOYD, | ) |
|   a/k/a "Mohammed" | ) |
| MOHAMMAD OMAR ALY HASSAN | ) |
| ZIYAD YAGHI | ) |

    The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby submits for the record that it has, pursuant to Federal Rule Criminal Procedure 16(a)(1)(G), provided to all defendants, in letter format, Notice of its intent to present at trial during its case in chief the testimony of various experts. The Government has provided the names of certain individuals and a description of the topics they will address. This greater level of specificity is provided in recognition of the fact that the nature of their testimony may require more preparation of the defendants. Out of an abundance of caution, the Government has identified the subject matter of other likely testimony which arguably does not fall

within the scope of Rule 16 (a)(1)(G) such as the technical basis for recordings and translation of certain foreign languages and words. In view of the fact that the trial is still some six months in the future, the Government has also alerted the defendants to the fact that it may need to adjust or supplement this Notice as developments dictate. The Government does so recognizing that any such adjustment or supplement must give the defendants a reasonable opportunity to prepare.

    Respectfully submitted this 30th day of April, 2010.

                  GEORGE E. B. HOLDING
                  United States Attorney


                  /s/ John S. Bowler
                  JOHN S. BOWLER
                  Assistant United States Attorney
                  United States Attorney's Office
                  310 New Bern Ave., Suite 800
                  Raleigh, NC 27601
                  Telephone (919) 856-4312
                  Fax (919) 856-4828
                  Email: john.s.bowler@usdoj.gov
                  State Bar NC # 18825

CERTIFICATE OF SERVICE

This is to certify that I have this  30th  day of April, 2010. served a copy of the foregoing by electronic filing.

        GEORGE E. B. HOLDING
        United States Attorney


        /s/ John S. Bowler
        JOHN S. BOWLER
        Assistant United States Attorney
        United States Attorney's Office
        310 New Bern Ave., Suite 800
        Raleigh, NC 27601
        Telephone (919) 856-4312
        Fax (919) 856-4828
        Email: john.s.bowler@usdoj.gov
        State Bar NC # 18825