UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| ZIYAD YAGHI, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSIONS OF TIME
TO MAKE PRELIMINARY AND FINAL
DESIGNATIONS OF FOREIGH DEPOSITIONS**

COMES NOW the Defendant, by and through his undersigned counsel, and hereby moves the Court for extensions of time to make preliminary designations of any foreign depositions he intends to take, and to make final designations and file necessary motions related to such depositions. In support of this Motion, Defendant show unto the Court as follows:

1. Pursuant to the Order [315] filed April 27, 2010 Defendants have until May 23, 2010 to make preliminary designations of any foreign depositions they intend to take.

2. Pursuant to the Order [315] filed April 27, 2010, Defendants have until June 7, 2010 to make final designations of any foreign depositions they intend to take, and to file necessary motions related to such depositions.

3. Defendant's counsel has not had adequate time to make decisions regarding the foreign depositions he intends to take because of the voluminous discovery being undertaken thus far.

4. Defendant's counsel needs an additional thirty (30) days within which to make preliminary designations of any foreign depositions he intends to take, and to make final designations and file necessary motions related to such depositions.

5. The Government's counsel has been consulted, and does not object to the extensions.

WHEREFORE, Defendant Ziyad Yaghi prays unto the Court:

1. That extensions of time be granted, (1) from May 23, 2010 to June 22, 2010, to make preliminary designations of any foreign depositions he intends to take, and (2) from June 7, 2010 to July 6, 2010, to make final designations and file necessary motions related to such depositions.

2. That he have such other and further relief as the Court may deem just and proper.

This 20th day of May, 2010.

                                         s/J. Douglas McCullough
                                         J. Douglas McCullough
                                         N.C. State Bar No.: 10136
                                         STUBBS & PERDUE, P.A.
                                         Post Office Box 1654
                                         New Bern, NC 28563
                                         (252) 633-2700
                                         (252) 633-9600 Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

Via CM/ECF to the following:

    R. Daniel Boyce
    Boyce & Isley, PLLC
    P. O. Box 1990
    Raleigh, NC 27602-1990
    dboyce@boyceisley.com

Jason Harris Cowley
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Jason.Cowley@usdoj.gov

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC 27601-2919
rosemary_godwin@fd.org

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh, NC 27601-8005
Debra_Graves@fd.org

Myron T. Hill, Jr.
Browning & Hill
200 E. Fourth St.
Greenville, NC 27835
mhill@browning-hill.com


Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

Jason M Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

John Bowler
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

This 20th day of May, 2010.

                                        s/J. Douglas McCullough
                                        J. Douglas McCullough
                                        N.C. State Bar No.: 10136
                                        STUBBS & PERDUE, P.A.
                                        Post Office Box 1654
                                        New Bern, NC 28563
                                        (252) 633-2700
                                        (252) 633-9600 Facsimile