UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| ZIYAD YAGHI, | ) |
| | ) |
| Defendant. | ) |

# MOTION FOR EXTENSION OF TIME
# TO DESIGNATE EXPERTS

COMES NOW the Defendant, by and through his undersigned counsel, and hereby moves the Court for an extension of time from May 31, 2010 to June 30, 2010, to file expert witness designations. In support of this Motion, Defendant show unto the Court as follows:

1. Pursuant to the Order [260] filed March 17, 2010 Defendants have until May 31, 2010 to file expert witness designations.

2. Defendant's counsel has not had adequate time to prepare expert witness designations because of the voluminous discovery being undertaken thus far.

3. Defendant's counsel needs an additional thirty (30) days within which to file expert witness designations.

4. The Government's counsel has been consulted, and does not object to the extension.

WHEREFORE, Defendant Ziyad Yaghi prays unto the Court:

1. That the time for Defendant to file expert witness designations be extended through and including June 30, 2010.

2. That he have such other and further relief as the Court may deem just and proper.

This 20th day of May, 2010.

          s/J. Douglas McCullough
          J. Douglas McCullough
          N.C. State Bar No.: 10136
          STUBBS & PERDUE, P.A.
          Post Office Box 1654
          New Bern, NC 28563
          (252) 633-2700
          (252) 633-9600 Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

Via CM/ECF to the following:

    R. Daniel Boyce
    Boyce & Isley, PLLC
    P. O. Box 1990
    Raleigh, NC 27602-1990
    dboyce@boyceisley.com

    Jason Harris Cowley
    U.S. Attorney's Office
    310 New Bern Ave.
    Suite 800
    Raleigh, NC 27601
    Jason.Cowley@usdoj.gov

    Rosemary Godwin
    Federal Public Defender
    150 Fayetteville St. Mall
    Suite 450
    Raleigh, NC 27601-2919
    rosemary_godwin@fd.org

    Debra C. Graves
    F.P.D.
    150 Fayetteville St. Mall
    Suite 450
    Raleigh, NC 27601-8005
    Debra_Graves@fd.org

Myron T. Hill, Jr.
Browning & Hill
200 E. Fourth St.
Greenville, NC 27835
mhill@browning-hill.com

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

Jason M Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

John Bowler
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

This 20th day of May, 2010.

                                                s/J. Douglas McCullough
                                                J. Douglas McCullough
                                                N.C. State Bar No.: 10136
                                                STUBBS & PERDUE, P.A.
                                                Post Office Box 1654
                                                New Bern, NC 28563
                                                (252) 633-2700
                                                (252) 633-9600 Facsimile