UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter having come before the Court by motion of Defendant for an extension of time from May 31, 2010 to June 30, 2010, to file expert witness designations. This Court finds that the motion should be allowed. The time for Defendant to file expert witness designations is extended to June 30, 2010.

This ___ day of May, 2010.

_____
District Court Judge Presiding