No. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah" | ) | |
| HYSEN SHERIFI | ) | PROPOSED AGENDA |
| ANES SUBASIC | ) | FOR MAY 24, 2010 |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) | STATUS CONFERENCE |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The parties hereto, the United States, by and through the United States Attorney for the Eastern District of North Carolina, and DANIEL PATRICK BOYD, a/k/a "Saifullah," HYSEN SHERIFI, ANES SUBASIC, ZAKARIYA BOYD, a/k/a/ "Zak;" DYLAN BOYD, a/k/a "Mohammed;" MOHAMMAD OMAR ALY HASSAN, and ZIYAD YAGHI, defendants, by and through their counsel of record, hereby propose this agenda for the scheduled May 24, 2010 conference:

- need for motions to seal filings containing SBU, as Order of August 27, 2009 at page 5, D.E. 131, is an approved protective order, per Local Rule 55.2.

This item is in addition to the transcription issue previously noticed by the Court.

Respectfully submitted, this 21st day of May, 2010.


GEORGE E.B. HOLDING
United States Attorney


BY: /s/ Barbara D. Kocher
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

John Keating Wiles
Cheshire, Parker, Schneider, Bryan & Vitale
P.O. Box 1029
Raleigh, NC 27602

JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602