IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | |
| ANES SUBASIC; | ) | NOTICE |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

In a series of classified, *ex parte* orders, upon request by the government pursuant to § 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3 § 4, and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, this court authorized the government to delete specified items of classified information from discovery and to substitute summaries for certain classified documents. The court authorized the government to delete from discovery certain classified materials because, after an *in camera* inspection, the court determined they did not contain any exculpatory, impeaching, or other information which could be considered relevant and helpful to the defense, and because the disclosure of the classified materials could damage national security.

SO NOTICED, this the 20 day of May, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge