IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL PATRICK BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court in connection with issues relating to defendant Hysen Sherifi's motion (D.E. 360) to continue arraignment and trial, and any additional motions to continue arraignment and trial that may be filed in the future. This Order follows the status conference in this case yesterday, 24 May 2010.

IT IS ORDERED as follows:

1. As directed by the court at the status conference, the parties shall file any responses to Sherifi's motion no later than Friday, 28 May 2010.

2. Any party who joins in Sherifi's motion or any future motion for continuance of arraignment and trial or who files his own motion for continuance, shall include the following information in his response or motion:

   (a) a detailed explanation why a continuance for the requested period is purportedly needed;

   (b) a detailed explanation why the party's use of additional personnel (*e.g.*, contract attorneys, paralegals) in case preparation, including specifically review of audio recordings and other discovery materials, could not be employed to reduce the length of the continuance sought or eliminate the need for the requested continuance altogether. *See, e.g., Guide to Judiciary Policy*, Chapter 2, Volume 7A, § 230.53 (Compensation of Co-Counsel);

   (c) a detailed plan for use of the additional time requested for case preparation.

3. Sherifi shall file by 28 May 2010 a supplement to his pending motion to continue that includes the above information to the extent it is not already included in his motion.

SO ORDERED, this the 25th day of May 2010.

James E. Gates
United States Magistrate Judge