UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER TO CONTINUE |
| | ) | ARRAIGNMENT AND TRIAL |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, the motion by defendant Ziyad Yaghi to continue the arraignment and trial in this matter is ALLOWED. The arraignment shall be rescheduled for _____, 20___, and the trial of this matter will commence with jury selection beginning on _____, 20___.

The end of justice being served by this continuance outweigh the interests of the defendant and the public in a speedy trial, in that counsel requires additional time to review the discovery in this case, prepare for trial and meet with the defendant and confer with him to prepare for trial; therefore, such period of delay occasioned by this continuance is excluded from speedy trial computation under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED, this _____ day of _____, 2010.

_____
District Court Judge