UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | MOTION TO EXTEND |
| | ) | DEADLINE TO FILE MOTIONS |
| ZIYAD YAGHI, | ) | RELATED TO |
| | ) | CLASSIFIED DISCOVERY |
| Defendant. | ) | |

NOW COMES Defendant Ziyad Yaghi, and joins in with the Motion to Extend Deadline to File Motions Related to Classified Discovery [No. 375] filed by Defendant Anes Subasic on May 28, 2010.

WHEREFORE, the undersigned respectfully prays the Court to extend the deadline to file motions related to classified discovery for a reasonable period of time after the production of classified discovery, if any shall be produced, and for such other and further relief as the Court deems fair and reasonable.

Respectfully submitted this 1st day of June, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563-1654
Telephone: (252) 633-2700
Facsimile: (252) 633-9600

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

Via CM/ECF to the following:

>R. Daniel Boyce
>Boyce & Isley, PLLC
>P. O. Box 1990
>Raleigh, NC 27602-1990
>dboyce@boyceisley.com
>
>Jason Harris Cowley
>U.S. Attorney's Office
>310 New Bern Ave.
>Suite 800
>Raleigh, NC 27601
>Jason.Cowley@usdoj.gov
>
>Rosemary Godwin
>Federal Public Defender
>150 Fayetteville St. Mall
>Suite 450
>Raleigh, NC 27601-2919
>rosemary_godwin@fd.org
>
>Debra C. Graves
>F.P.D.
>150 Fayetteville St. Mall
>Suite 450
>Raleigh, NC 27601-8005
>Debra_Graves@fd.org
>
>Myron T. Hill, Jr.
>Browning & Hill
>200 E. Fourth St.
>Greenville, NC 27835
>mhill@browning-hill.com

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

Jason M Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

John Bowler
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

This 1st day of June, 2010.

                                                    /s/J. Douglas McCullough
                                                    J. Douglas McCullough
                                                    N.C. State Bar No.: 10136
                                                    STUBBS & PERDUE, P.A.
                                                    Post Office Box 1654
                                                    New Bern, NC 28563
                                                    Telephone: (252) 633-2700
                                                    Facsimile: (252) 633-9600