UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

UNITED STATES OF AMERICA ))
)
      vs.               )               ORDER
)
ZIYAD YAGHI, )
)
        Defendant.    )

**THIS CAUSE** is before the Court on Defendant Ziyad Yaghi's motion to extend the

deadline to file motions related to classified discovery. Having considered the premises advanced

in the Defendant's motion and counsel for Defendant having represented that he has

communicated with counsel for the United States and that the United States does not oppose an

extension of 30 days beyond the present deadline of May 31, 2010, the motion is ALLOWED

and Defendant's deadline to file motions related to classified discovery is extended for a period

of _____.

      This ___ day of _____, 2010.


                                                _____
                                              District Court Judge Presiding