UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS CAUSE** is before the Court on Defendant's Second Motion to Take Depositions in a Foreign Country. The Court finding good cause, IT IS ORDERED that the Defendant may take the depositions of Malak Antoinne Harqha and Nebil Hussein Alshyal in Amman, Jordan, under the condition that they be arranged to take place prior to September 1, 2010.

This ___ day of _____, 2010.

_____
DISTRICT COURT JUDGE