IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" | ) ) | |
| HYSEN SHERIFI; | ) | ORDER |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; and | ) ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's request, contained in its classified, ex parte filing made June 2, 2010 and noticed on the docket at entry number 404, to serve upon defendants a redacted but still classified version of its supplemental response to defendant Hysen Sherifi's motion to compel. For good cause shown, the government's request is ALLOWED. The government is ordered to serve defendants with the redacted response through the Court Security Officer or designee. Defendant Sherifi shall have seven days from service of the response to file any reply.

SO ORDERED, this the 3rd day of June, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge