IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL PATRICK BOYD, a/k/a | ) |
| "Saifullah" | ) |
| HYSEN SHERIFI | ) **NOTICE OF FILING** |
| ANES SUBASIC | ) |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) |
| DYLAN BOYD, a/k/a "Mohammed;" | ) |
| MOHAMMAD OMAR ALY HASSAN; | ) |
| and | ) |
| ZIYAD YAGHI, | ) |
| | ) |
| Defendants. | ) |

The United States hereby gives notice that it has this date filed, under seal, a classified response with the Court Security Officer, or designee.

Respectfully submitted this 7th day of June, 2010.

GEORGE E. B. HOLDING
United States Attorney


BY:/s/ Barbara D. Kocher          /s/ Jason Kellhofer
JOHN S. BOWLER                    JASON KELLHOFER
BARBARA D. KOCHER                 Trial Attorney
Assistant U.S. Attorney           U.S. Department of Justice
310 New Bern Avenue, Suite 800    Counter-Terrorism Section
Raleigh, NC 27601                 10th St. And Penn. Ave. N.W.
Tel: 919-856-4530                 Room 2740
Fax: 919-856-4487                 Washington, D.C. 20530
Email: barb.kocher@usdoj.gov      Tel: (202) 353-7371
N.C. Bar No. 16360                Fax: (202) 353-0778
                                  Email: jason.kellhofer@usdoj.gov
                                  OH Bar No. 0074736

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 7th day of June, 2010, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

John Keating Wiles
Cheshire, Parker, Schneider,
Bryant, & Vitale
PO Box 1029
Raleigh, NC 27602

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

<u>/s/ Barbara D. Kocher</u>
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Ave.  Suite 800
Raleigh, NC 27601
Tele: 919-856-4530
Fax:  919-856-4828
Email: barb.kocher@usdoj.gov
N.C. Bar No.  16360