IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL PATRICK BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the government's motion (D.E. 357 at 5 ¶ 3) to extend the 31 May 2010 deadline for service on defendants of its proposed changes to existing transcripts (*see* D.E. 287 at 4 ¶ 2.c). As stated in the motion, and as discussed at the 24 May 2010 conference without objection from defendants, the government seeks an extension until 21 June 2010. For good cause shown, the government's motion is GRANTED. The government is directed to serve on defendants its proposed changes to the existing transcripts no later than 21 June 2010.

SO ORDERED, this the 9th day of June 2010.

James E. Gates
United States Magistrate Judge