IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) | |
| "Saifullah" ) | |
| HYSEN SHERIFI ) | **NOTICE OF FILING** |
| ANES SUBASIC ) | |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |

The United States hereby gives notice that it has this date sent counsel for all other parties its designations of sensitive but unclassified audio.

Respectfully submitted this 14th day of June, 2010.

GEORGE E. B. HOLDING
United States Attorney

| | |
|---|---|
| BY:/s/Barbara D. Kocher | JASON KELLHOFER |
| JOHN S. BOWLER | Trial Attorney |
| BARBARA D. KOCHER | U.S. Department of Justice |
| Assistants U.S. Attorney310 | National Security Division |
| New Bern Avenue, Suite 800 | Counter-Terrorism Section |
| Raleigh, NC 27601 | 10th St. And Penn. Ave., N.W. |
| Tel: 919-856-4530 | Room 2740 |
| Fax: 919-856-4487 | Washington, DC 20530 |
| Email: john.s.bowler@usdoj.gov | Tel: (202 353-7371 |
| State Bar No. 18825 | Fax: (202) 353-0778 |
| Email: barb.kocher@usdoj.gov | Email: jason.kellhofer@usdoj.gov |
| State Bar No. 16360 | OH Bar No. 0074736 |

## CERTIFICATE OF SERVICE

This certifies that on this 14th day of June, 2010, I have served a copy of the foregoing on the defendants in this action by electronic filing as follows:

| | |
|---|---|
| Debra C. Graves<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh, NC 27601-88005 | R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P.O. Box 1990<br>Raleigh, NC 27602-1990 |
| Rosemary Godwin<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Raleigh, NC 27601-2919 | John D. McCullough<br>Stubbs & Perdue, PA<br>310 Craven St.<br>P.O. Box 1654<br>New Bern, NC 28563 |
| Robert J. McAfee<br>McAfee Law, P.A.<br>P.O. Box 905<br>New Bern, NC 28563 | Myron T. Hill, Jr.<br>Browning & Hill<br>200 E. Fourth St.<br>Greenville, NC 27835 |
| John Keating Wiles<br>133 Fayetteville Street<br>P.O. Box 1029<br>Raleigh, NC 27602 | Joseph E. Zeszotarski, Jr.<br>Poyner & Spruill<br>P.O. Box 10096<br>Raleigh, NC 27605 |

/s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Ave. Suite 800
Raleigh, NC 27601
Tele: 919-856-4530
Fax: 919-856-4828
Email: barb.kocher@usdoj.gov
N.C. Bar No. 16360