UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NOTICE REGARDING EXPERT |
| | ) | TESTIMONY PURSUANT TO |
| ZIYAD YAGHI, | ) | RULE 16(a)(1)(G) |
| | ) | |
| Defendant. | ) | |

NOW COMES Defendant Zyiad Yaghi,, by and through his undersigned counsel, and hereby submits for the record that he has, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure provided to Plaintiff and all co-defendants, in letter format, notice of his intent to present at trial during his case in chief the testimony of a computer expert. Defendant has provided the name and curriculum vitae of said witness.

Respectfully submitted this 15th day of June, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
Telephone: (252) 633-2700
Facsimile: (252) 633-9600

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

Via CM/ECF to the following:

> R. Daniel Boyce
> Boyce & Isley, PLLC
> P. O. Box 1990
> Raleigh, NC 27602-1990
> dboyce@boyceisley.com
>
> Jason Harris Cowley
> U.S. Attorney's Office
> 310 New Bern Ave., Suite 800
> Raleigh, NC 27601
> Jason.Cowley@usdoj.gov
>
> Rosemary Godwin
> Federal Public Defender
> 150 Fayetteville St. Mall, Suite 450
> Raleigh, NC 27601-2919
> rosemary_godwin@fd.org
>
> Debra C. Graves
> F.P.D.
> 150 Fayetteville St. Mall, Suite 450
> Raleigh, NC 27601-8005
> Debra_Graves@fd.org
>
> Myron T. Hill, Jr.
> Browning & Hill
> 200 E. Fourth St.
> Greenville, NC 27835
> mhill@browning-hill.com
>
> Barbara D. Kocher
> U.S. Attorney's Office
> 310 New Bern Ave., Suite 800
> Raleigh, NC 27601
> barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

Jason M Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

John Bowler
U. S. Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

This 15th day of June, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
Telephone: (252) 633-2700
Facsimile: (252) 633-9600