UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | MOTION TO PRODUCE |
| | ) | DEFENDANT FOR HEARING |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, and moves this Honorable Court to be allowed to take a deposition in a foreign country, and in support of said Motion, shows unto the Court as follows:

1. The defendant was indicted on July 22, 2009, which indictment was superseded on Sept 24, 2009. The defendant is charged with two counts of a conspiracy to provide material support and resource in carrying out a conspiracy to murder, maim, kidnap or injure persons in a foreign country. The undersigned was appointed to represent the accused and entered a notice of appearance on July 28, 2009.

2. A status conference is scheduled for June 30, 2010 at 10:00 a.m. before Magistrate Judge James E. Gates in Raleigh.

3. Defendant does not believe that all pertinent information from the past hearings has been timely communicated to Defendant, and would prefer to be present in person so that he can understand what administrative steps are being taken in his case.

WHEREFORE, Defendant respectfully prays the Court that an Order be entered directing the U.S. Marshal to produce Defendant Ziyad Yaghi at the hearing scheduled for 10:00 a.m. on June 30, 2010 at the Federal Courthouse in Raleigh.

1

Respectfully submitted this 25th day of June, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 Facsimile

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

>R. Daniel Boyce
>Boyce & Isley, PLLC
>P. O. Box 1990
>Raleigh, NC 27602-1990
>dboyce@boyceisley.com
>
>Jason Harris Cowley
>U.S. Attorney's Office
>310 New Bern Ave.
>Suite 800
>Raleigh, NC 27601
>Jason.Cowley@usdoj.gov
>
>Rosemary Godwin
>Federal Public Defender
>150 Fayetteville St. Mall
>Suite 450
>Raleigh, NC 27601-2919
>rosemary_godwin@fd.org
>
>Debra C. Graves
>F.P.D.
>150 Fayetteville St. Mall
>Suite 450
>Raleigh, NC 27601-8005
>Debra_Graves@fd.org
>
>Myron T. Hill, Jr.
>Browning & Hill
>200 E. Fourth St.
>Greenville, NC 27835
>mhill@browning-hill.com
>
>Barbara D. Kocher
>U.S. Attorney's Office
>310 New Bern Ave.
>Suite 800

Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

Jason M Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

John Bowler
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

This 25th day of June, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.:  10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
Telephone:  (252) 633-2700
Facsimile:  (252) 633-9600