UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER TO PRODUCE |
| | ) | DEFENDANT AT HEARING |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, the Motion to Produce Defendant at Hearing is ALLOWED. The U.S. Marshals are hereby directed to produce Defendant Ziyad Yaghi at the hearing scheduled for 10:00 a.m. on June 30, 2010 at the Federal Courthouse in Raleigh.

SO ORDERED, this _____ day of _____, 2010.

_____
District Court Judge