IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 441) of defendant Ziyad Yaghi requesting that he be permitted to attend the status conference set for 30 June 2010 and to direct the United States Marshal to produce defendant at the conference. For good cause shown, the motion is GRANTED, and the United States Marshal is DIRECTED to produce defendant for the status conference on Wednesday, 30 June 2010, at 10:00 a.m. in Courtroom 2 on the seventh floor of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina

SO ORDERED, this the 25th day of June 2010.

James E. Gates
United States Magistrate Judge