```
             UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                    WESTERN DIVISION

                  No. 5:09-CR-216-FL
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah" | ) | |
| HYSEN SHERIFI | ) | PROPOSED SCHEDULING |
| ANES SUBASIC | ) | ORDER AND AGENDA |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, and DANIEL PATRICK BOYD, a/k/a "Saifullah," HYSEN SHERIFI, ANES SUBASIC, ZAKARIYA BOYD, a/k/a/ "Zak;" and DYLAN BOYD, a/k/a "Mohammed," defendants, by and through their counsel of record, having exchanged information by and between themselves, hereby propose this scheduling order for the matters left before trial:

| | Event | Proposed | Weeks to Trial |
|---|---|---|---|
| 1 | US Proposed Changes for Existing Transcripts | 21-Jul-10 | |
| 2 | U.S. Expert Reports | 1-Oct-10 | 50 |
| 3 | US Proposed Transcripts of All Remaining Designated Audio | 1-Dec-10 | 42 |
| 4 | Defense Objection/Consent to US proposed changes of existing transcripts | 31-Jan-11 | 33 |
| 5 | Motions Related to General/SBU Discovery | 31-Jan-11 | 33 |

| | | | |
|---|---|---|---|
| 6 | Defense Designation of All Audio and Proposed changes to existing Transcripts for defense designations | 31-Jan-11 | 33 |
| 7 | Defense Motions Related to Classified Material | 15-Feb-11 | 31 |
| 8 | Responses to Motions Related to General/SBU Discovery | 28-Feb-11 | 29 |
| 9 | Defense Proposed transcripts for defense-designated remaining audio | 28-Feb-11 | 29 |
| 10 | Defense Expert Notices | 23-Mar-11 | 26 |
| 11 | Defense consent/Objection to US Proposed transcripts of all remaining audio | 1-Apr-11 | 24 |
| 12 | Responses to Defense Motions Related to Classified Material (as response will include input from agencies, need 60-90 days for response) | 29-Apr-11 | 20 |
| 13 | US Objection/Consent to Proposed changes to Defense-designated existing transcripts | 29-Apr-11 | 20 |
| 14 | Reciprocal Discovery by Defendants | 2-May-11 | 20 |
| 15 | Defense Expert Reports | 30-May-11 | 16 |
| 16 | Defense Notices of Intent to Use Classified Info, if applicable | 10-Jun-11 | 14 |
| 17 | Pre-Trial Motions | 27-Jun-11 | 12 |
| 18 | US Objection/Consent to Proposed changes to all remaining Defense-designated transcripts | 30-Jun-11 | 11 |
| 19 | Jury Questionnaire | 15-Jul-11 | 9 |
| 20 | Responses to Pre-Trial Motions | 18-Jul-11 | 9 |
| 21 | Arraignment | 15-Aug-11 | 5 |
| 22 | Proposed Voir Dire and Jury Instructions | 5-Sep-11 | 2 |
| 23 | Pre-trial Conference | TBD | |
| 24 | Trial | 19-Sep-11 | |

MOHAMMAD OMAR ALY HASSAN, through counsel, asserts his intention to seek severance and therefore takes no position on the proposed scheduling order.

ZIYAD YAGHI, through counsel, did not respond with either objection or consent to the final schedule negotiated between the parties, and his position is unknown.

Further, the parties suggest the following items for the Court's consideration:

A.   Transcriptions update

B.   Evidence from the seized computers

C.   Ex Parte Matters (Closed Sessions)

Respectfully submitted, this 25th day of June, 2010.


GEORGE E.B. HOLDING
United States Attorney


BY:  /s/ Barbara D. Kocher
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

John Keating Wiles
Cheshire, Parker, Schneider, Bryan & Vitale
P.O. Box 1029
Raleigh, NC 27602

JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602