IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's unopposed motion (D.E. 447) to extend the time to respond to the proposed sealed motion by defendant Ziyad Yaghi at D.E. 388. For good cause shown, the motion is ALLOWED. The government shall file its response to the motion by 2 July 2010.

SO ORDERED, this 29th day of June 2010.

James E. Gates
United States Magistrate Judge