IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | ORDER |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on its own initiative, where it recently came to the court's attention that the Protective Order for Classified Materials entered February 18, 2010, did not include as an attachment the Memorandum of Understanding ("MOU") to be executed by defense counsel and their cleared employees. Said MOU is now appended to this order as Attachment A. Pursuant to the protective order, all defense counsel, defense counsel employees, and defense translators to be provided access to classified information shall execute the MOU, and defense counsel shall, within 7 days, file executed originals with the court and the Court Security Officer, and shall serve executed originals upon the government. Because the executed MOUs will contain personal information, they may be filed under seal.

SO ORDERED, this the 30th of June, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

**ATTACHMENT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL PATRICK BOYD, a/k/a "Saifullah" | ) |
| HYSEN SHERIFI | ) |
| ANES SUBASIC | ) |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) |
| DYLAN BOYD, a/k/a "Mohammed;" | ) |
| MOHAMMAD OMAR ALY HASSAN; | ) |
| and | ) |
| ZIYAD YAGHI, | ) |
| Defendants. | ) |

## MEMORANDUM OF UNDERSTANDING
## REGARDING CLASSIFIED MATERIALS

I, _____, acknowledge that I have received, read, and understand the Protective Order entered by the Court on **February 18** _____, 2010, in this case, and I agree to comply with its provisions and to provide the information requested below. I understand that I may be the recipient of certain classified information or documents that concern the present and future security of the United States. I understand that direct or indirect unauthorized disclosure, retention, or negligent handling of classified documents or information could cause serious damage, and in some cases exceptionally grave damage, to the national

**PROTECTIVE ORDER/MEMORANDUM OF UNDERSTANDING - Page 1**

security of the United States, or could be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means, such classified documents or information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in this case.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Name: _____

Social Security Number: _____

Date and Place of Birth: _____

_____
(signature)


Date: _____