UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | SECOND MOTION TO PRODUCE |
| | ) | DEFENDANT FOR HEARING |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, for the reasons set forth in Defendant's original Motion to Produce Defendant for Hearing filed June 25, 2010, and moves this Honorable Court for an Order directing the U.S. Marshals to produce Defendant Ziyad Yaghi at the status conference scheduled for 10:00 a.m. on August 17, 2010 at the Federal Courthouse in Raleigh.

Respectfully submitted this 6th day of July, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 Facsimile

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

    R. Daniel Boyce
    Boyce & Isley, PLLC
    P. O. Box 1990
    Raleigh, NC 27602-1990
    dboyce@boyceisley.com

    Jason Harris Cowley
    U.S. Attorney's Office
    310 New Bern Ave.
    Suite 800
    Raleigh, NC 27601
    Jason.Cowley@usdoj.gov

    Rosemary Godwin
    Federal Public Defender
    150 Fayetteville St. Mall
    Suite 450
    Raleigh, NC 27601-2919
    rosemary_godwin@fd.org

    Debra C. Graves
    F.P.D.
    150 Fayetteville St. Mall
    Suite 450
    Raleigh, NC 27601-8005
    Debra_Graves@fd.org

    Myron T. Hill, Jr.
    Browning & Hill
    200 E. Fourth St.
    Greenville, NC 27835
    mhill@browning-hill.com

    Barbara D. Kocher
    U.S. Attorney's Office
    310 New Bern Ave.
    Suite 800

Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

Jason M Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

John Bowler
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

This 6th day of July, 2010.

                                        <u>/s/J. Douglas McCullough</u>
                                        J. Douglas McCullough
                                        N.C. State Bar No.: 10136
                                        STUBBS & PERDUE, P.A.
                                        Post Office Box 1654
                                        New Bern, NC 28563
                                        Telephone: (252) 633-2700
                                        Facsimile: (252) 633-9600