UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | SECOND ORDER TO PRODUCE |
| | ) | DEFENDANT AT HEARING |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, the Motion to Produce Defendant at Hearing is ALLOWED. The U.S. Marshals are hereby directed to produce Defendant Ziyad Yaghi at the status conference scheduled for 10:00 a.m. on August 17, 2010 at the Federal Courthouse in Raleigh.

SO ORDERED, this _____ day of _____, 2010.

_____
District Court Judge