UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ZIYAD YAGHI, )<br>)<br>Defendant. ) | ORDER TO DEFER RULING ON<br>SECOND MOTION TO TAKE DEPOSITIONS<br>IN A FOREIGN COUNTRY |

For good cause shown, Defendant Ziyad Yaghi's Motion to Defer Ruling on Second Motion to Take Depositions in a Foreign Country is ALLOWED. The Court will defer ruling until such time as Defendant can obtain the documentation set forth in the Motion.

SO ORDERED, this _____ day of _____, 2010.

_____
District Court Judge