IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL PATRICK BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court for the revision of certain pretrial deadlines in light of the court's 11 June 2010 order continuing the trial of this matter. (D.E. 412). Based on the parties' joint proposed pretrial schedule (D.E. 446), other dates discussed or adopted at the 30 June 2010 status conference, and the court's own adjustments, the court hereby ADOPTS the amended pretrial schedule in the table appended hereto.

SO ORDERED, this the 14 day of July 2010.

James E. Gates
United States Magistrate Judge

*United States v. Boyd et al.*, 5:09-CR-216-FL
REVISED PRETRIAL SCHEDULE

| | Event | Applies to | Date | Days to Trial | Weeks to Trial |
|---|---|---|---|---|---|
| 1 | Govt.'s Proposed Changes to Govt.-Desig. Existing Transcripts | Govt. | 21-Jul-10 | 425 | 60 |
| 2 | Status Conference | All | 17-Aug-10 | 398 | 56 |
| 3 | Defense Motions for Severance | Def. | 30-Aug-10 | 385 | 55 |
| 4 | Govt.'s Expert Reports per Rule 16(a)(1)(G) | Govt. | 1-Oct-10 | 353 | 50 |
| 5 | Govt.'s Proposed Transcripts of All Remaining Govt.-Desig. Audio | Govt. | 1-Dec-10 | 292 | 41 |
| 6 | Defense Obj./Consent to Govt. Proposed Changes to Govt.-Desig. Existing Transcripts | Def. | 31-Jan-11 | 231 | 33 |
| 7 | Motions re General/SBU Discovery (i.e., Motions to Compel General/SBU Discovery, Motions for Non-foreign Depositions, and All Other Motions Related to Discovery of General/SBU Information) | All | 31-Jan-11 | 231 | 33 |
| 8 | Motions re Foreign Depositions per Rule 15 | Def. | 31-Jan-11 | 231 | 33 |
| 9 | Defense Desigs. & Proposed Changes re Existing Transcripts | Def. | 31-Jan-11 | 231 | 33 |
| 10 | Defense Motions Related to Classified Material | Def. | 15-Feb-11 | 216 | 30 |
| 11 | Responses to Motions re Foreign Depositions | Govt. | 21-Feb-11 | 210 | 30 |
| 12 | Responses to Motions Related to General/SBU Discovery | All | 28-Feb-11 | 203 | 29 |
| 13 | Defense Proposed Transcripts for All Remaining Defense-Desig. Audio | Def. | 28-Feb-11 | 203 | 29 |
| 14 | Defense Expert Notices per Rule 16(b)(1)(C) | Def. | 23-Mar-11 | 180 | 25 |
| 15 | Defense Obj./Consent to Govt. Proposed Transcripts of All Remaining Govt.-Desig. Audio | Def. | 1-Apr-11 | 171 | 24 |
| 16 | Responses to Defense Motions re Classified Material | Govt. | 29-Apr-11 | 143 | 20 |
| 17 | Govt. Obj./Consent to Proposed Changes to Defense-Desig. Existing Transcripts | Govt. | 29-Apr-11 | 143 | 20 |

| | Event | Applies to | Date | Days to Trial | Weeks to Trial |
|---|---|---|---|---|---|
| 18 | Motions to Suppress | Def. | 2-May-11 | 140 | 20 |
| 19 | Reciprocal Discovery by Defendants per Rule 16(b)(1)(A) | Def. | 2-May-11 | 140 | 20 |
| 20 | Defense Expert Reports per Rule 16(b)(1)(B) | Def. | 16-May-11 | 126 | 18 |
| 21 | Responses to Motions to Suppress | Govt. | 23-May-11 | 119 | 17 |
| 22 | Defense Notices of Intent to Use Classified Information per CIPA § 5 | Def. | 23-May-11 | 119 | 17 |
| 23 | Pretrial Motions (e.g., *Brady*, Rule 404(b), Jencks, *Giglio*, Sequester Witnesses, and *In Limine*) | All | 30-May-11 | 112 | 16 |
| 24 | Govt. Obj./Consent to Defense Proposed Transcripts for All Remaining Defense-Desig. Audio | Govt. | 30-May-11 | 112 | 16 |
| 25 | Jury Questionnaire | All | 15-Jul-11 | 66 | 9 |
| 26 | Responses to Pretrial Motions | All | 20-Jun-11 | 91 | 13 |
| 27 | Arraignment | All | 15-Aug-11 | 35 | 5 |
| 28 | Proposed Voir Dire and Jury Instructions | All | 5-Sep-11 | 14 | 2 |
| 29 | Pretrial Conference | All | TBD | TBD | TBD |
| 30 | Trial | All | 19-Sep-11 | 0 | 0 |