IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 390) by defendant Ziyad Yaghi to seal his proposed sealed motion (D.E. 388) filed 1 June 2010. Defendant failed to file a memorandum in support of his motion to seal as required by Local Criminal Rule 47.1(b), E.D.N.C., nor has he provided any basis for sealing in the motion itself. Accordingly, defendant is DIRECTED to file a memorandum in support of his motion to seal no later than 21 July 2010. If defendant fails to file a memorandum by such time, the Clerk is DIRECTED to unseal the proposed sealed motion without further order of the court. If defendant does timely file a memorandum, the proposed sealed motion shall remain under temporary seal until the court rules on the motion to seal.

The court's review of the docket also reveals that on 25 June 2010 defendant filed an amended proposed sealed motion (D.E. 440) but failed to file a corresponding motion to seal as required by Local Criminal Rule 55.2(a), E.D.N.C. Therefore, defendant is DIRECTED to file a motion to seal this amended motion with an accompanying memorandum no later than 21 July 2010. If defendant fails to timely file such motion and supporting memorandum, the Clerk is DIRECTED to unseal the proposed sealed motion. If defendant does timely file the motion to seal and supporting memorandum, the amended proposed sealed motion shall remain under temporary seal until the court rules on the motion to seal.

SO ORDERED, this 14 day of July 2010.

                                                                         James E. Gates
                                                                        United States Magistrate Judge