```
         IN THE UNITED STATES DISTRICT COURT FOR THE
             EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION
                    NO. 5:09-CR-216-1-FL
                    NO. 5:09-CR-216-2-FL
                    NO. 5:09-CR-216-3-FL
                    NO. 5:09-CR-216-4-FL
                    NO. 5:09-CR-216-5-FL
                    NO. 5:09-CR-216-7-FL
                    NO. 5:09-CR-216-8-FL
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, ) | NOTICE OF PROPOSED AGENDA |
| a/k/a "Saifullah," ) | FOR STATUS CONFERENCE |
| HYSEN SHERIFI ) | |
| ANES SUBASIC ) | |
| ZAKARIYA BOYD, a/k/a "Zak" ) | |
| DYLAN BOYD, a/k/a "Mohammed" ) | |
| MOHAMMAD OMAR ALY HASSAN ) | |
| ZIYAD YAGHI ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, after consultation with the defendants as indicated below, provides to the Court a proposed agenda for the status conference currently scheduled for August 17, 2010, before Magistrate Judge Gates.

The Government, after consultation with the defendants proposes that such agenda include the following:

1. Defendants progress with transcript review and editing;

2. Proposal for handling of Sensitive But Unclassified (SBU) material in jail context;

3. Designation and related discovery relative to expert testimony; and,

4. Overseas depositions.

The Government has contacted all defense counsel relative to this notice. Ms. Debra Graves, Ms. Rosemary Godwin, Mr. Daniel Boyce, Mr. Myron Hill, Mr. John Keating Wiles, Mr. Joseph E. Zeszotarski, and Mr. Robert McAfee have all indicated their satisfaction with the proposed agenda. However, due to technical difficulties, Mr. John D. McCullough was not able to view the proposed agenda, and at this writing had not yet offered his position in the matter.

As a consequence to the above the Government proposes that the suggested agenda items included herein be covered in the status conference.

Respectfully submitted, this 12th day of August, 2010.

GEORGE E. B. HOLDING
United States Attorney

/s/ John S. Bowler
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant United States Attorney
United States Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601
Telephone (919) 856-4312
Fax (919) 856-4828
Email: john.s.bowler@usdoj.gov
State Bar NC # 18825
Email: barb.kocher@usdoj.gov
State Bar NC # 16360

/s/Jason Kellhofer
JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202) 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar # 0074736

CERTIFICATE OF SERVICE

This certifies that on this 12th day of August, 2010, I have served a copy of the foregoing on the defendants in this action by electronic filing as follows:

| | |
|---|---|
| Debra C. Graves<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh, NC 27601-88005 | R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P.O. Box 1990<br>Raleigh, NC 27602-1990 |
| Rosemary Godwin<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Raleigh, NC 27601-2919 | John D. McCullough<br>Stubbs & Perdue, PA<br>310 Craven St.<br>P.O. Box 1654<br>New Bern, NC 28563 |
| Robert J. McAfee<br>McAfee Law, P.A.<br>P.O. Box 905<br>New Bern, NC 28563 | Myron T. Hill, Jr.<br>Browning & Hill<br>200 E. Fourth St.<br>Greenville, NC 27835 |
| John Keating Wiles<br>133 Fayetteville Street<br>P.O. Box 1029<br>Raleigh, NC 27602 | Joseph E. Zeszotarski, Jr.<br>Poyner & Spruill<br>P.O. Box 10096<br>Raleigh, NC 27605 |

/s/ John S. Bowler
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant United States Attorney
United States Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601
Telephone (919) 856-4312
Fax (919) 856-4828
Email: john.s.bowler@usdoj.gov
State Bar NC # 18825
Email: barb.kocher@usdoj.gov
State Bar NC # 16360

/s/ Jason Kellhofer
JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202) 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar # 0074736