UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | EX PARTE ORDER |
| ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendant. ) | |

THIS CAUSE is before the Court on Defendant's Ex Parte Motion for Paralegal Services. The motion is GRANTED. Additional paralegal services in the amount of $19,200.00 are authorized to cover the costs of paralegal services.

This ___ day of _____, 2010.

_____
U.S. DISTRICT COURT JUDGE