UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | MOTION TO SEVER |
| | ) | AND/OR DISMISS |
| ZIYAD YAGHI, | ) | |
|     Defendant. | ) | |

Pursuant to Federal Rules of Criminal Procedure 8 (a) and 12(b), Defendant Ziyad Yaghi, through undersigned counsel, respectfully challenges Counts One and Two of the superseding Indictment as each count charges separate conspiracies in one count, and as such are duplicitous. To cure the defect, the Government should be required to try Defendants Yaghi and Omar Hassan separate from the other defendants or in the alternative, dismiss the two counts as to this Defendant.

The grounds for this motion and the supporting legal argument are set forth in Defendant Yaghi's Brief in Support of Motion To Sever and/or Dismiss.

Respectfully submitted this 20th day of August, 2010.

/s/ J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 Facsimile
jmccullough@stubbsperdue.com

# **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

Via CM/ECF to the following:

>R. Daniel Boyce
>Boyce & Isley, PLLC
>P. O. Box 1990
>Raleigh, NC 27602-1990
>dboyce@boyceisley.com
>
>Jason Harris Cowley
>U.S. Attorney's Office
>310 New Bern Ave.
>Suite 800
>Raleigh, NC 27601
>Jason.Cowley@usdoj.gov
>
>Rosemary Godwin
>Federal Public Defender
>150 Fayetteville St. Mall
>Suite 450
>Raleigh, NC 27601-2919
>rosemary_godwin@fd.org
>
>Debra C. Graves
>F.P.D.
>150 Fayetteville St. Mall
>Suite 450
>Raleigh, NC 27601-8005
>Debra_Graves@fd.org
>
>Myron T. Hill, Jr.
>Browning & Hill
>200 E. Fourth St.
>Greenville, NC 27835
>mhill@browning-hill.com
>
>Barbara D. Kocher
>U.S. Attorney's Office

310 New Bern Ave.
Suite 800
Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

John Keating Wiles
Cheshire Parker Schneider Bryant & Vitale
P. O. Box 1029
Raleigh, NC 27602
keat.wiles@cheshirepark.com

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
P. O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com

This 20th day of August, 2010.

/s/ J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 Facsimile
jmccullough@stubbsperdue.com