UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on "JOINT EX PARTE MOTION OF DEFENDANTS HASSAN AND YAGHI FOR RELIGIOUS/CULTURAL EXPERT AND INCORPORATED MEMORANDUM OF LAW" pursuant to 18 U.S.C. § 3006A.

FOR GOOD CAUSE SHOWN, Defendants Hassan and Yaghi's request to authorize religious/cultural/social expert funds in the amount of $22,350.00 is GRANTED.

SO ORDERED.

This ___ day of _____, 2010.

_____
DISTRICT COURT JUDGE