IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-8

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on three motions (D.E. 636, 640, 644) by defendant Ziyad Yaghi to seal the proposed sealed motion (D.E. 635) he filed on 2 November 2010 and two proposed sealed documents relating to the motion (D.E. 640, 644). Defendant failed to file any memoranda in support of these motions, as required by Local Criminal Rule 47.1(b), E.D.N.C., and Section T of the court's CM/ECF Administrative Policies and Procedures Manual. Nor did he state any basis for sealing in the motion itself. This is the second time defendant has failed to file the required supporting memoranda, despite the court's entry of an order directing him to file the missing memorandum the first time it occurred. (*See* 14 July 2010 Order (D.E. 480)). To the extent that the memorandum (*see* D.E. 487) he filed in response to the court's order was applicable to the present motions and the applicability of the prior memorandum was adequately explained, defendant could have relied on it in a memorandum supporting his present motions. But, of course, he did not do so.

Accordingly, the motions are DENIED WITHOUT PREJUDICE. Defendant shall file any renewed motions to seal and the requisite supporting memoranda, or a single consolidated memorandum, no later than 19 November 2010. In the future, defendant and his counsel shall not file any motions to seal without a supporting memorandum.

SO ORDERED, this 5th day of November 2010.

_____
James E. Gates
United States Magistrate Judge