UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) | |
| "Saifullah" ) | |
| HYSEN SHERIFI ) | PROPOSED AGENDA |
| ANES SUBASIC ) | FOR NOVEMBER 16, 2010 |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | STATUS CONFERENCE |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |

The parties hereto, the United States, by and through the United States Attorney for the Eastern District of North Carolina, DANIEL PATRICK BOYD, a/k/a "Saifullah," HYSEN SHERIFI, DYLAN BOYD, a/k/a "Mohammed," MOHAMMAD OMAR ALY HASSAN, and ZIYAD YAGHI, defendants, by and through their counsel of record, hereby proposes this agenda for the scheduled November 16, 2010 conference.[1]

- progress with transcript preparation, review, and editing;

- status of overseas deposition requests.

---

[1] Attempts to reach counsel for defendants ANES SUBASIC, ZAKARIYA BOYD, a/k/a/ "Zak," and for their position on the agenda were unsuccessful.

1

Respectfully submitted, this 12th day of November, 2010.

GEORGE E.B. HOLDING
United States Attorney

BY: /s/ John S. Bowler
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: barb.kocher@usdoj.gov
State Bar No. 16360

Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

JASON M. KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar No. 0074736

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602