IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PATRICK BOYD, a/k/a )<br>"Saifullah;" )<br>HYSEN SHERIFI; )<br>ANES SUBASIC; )<br>ZAKARIYA BOYD, a/k/a "Zak;" )<br>DYLAN BOYD, a/k/a "Mohammed;" )<br>MOHAMMAD OMAR ALY HASSAN; )<br>and )<br>ZIYAD YAGHI, )<br>)<br>      Defendants. ) | ORDER |

This matter comes before the court upon its review of the docket and notice of the protective order regarding sensitive but unclassified materials entered December 10, 2009 (DE # 188), and amended December 23, 2009 (DE # 202). The protective order provides for the execution of a Memorandum of Understanding ("MOU") when any sensitive but unclassified discovery material is anticipated to be disclosed by defense counsel to an investigator, interpreter, expert, third party witness or potential witness, or to litigation support personnel, including transcriptionists.

In its review of the docket, it has come to the court's attention that some individuals to whom sensitive but unclassified materials may have been disclosed appear not to be the subject of filed MOUs despite the requirements of the protective order and reminders at status conference by the

magistrate judge. The court seeks now to conform its records to reflect accurately the status of defendants' disclosures, and requires reporting from defendants.

WHEREFORE, defendants are DIRECTED to provide by January 10, 2011, a list of all individuals in the above categories to whom sensitive but unclassified material has or is anticipated to be disclosed. If MOUs have not yet been executed and filed with regard to any of these individuals, they must be filed also by this deadline. As provided in the protective order, the list of individuals and their executed MOUs shall be filed *ex parte* and under seal. Separate motion to seal is not necessary.

SO ORDERED, this the 2nd day of December, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge