UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MEMORANDUM OF AUTHORITY |
| vs. | ) | IN SUPPORT OF MOTION TO SEAL |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, by and through undersigned counsel, and moves to seal the Motion to Suppress, as the Motion to Suppress being filed this date discloses evidence derived from a FISA search and the material obtained is deemed "sensitive but unclassified" and cannot be disclosed to third parties except in accordance with a Protective Order. It would make no sense to require disclosures to third parties only in accordance with a protective order and yet allow disclosure to the public at large through a motion filed in the routine manner of other motions of a less sensitive nature. For the reasons set forth herein and for those reasons in past memorandums, notably D.E. 487 which is incorporated herein by reference, it is requested that the Motion to Seal Defendant's Motion to Suppress be allowed.

Respectfully submitted this 10th day of December, 2010.

/s/J. Douglas McCullough
J. Douglas McCullough
N.C. State Bar No.: 10136
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563-1654
Telephone: (252) 633-2700
Facsimile: (252) 633-9600
jmccullough@stubbsperdue.com

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has this day served a copy of the foregoing pleading upon the following parties to this case by depositing a copy of the same in the United States mail bearing sufficient postage or electronically:

>Barbara D. Kocher
>John Bowler
>U. S. Attorney's Office
>310 New Bern Ave.
>Suite 800
>Raleigh, NC 27601-1461
>barb.kocher@usdoj.gov
>john.s.bowler@usdoj.gov

Respectfully submitted this 10th day of December, 2010.

>/s/J. Douglas McCullough
>J. Douglas McCullough
>N.C. State Bar No.: 10136
>STUBBS & PERDUE, P.A.
>Post Office Box 1654
>New Bern, NC 28563-1654
>Telephone: (252) 633-2700
>Facsimile: (252) 633-9600
>jmccullough@stubbsperdue.com