IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DANIEL PATRICK BOYD, a/k/a )<br>"Saifullah" )<br>HYSEN SHERIFI )<br>ANES SUBASIC )<br>ZAKARIYA BOYD, a/k/a/ "Zak;" )<br>DYLAN BOYD, a/k/a "Mohammed;" )<br>MOHAMMAD OMAR ALY HASSAN; )<br>and )<br>ZIYAD YAGHI, )<br>      Defendants. ) | **NOTICE OF FILING** |

The United States hereby gives notice that it has this date completed disclosure of its transcripts for the Sensitive but Unclassified recordings, by mailing the same to counsel for all other parties.

Respectfully submitted this 15th day of December, 2010.

GEORGE E. B. HOLDING
United States Attorney

BY:/s/Barbara D. Kocher
JOHN S. BOWLER
BARBARA D. KOCHER
Assistants U.S. Attorney310
New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: john.s.bowler@usdoj.gov
State Bar No. 18825
Email: barb.kocher@usdoj.gov
State Bar No. 16360

JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email:
jason.kellhofer@usdoj.gov
OH Bar No. 0074736

CERTIFICATE OF SERVICE

    This certifies that on this 15th day of December, 2010, I have served a copy of the foregoing on the defendants in this action by electronic filing as follows:

| | |
|---|---|
| Debra C. Graves<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh, NC 27601-88005 | R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P.O. Box 1990<br>Raleigh, NC 27602-1990 |
| Rosemary Godwin<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Raleigh, NC 27601-2919 | John D. McCullough<br>Stubbs & Perdue, PA<br>310 Craven St.<br>P.O. Box 1654<br>New Bern, NC 28563 |
| Robert J. McAfee<br>McAfee Law, P.A.<br>P.O. Box 905<br>New Bern, NC 28563 | Myron T. Hill, Jr.<br>Browning & Hill<br>200 E. Fourth St.<br>Greenville, NC 27835 |
| Paul Sun<br>P.O. Box 33550<br>Raleigh, NC 27 27636 | Joseph E. Zeszotarski, Jr.<br>Poyner & Spruill<br>P.O. Box 10096<br>Raleigh, NC 27605 |

    /s/ Barbara D. Kocher
    BARBARA D. KOCHER
    Assistant United States Attorney
    310 New Bern Ave. Suite 800
    Raleigh, NC 27601
    Tele: 919-856-4530
    Fax:  919-856-4828
    Email: barb.kocher@usdoj.gov
    N.C. Bar No.  16360