UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. : 5:09-CR-216-FL-8

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| ZIYAD YAGHI, | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW, James M. Ayers II, Attorney at Law, and hereby files this Notice of Appearance on behalf of Defendant, Ziyad Yaghi. The undersigned appointed counsel of record hereby requests that all further pleadings and notices in the form of correspondence and documentation be mailed to him at the following address:

>James M. Ayers II
>307 Metcalf Street
>Post Office Box 1544
>New Bern, North Carolina 28563
>Telephone: (252) 638-2955
>Facsimile: (252) 638-3293
>jimayers2@embarqmail.com

This the 21st day of December, 2010.

>*/s/James M. Ayers II*
>Attorney for Defendant Ziyad Yaghi
>Ayers & Haidt, P.A.
>307 Metcalf Street
>Post Office Box 1544
>New Bern, North Carolina 28563
>Telephone: (252) 638-2955
>Facsimile: (252) 638-3293
>jimayers2@embarqmail.com
>State Bar No. 18085
>Criminal - Appointed