## AMENDED CERTIFICATE OF SERVICE

This is to certify that on the 13th day of December, 2010, I served a copy of D.E. 683 upon counsel for the defendant Yaghi in this action by sending an electronic copy of the filing to the email address registered in the CM/ECF system for:

John D. McCullough
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern , NC 28563
jmccullough@stubbsperdue.com

Further, I certify that on the 16th day of December, 2010, I served a copy of D.E. 683 upon counsel for the remaining defendants in this action by sending an electronic copy of the foregoing filing to the email address registered in the CM/ECF system for each of the below-named:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

I certify that on the 16th day of December, 2010, I served a further copy of D.E. 683 upon counsel for defendant Hassan in this action by facsimile, when notified the same day the attempt to send an electronic copy of the filing to the email address registered in the CM/ECF system had failed:

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990
919-833-7356

Finally, pursuant to Rule 49, Fed. R. Crim. P. And Rule 5, Fed. Rules of Civ. P., not having received written permission to serve otherwise, I have on this 5th day of January, 2011, deposited a copy of the same in the United States mail in a postpaid envelope addressed as follows:

| | |
|---|---|
| Debra C. Graves<br>F.P.D.<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh , NC 27601-8005 | R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P. O. Box 1990<br>Raleigh , NC 27602-1990 |
| Paul Sun<br>P.O. Box 33550<br>Raleigh, NC 27636 | James M. Ayers, II<br>307 Metcalf Street<br>Post Office Box 1544<br>New Bern, North Carolina 28563 |

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360