AMENDED CERTIFICATE OF SERVICE

This is to certify that on the 5th day of January, 2011, I served a copy of D.E. 684 upon counsel for the defendants in this action by sending an electronic copy of the filing to the email address registered in the CM/ECF system for for each of the below named:

| | |
|---|---|
| Rosemary Godwin<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh , NC 27601-2919 | John D. McCullough<br>Stubbs & Perdue, PA<br>310 Craven St.<br>P. O. Box 1654<br>New Bern , NC 28563 |
| Robert J. McAfee<br>McAfee Law, P.A.<br>P. O. Box 905<br>New Bern , NC 28563 | Myron T. Hill , Jr.<br>Browning & Hill<br>200 E. Fourth St.<br>Greenville , NC 27835 |
| | Joseph E. Zeszotarski, Jr.<br>Poyner & Spruill<br>PO Box 1801<br>Raleigh, NC 27602 |

and by depositing a copy of the same in the United States mail in a postpaid envelope addressed as follows:

| | |
|---|---|
| Debra C. Graves<br>F.P.D.<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh , NC 27601-8005 | R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P. O. Box 1990<br>Raleigh , NC 27602-1990 |
| Paul Sun<br>P.O. Box 33550<br>Raleigh, NC 27636 | James M. Ayers, II<br>307 Metcalf Street<br>Post Office Box 1544<br>New Bern, North Carolina 28563 |

as provided by Rule 49, Fed. R. Crim. P., and Rule 5, Fed. Rule Civ. P.

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360