UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendant. ) | |

_____

**THIS CAUSE** is before the Court on Defendant Yaghi's Motion for Extension of Time. The Court, finding good cause, GRANTS the Motion and Defendant Yaghi is hereby allowed an additional 60 (sixty) days up to and including _____, 2011, by which to file the following documents and/or responses referenced in DE 732:

1. Defense Objections/Consent to Government Proposed Changes to Government Designated Existing Transcripts.
2. Motions re: General/SBU Discovery
3. Motions re: Foreign Depositions per Rule 15
4. Defense Designated and Proposed Changes re: Existing Transcripts

This ___ day of _____, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge