UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL-8

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE REGARDING |
| | ) | FOREIGN DEPOSITIONS |
| ZIYAD YAGHI, | ) | |
| Defendant. | ) | |

COMES NOW, James M. Ayers II, counsel for Defendant Ziyad Yaghi, and submits this Notice to the Court regarding the deadline for the filing of any motions or notices relating to foreign depositions.

No discovery has been produced to Defendant identifying any foreign witness who could testify <u>against</u> Defendant relating to the matters in the various Indictment(s). By filing minimal objections (or no objections at all) to the Government's proposed transcripts as required by the January 31, 2011 deadline as set forth in the Court's previously filed Order of July 14, 2010 [DE 479], Defendant Ziyad Yaghi does not concede or stipulate that the Government's proposed transcripts are completely accurate or that the proper foundation has been or can be laid or that the transcripts are otherwise admissible at trial. Also, by not filing objections to transcriptions, the Defendant is not stipulating that the transcripts are the "best evidence" or that the jury should be allowed to review the transcripts in the jury room during jury deliberations.

Furthermore, Defendant Ziyad Yaghi reserves the right to file further objections to the incompleteness of the proffered audiotapes and transcripts, especially where there are significant lapses of audible or discernible voices.

Defendant therefore, at this time, has no intent to depose any foreign witness, except those referenced in the Motion to Take Foreign Depositions previously filed and which will be re-filed within the next two weeks. Should the Government, however, produce any discovery later in the case (for example, classified or *Brady* or Jencks Act material) that identifies witnesses in a foreign country, Defendant reserves the right to seek to depose foreign witnesses in response to that new evidence.

Respectfully submitted this the 26th day of January, 2011.

    */s/James M. Ayers II*
    Attorney for Defendant Ziyad Yaghi
    Ayers & Haidt, P.A.
    307 Metcalf Street
    Post Office Box 1544
    New Bern, North Carolina 28563
    Telephone: (252) 638-2955
    Facsimile: (252) 638-3293
    jimayers2@embarqmail.com
    State Bar No. 18085
    Criminal – Appointed

CERTIFICATE OF SERVICE

    This is to certify that the undersigned has personally served a copy of the forgoing Notice Regarding Foreign Depositions, according to the applicable Civil Procedure Rules of this Court, to wit:

__X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date January 26th, 2011

> */s/James M. Ayers II*
> Attorney for Defendant Ziyad Yaghi
> Ayers & Haidt, P.A.
> 307 Metcalf Street
> Post Office Box 1544
> New Bern, North Carolina 28563
> Telephone: (252) 638-2955
> Facsimile: (252) 638-3293
> jimayers2@embarqmail.com
> State Bar No. 18085
> Criminal - Appointed

TO:

| | |
|---|---|
| John Bowler<br>U.S. Attorney's Office<br>310 New Bern Ave.<br>Suite 800<br>Raleigh, NC 27601-1461<br>john.s.bowler@usdoj.gov | Jason Harris Cowley<br>U.S. Attorney's Office<br>310 New Bern Avenue<br>Suite 800<br>Raleigh, NC 27601-27601<br>jason.cowley@usdoj.gov |
| R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P.O. Box 1990<br>Raleigh, NC 27602-1990<br>dboyce@boyceisley.com | Rosemary Godwin<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh, NC 27601-2919<br>rosemary_godwin@fd.org |
| Debra C. Graves<br>Federal Public Defender<br>150 Fayetteville St. Mall<br>Suite 450<br>Raleigh, NC 27601-8005<br>debra_graves@fd.org | Myron T. Hill, Jr.<br>Browning & Hill<br>200 E. Fourth Street<br>Greenville, NC 27835<br>mhill@browning-hill.com |

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Paul K. Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jzeszotarski@poynerspruill.com