IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" HYSEN SHERIFI; ANES SUBASIC; ZAKARIYA BOYD, a/k/a "Zak;" DYLAN BOYD, a/k/a "Mohammed;" MOHAMMAD OMAR ALY HASSAN; and ZIYAD YAGHI, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This case comes before the court on the motion of defendants (D.E. 727) to extend the time to make designations from the SBU recordings of the material they may use at trial. (*See* Revised Pretrial Schedule (D.E. 479) 2, Event no. 9). While the government has indicated that it does not oppose the requested extension if it is given an equivalent extension on its deadline to object to defendants' designations, no such extension will be allowed at this time. The deadline for the government's response to defendants' SBU designation is not until 29 April 2011. (*See* Revised Pretrial Schedule 2, Event No. 17), and the government has not, at this point, shown good cause for such an extension.

Accordingly, for good cause shown, defendants' motion (D.E. 727) is hereby GRANTED, and it is ORDERED that the deadline for defendants to make designations from the SBU recordings is hereby extended to 28 February 2011.

SO ORDERED, this 28th day of January 2011.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge