UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS CAUSE** is before the Court on Defendant Yaghi's Fourth Motion To Take Deposition in a Foreign Country. The Court, finding good cause, GRANTS the Motion and ORDERS that said deposition be completed on or before _____. The Court further orders the Government to jointly schedule the satellite video deposition of Nebil Hussein Al Shyal and that counsel for the Government establish logistics and bear the expense of having the necessary equipment in place to effectuate said satellite video deposition.

It is ordered that Counsel for the government shall secure the necessary permissions to take or participate in said depositions immediately.

This ___ day of _____, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge