IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's motion to seal (D.E. 698) the status report (D.E. 646) it filed on 5 November 2010 regarding the scheduling of a foreign deposition on behalf of defendant.

For good cause shown based on the facts stated in the motion, it is hereby ORDERED that the motion to seal is ALLOWED, and the status report (D.E. 646) shall be permanently SEALED by the Clerk.

SO ORDERED, this 17th day of February 2011.

James E. Gates
United States Magistrate Judge