IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court *sua sponte*. At the status conference in this case today, the court was informed that the government has agreed to produce to defendant Hysen Sherifi ("Sherifi") statements already made and expected to be made by defendant Daniel Patrick Boyd ("Boyd") to the government as part of Boyd's debriefing pursuant to his plea of guilty on 9 February 2011. Sherifi had sent a written request for the statements to the government on the date the plea was taken. The statements are apparently to be disclosed in the form of agent interview notes, and the government is reserving the right to make redactions. To help ensure that disclosure of the statements does not delay proceedings in this case, the court believes it appropriate to establish deadlines for the government's production of them, taking into account the government's representations at the conference regarding the time needed to put the statements in proper form.

IT IS THEREFORE ORDERED as follows:

1. The government shall produce to Sherifi as soon as practicable and on a rolling basis, but in no event later than 4 March 2011, all of the above-described statements made by Boyd to the government on or before 9 February 2011;

2. The government shall produce to Sherifi any such statements made by Boyd after 9 February 2011 as soon as practicable and on a rolling basis, but in no event later than 21 days after the statements are made;

3. The government shall produce the statements by Boyd, in accordance with the foregoing deadlines, to any other defendant in this case requesting them; and

4. The Clerk shall file this Order under temporary seal. Any party seeking the permanent sealing of this Order shall file no later than 8 March 2011 a motion with supporting memorandum for such relief pursuant to Local Criminal Rule 55.2, E.D.N.C. If no party files a motion to seal, the Clerk shall unseal this Order without further order of the court.

SO ORDERED, this 22 day of February 2011.

James E. Gates
United States Magistrate Judge