IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-216-FL-8

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ZIYAD YAGHI, | ) |
|     Defendant. | ) |

### YAGHI'S NOTICE REGARDING COURT'S JANUARY 31, 2011 DEADLINE OF "DEFENSE OBJ./CONSENT TO GOVT/ PROPOSED CHANGES TO GOVT.-DESIG. EXISTING TRANSCRIPTS" (D.E. # 479)

NOW COMES James M. Ayers, II, counsel for Ziyad Yaghi, and respectfully submits this Notice regarding the Court's January 31, 2011 deadline (extended to February 28, 2011) of "Defense Obj./Consent to Govt/Proposed Changes to Govt.-Desig. Existing Transcripts" (D.E. # 479). By filing no or few objections to the Government's proposed transcripts, Defendant Yaghi does not concede or stipulate that the Government's proposed transcripts are completely accurate or that the proper foundation has been or can be laid or that the transcripts are otherwise admissible at trial against Defendant Yaghi. Also, by not filing objections, or few objections, to transcriptions, Defendant Yaghi is not stipulating that the transcripts are the "best evidence," complete or not ambiguous, or that the jury should be allowed to review transcripts in the jury room during jury deliberations.

Furthermore, Defendant Yaghi reserves the right to file further objections to all transcripts as a result of the incompleteness of the proffered audiotapes and transcripts, especially considering the significant lapses of audible or discernable voices.

1

This the 24th day of February, 2011

                                                    */s/ James M. Ayers II*
                                                    Attorney for Defendant Ziyad Yaghi
                                                    Ayers & Haidt, P.A.
                                                    307 Metcalf Street
                                                    Post Office Box 1544
                                                    New Bern, North Carolina 28563
                                                    Telephone:  (252) 638-2955
                                                    Facsimile:  (252) 638-3293
                                                    jimayers2@embarqmail.com
                                                    State Bar No. 18085
                                                    Criminal – Appointed

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **YAGHI'S NOTICE REGARDING COURT'S JANUARY 31, 2011 DEADLINE OF "DEFENSE OBJ./CONSENT TO GOVT/ PROPOSED CHANGES TO GOVT.-DESIG. EXISTING TRANSCRIPTS" (D.E. # 479)** was filed with the clerk of court for the Eastern District of North Carolina using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Barbara D. Kocher, Esq.
Assistant U.S. Attorney
John S. Bowler, Esq.
Assistant U.S. Attorney
Jason Harris Cowley
Assistant U.S. Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

Debra Carroll Graves
Assistant Federal Public Defender
Rosemary Godwin
Assistant Federal Public Defender
Federal Public Defender's Office
150 Fayetteville Street, Suite 400
Raleigh, North Carolina 27601
Attorneys for Daniel Boyd

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern NC 28563
rjm@mcafee-law.com

Attorney for Sherifi

Paul K. Sun
Ellis & Winters
Post Office Box 33550
Raleigh, North Carolina 27636
Attorney for Subasic

Myron T. Hill, Jr.
200 E. Fourth Street
P. O. Box 859
Greenville, NC  27835-0859
mhill@browning-hill.com
Attorney for Zakariya Boyd

Joseph E. Zeszotarski, Jr.
Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC  27602
jzeszotarski@poyners.com
Attorney for Dylan Boyd

R. Daniel Boyce
Boyce & Boyce, PLLC
P.O. Box 1990
Raleigh, NC  27602-1990
dboyce@boyceandboyce.com
Attorney for Mohammad Hassan

This the 24th day of February, 2011.

/s/ *James M. Ayers II*
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone:  (252) 638-2955
Facsimile:  (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal – Appointed