IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | ORDER |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes now before the court upon the government's recent filing denominated "Statement of Objection to and Request to Set Aside Order of Magistrate Judge." Any defendant wishing to be heard in response shall have up to and until Friday, March 11, 2011, within which to respond. Should the deadline given in the order at issue expire tomorrow with no motion and supporting memorandum being filed seeking permanent sealing of that order, any response shall, as a matter of course, be lodged directly on the docket.

SO ORDERED, this the 7th day of March, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge