IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-8

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ZIYAD YAGHI, | ) |
| | ) |
| Defendant. | ) |

This case comes before the court on the motion of defendant Ziyad Yaghi (D.E. 844) to extend by an additional 30 days the 28 February 2011 deadlines for the following:

(1) his objections or consent to the government's proposed changes to government-designated existing transcripts (*see* Revised Pretrial Schedule (D.E. 479) 2, Event ("Event") no. 6); and

(2) any designations and proposed changes by him regarding existing transcripts (Event no. 9).

The government has indicated that it does not oppose the requested extensions if it is given an equivalent extension on any corresponding deadlines applicable to it.

The court finds that Yaghi has shown good cause for extension of each of these deadlines by the 30 days requested. With respect to the government's request for extension of any corresponding deadlines, the court notes that there is no deadline for the government corresponding to the first deadline for defendant (Event no. 6)), and as to the second deadline for defendant (Event no. 9), the government has not, at this point, shown good cause because its corresponding deadline (Event no. 17) is not until 29 April 2011. However, this ruling is without prejudice to the government's renewing its request for the extension at an appropriate time in the future.

For the foregoing reasons, defendant's motion (D.E. 844) is GRANTED. Each of the two deadlines for defendant listed above (Events nos. 6 and 9) is extended to 28 March 2011.

SO ORDERED, this 10th day of March 2011.

James E. Gates
United States Magistrate Judge