IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-8FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **GOVERNMENT'S RESPONSE** |
| v. | ) | **TO DEFENDANT'S MOTION TO** |
| | ) | **STRIKE SURPLUSAGE FROM THE** |
| | ) | **INDICTMENT, OR IN THE** |
| | ) | **ALTERNATIVE, TO COMPEL** |
| **ZIYAD YAGHI,** | ) | **DISCOVERY REGARDING** |
| | ) | **"VIOLENT JIHAD"** |
| Defendant. | ) | (D.E. 835) |
| | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby responds in opposition to defendant's motion to strike the term *violent jihad* from the indictment or to compel discovery regarding that term.

Defendant YAGHI, in the same manner as defendants HASSAN, SHERIFI, and SUBASIC before him, moves the Court to compel the United States to produce discovery which would complete the definition of the term "violent jihad" as it appears in the indictment, or to strike the phrase from the indictment.

In response, the government hereby incorporates and realleges its response in opposition to such motion, as filed at D.E. 859 in response to those motions filed previously by other defendants. The term *violent jihad* is properly within the indictment and assists in placing the defendants on notice of the nature of the allegations brought against them; moreover, all required discovery

has been supplied.

For these reasons, and those reasons in D.E. 859 incorporated here, defendant's motion should be denied.

Respectfully submitted this 11th day of March, 2011.

GEORGE E. B. HOLDING
United States Attorney

BY:/s/Barbara D. Kocher
JOHN S. BOWLER
BARBARA D. KOCHER
Assistants U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: barb.kocher@usdoj.gov
State Bar No. 16360
Email: john.s.bowler@usdoj.gov
State Bar No. 18825


JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar No. 0074736

CERTIFICATE OF SERVICE

This is to certify that I have this 11th day of March, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

 /s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4828
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360