IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-8-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | GOVERNMENT'S RESPONSE TO |
| v. ) | DEFENDANT'S MOTION TO |
| ) | COMPEL EXPERT WITNESS REPORTS |
| ZIYAD YAGHI ) | (D.E. 831) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby responds in opposition to defendant's Motion to Compel Expert Witness Reports.

Defendant YAGHI, in the same manner as defendants HASSAN, SHERIFI, DYLAN BOYD and SUBASIC before him, moves the Court to compel the United States to immediately provide written reports of proposed expert testimony.

In response, the government hereby incorporates and realleges its response in opposition to such motion, as filed at D.E. 870 in response to those motions filed previously by other defendants. On February 28, 2011, the date of service of the prior response and the proposed sealed exhibit thereto, a copy of the same proposed sealed exhibit was also served upon counsel for defendant YAGHI.

For these reasons and those reasons set out in the incorporated response at D.E. 870, defendant's motion should be dismissed.

Respectfully submitted this 11th day of March, 2011.

>GEORGE E. B. HOLDING
> United States Attorney
>
> BY:/s/ John S. Bowler
> JOHN S. BOWLER
> BARBARA D. KOCHER
> Assistant U.S. Attorneys
> 310 New Bern Ave, Suite 800
> Raleigh, NC 27601
> Tel: 919-856-4530
> Fax: 919-856-4487
> Email: barb.kocher@usdoj.gov
> State Bar No. 16360
> Email: john.s.bowler@usdoj.gov
> State Bar No. 18825
>
>
> JASON KELLHOFER
> Trial Attorney
> U.S. Department of Justice
> National Security Division
> Counter-Terrorism Section
> 10th St. And Penn. Ave., N.W.
> Room 2740
> Washington, DC 20530
> Tel: (202 353-7371
> Fax: (202) 353-0778
> Email: jason.kellhofer@usdoj.gov
> OH Bar No. 0074736

CERTIFICATE OF SERVICE

This is to certify that I have this 11th day of March, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

  /s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant U. S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4828
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360