IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL-8

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant Ziyad Yaghi's motion to compel identity of witnesses (DE # 833). Yaghi asks the court to issue order compelling the government to disclose the identities of any and all witnesses who provided the government, through its investigators and agents, with exculpatory information regarding defendant. Specifically, Yaghi requests information regarding two pages, "21176-21177" of "brief exculpatory summaries." (Mem. Supp. Mot. Compel 1-2.) Yaghi has not, however, provided the court with a copy of the document(s) to which he refers, and is hereby DIRECTED to supplement his motion (DE # 833) with copy of said document(s) within seven (7) days of entry of this order.

SO ORDERED, this the 18th day of March, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge