UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                           WESTERN DIVISION
                          NO. 5:09-CR-216-FL-8

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NOTICE RE: DEFENSE |
| | ) | EXPERTS |
| **ZIYAD YAGHI,** | ) | |
| **Defendant.** | ) | |

    Defendant Ziyad Yaghi, through counsel, hereby gives notice to the Court of his compliance with the Court's deadline for providing Defense Expert Notices per Rule 16(b)(1)(C) (as defined in DE #479).

    Defendant respectfully reserves the right to retain further experts if future discovery indicates a need for additional expert witnesses.

    Respectfully submitted this the 23rd day of March, 2011.

                                        */s/James M. Ayers II*
                                        Attorney for Defendant Ziyad Yaghi
                                        Ayers & Haidt, P.A.
                                        307 Metcalf Street
                                        Post Office Box 1544
                                        New Bern, North Carolina 28563
                                        Telephone: (252) 638-2955
                                        Facsimile: (252) 638-3293
                                        jimayers2@embarqmail.com
                                        State Bar No. 18085
                                      Criminal – Appointed

CERTIFICATE OF SERVICE

  This is to certify that the undersigned has personally served a copy of the forgoing Notice re: Defense Experts, according to the applicable Civil Procedure Rules of this Court, to wit:

  __X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date March 23, 2011

            */s/James M. Ayers II*
            Attorney for Defendant Ziyad Yaghi
            Ayers & Haidt, P.A.
            307 Metcalf Street
            Post Office Box 1544
            New Bern, North Carolina 28563
            Telephone: (252) 638-2955
            Facsimile: (252) 638-3293
            jimayers2@embarqmail.com
            State Bar No. 18085
            Criminal - Appointed

| TO: | John Bowler | Jason Harris Cowley |
|---|---|---|
| | U.S. Attorney's Office | U.S. Attorney's Office |
| | 310 New Bern Ave. | 310 New Bern Avenue |
| | Suite 800 | Suite 800 |
| | Raleigh, NC 27601-1461 | Raleigh, NC 27601-27601 |
| | john.s.bowler@usdoj.gov | jason.cowley@usdoj.gov |
| | | |
| | R. Daniel Boyce | Rosemary Godwin |
| | Boyce & Isley, PLLC | Federal Public Defender |
| | P.O. Box 1990 | 150 Fayetteville St. Mall |
| | Raleigh, NC 27602-1990 | Suite 450 |
| | dboyce@boyceisley.com | Raleigh, NC 27601-2919 |
| | | rosemary_godwin@fd.org |
| | Debra C. Graves | |
| | Federal Public Defender | Myron T. Hill, Jr. |
| | 150 Fayetteville St. Mall | Browning & Hill |
| | Suite 450 | 200 E. Fourth Street |
| | Raleigh, NC 27601-8005 | Greenville, NC 27835 |
| | debra_graves@fd.org | mhill@browning-hill.com |

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC 20530
jason.kellhofer@usdoj.gov

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC 27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Paul K. Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC 27636-3550
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605
jzeszotarski@poynerspruill.com