# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## NO. 5:09-CR-216-FL-8

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF COMPLIANCE |
| | ) | RE: TRANSCRIPTS |
| ZIYAD YAGHI, | ) | |
| Defendant. | ) | |

Defendant Ziyad Yaghi, through counsel, hereby gives notice to the Court of his compliance with the Court's deadline for providing objections/consent to the Government to the Government's proposed transcripts of all remaining government designated audio (as defined in DE #287).

By submitting only certain specific objections to the Government's proposed transcripts as required by this Court's Order of July 14, 2010 (DE #479), defendant Ziyad Yaghi does not concede or stipulate that the Government's proposed transcripts are completely accurate or that a proper foundation has been or can be laid for their introduction into evidence, or that the transcripts are admissible at trial. Also, defendant Ziyad Yaghi is not stipulating that the transcripts are the "best evidence" (Fed. R. Evid. 1002) of the underlying recordings, or that the jury should be allowed to review transcripts in the jury room during jury deliberations. By complying with the Court's Order, defendant does not waive any objection or motion he may have under Rule 106, Fed. R. Evid., at trial.

Defendant Ziyad Yaghi respectfully reserves the right to file further objections to the incompleteness of the proffered audiotapes and transcripts, especially where there are significant lapses of audible or discernible voices.

Respectfully submitted this the 1st day of April, 2011.

       <u>/s/James M. Ayers II</u>
       Attorney for Defendant Ziyad Yaghi
       Ayers & Haidt, P.A.
       307 Metcalf Street
       Post Office Box 1544
       New Bern, North Carolina 28563
       Telephone: (252) 638-2955
       Facsimile: (252) 638-3293
       jimayers2@embarqmail.com
       State Bar No. 18085
       Criminal – Appointed

CERTIFICATE OF SERVICE

       This is to certify that the undersigned has personally served a copy of the forgoing Notice of Compliance re: Transcripts, according to the applicable Civil Procedure Rules of this Court, to wit:

  __X__   CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date April 1, 2011

                              */s/James M. Ayers II*
                              Attorney for Defendant Ziyad Yaghi
                              Ayers & Haidt, P.A.
                              307 Metcalf Street
                              Post Office Box 1544
                              New Bern, North Carolina 28563
                              Telephone: (252) 638-2955
                              Facsimile: (252) 638-3293
                              jimayers2@embarqmail.com
                              State Bar No. 18085
                              Criminal - Appointed

| TO: | John Bowler | Jason Harris Cowley |
|---|---|---|
| | U.S. Attorney's Office | U.S. Attorney's Office |
| | 310 New Bern Ave. | 310 New Bern Avenue |
| | Suite 800 | Suite 800 |
| | Raleigh, NC 27601-1461 | Raleigh, NC 27601-27601 |
| | john.s.bowler@usdoj.gov | jason.cowley@usdoj.gov |
| | | |
| | R. Daniel Boyce | Rosemary Godwin |
| | Boyce & Isley, PLLC | Federal Public Defender |
| | P.O. Box 1990 | 150 Fayetteville St. Mall |
| | Raleigh, NC 27602-1990 | Suite 450 |
| | dboyce@boyceisley.com | Raleigh, NC 27601-2919 |
| | | rosemary_godwin@fd.org |
| | Debra C. Graves | |
| | Federal Public Defender | Myron T. Hill, Jr. |
| | 150 Fayetteville St. Mall | Browning & Hill |
| | Suite 450 | 200 E. Fourth Street |
| | Raleigh, NC 27601-8005 | Greenville, NC 27835 |
| | debra_graves@fd.org | mhill@browning-hill.com |

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jzeszotarski@poynerspruill.com

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Paul K. Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com