IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

UNITED STATES OF AMERICA,      )
                               )
            v.                 )
                               )
HYSEN SHERIFI                  )      **NOTICE OF COMPLIANCE**
ANES SUBASIC                   )
ZAKARIYA BOYD, a/k/a/ "Zak;"   )
DYLAN BOYD, a/k/a "Mohammed;"  )
MOHAMMAD OMAR ALY HASSAN;      )
and                            )
ZIYAD YAGHI,                   )
        Defendants.            )


    The United States hereby gives notice that it has this date

provided to defendants a summary of the expected testimony of its

experts, as required by the Order of April 5, 2011. D.E. 923.

    Respectfully submitted this 25th day of April, 2011.

GEORGE E. B. HOLDING
United States Attorney

BY:/s/Barbara D. Kocher
JOHN S. BOWLER                      JASON KELLHOFER
BARBARA D. KOCHER                   Trial Attorney
Assistants U.S. Attorney310         U.S. Department of Justice
New Bern Avenue, Suite 800          National Security Division
Raleigh, NC 27601                   Counter-Terrorism Section
Tel: 919-856-4530                   10th St. And Penn. Ave., N.W.
Fax: 919-856-4487                   Room 2740
Email: john.s.bowler@usdoj.gov      Washington, DC 20530
State Bar No. 18825                 Tel: (202) 353-7371
Email: barb.kocher@usdoj.gov        Fax: (202) 353-0778
State Bar No. 16360                 Email:
                                    jason.kellhofer@usdoj.gov
                                    OH Bar No. 0074736

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 25th day of April, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

 /s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4828
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360