IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HYSEN SHERIFI ) | |
| ANES SUBASIC ) | O R D E R |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendant. ) | |

WHEREAS the government has moved for an order extending the time to respond to the FISA Motions filed in this matter, including Docket Nos. 805, 810, 812, 813, 816, 818, 841, and 843, to 20 May 2011, and the defendants have agreed to this extension of time to respond; and good cause being shown;

THEREFORE, IT IS HEREBY ORDERED that the time in which the government will respond to the FISA Motions is extended to 20 May 2011.

DATED: April 28, 2011

_____
LOUISE W. FLANAGAN
Chief United States District Judge