UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL-8

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF INTENT |
| | ) | (CIPA) |
| ZIYAD YAGHI, | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, by and through counsel, and hereby gives notice of the intent to use any and all classified information produced by the Government. Presently, no such information has been produced as a matter of record which would require a hearing. The Defendant preserves his right to give notice pursuant to the Section 5 of the CIPA Act if necessary upon the receipt of any such material.

Defendant respectfully reserves the right to review any and all classified information produced by the Government.

Respectfully submitted this the 23rd day of May, 2011.

      /s/James M. Ayers II
      Attorney for Defendant Ziyad Yaghi
      Ayers & Haidt, P.A.
      307 Metcalf Street
      Post Office Box 1544
      New Bern, North Carolina 28563
      Telephone: (252) 638-2955
      Facsimile: (252) 638-3293
      jimayers2@embarqmail.com
      State Bar No. 18085
      Criminal – Appointed

CERTIFICATE OF SERVICE

      This is to certify that the undersigned has personally served a copy of the forgoing Notice re: Defense Experts, according to the applicable Civil Procedure Rules of this Court, to wit:

__X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date May 23, 2011

                                                */s/James M. Ayers II*
                                                Attorney for Defendant Ziyad Yaghi
                                                Ayers & Haidt, P.A.
                                                307 Metcalf Street
                                                Post Office Box 1544
                                                New Bern, North Carolina 28563
                                                Telephone: (252) 638-2955
                                                Facsimile: (252) 638-3293
                                                jimayers2@embarqmail.com
                                                State Bar No. 18085
                                                Criminal - Appointed

TO:
| | |
|---|---|
| John Bowler | Jason Harris Cowley |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 310 New Bern Ave. | 310 New Bern Avenue |
| Suite 800 | Suite 800 |
| Raleigh, NC  27601-1461 | Raleigh, NC  27601-27601 |
| john.s.bowler@usdoj.gov | jason.cowley@usdoj.gov |
| | |
| R. Daniel Boyce | Rosemary Godwin |
| Boyce & Isley, PLLC | Federal Public Defender |
| P.O. Box 1990 | 150 Fayetteville St. Mall |
| Raleigh, NC  27602-1990 | Suite 450 |
| dboyce@boyceisley.com | Raleigh, NC  27601-2919 |
| | rosemary_godwin@fd.org |
| | |
| Debra C. Graves | |
| Federal Public Defender | Myron T. Hill, Jr. |
| 150 Fayetteville St. Mall | Browning & Hill |
| Suite 450 | 200 E. Fourth Street |
| Raleigh, NC  27601-8005 | Greenville, NC  27835 |
| debra_graves@fd.org | mhill@browning-hill.com |

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Avenue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Paul K. Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jzeszotarski@poynerspruill.com

Anes Subasic
Wake County Detention Center
3301 Hammond Road
Raleigh, NC 27603