IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL PATRICK BOYD, a/k/a ) "Saifullah" ) | |
| HYSEN SHERIFI ) | **NOTICE OF FILING** |
| ANES SUBASIC ) | |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |

The United States hereby gives notice that on May 20, 2011, it filed, in camera and under seal, a classified ex parte omnibus response to defendants' filings at D.E. 805, 810, 812, 813, 816, 818, 841, and 843 with the Court Security Officer, or designee.

Respectfully submitted this 23rd day of May, 2011.

GEORGE E. B. HOLDING
United States Attorney

| | |
|---|---|
| BY:/s/Barbara D. Kocher | JASON KELLHOFER |
| JOHN S. BOWLER | Trial Attorney |
| BARBARA D. KOCHER | U.S. Department of Justice |
| Assistants U.S. Attorney | National Security Division |
| 310 New Bern Avenue, Suite 800 | Counter-Terrorism Section |
| Raleigh, NC 27601 | 10th St. And Penn. Ave., N.W. |
| Tel: 919-856-4530 | Room 2740 |
| Fax: 919-856-4487 | Washington, DC 20530 |
| Email: barb.kocher@usdoj.gov | Tel: (202 353-7371 |
| State Bar No. 16360 | Fax: (202) 353-0778 |
| Email: john.s.bowler@usdoj.gov | Email: |
| State Bar No. 18825 | jason.kellhofer@usdoj.gov |
| | OH Bar No. 0074736 |

CERTIFICATE OF SERVICE

This is to certify that I have this 23rd day of May, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

and by placing a copy in first class mail, postage prepaid, addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant U. S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4828
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360