JB
# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:09-CR-216-5-FL

| | | |
|---|---|---|
| HYSEN SHERIFI | ) | |
| ANES SUBASIC | ) | |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) | NOTICE OF PROGRESS |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | RE: PROPOSED CONSENT ORDER |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this Notice to provide an update to the Court in regard to ¶ 4 of the Order at D.E. 1017. In regard thereto, it is stated unto the Court:

Following the status conference of May 17, the Government understood it was to seek input from all counsel in regard to a proposed schedule for jury questionnaires, and that such schedule would need to be filed on May 24, 2011. Inquiry was made of counsel for all other parties this date, with copy mailed to defendant Subasic. However, also this date, the subject order was issued, clarifying that the Government need file a proposed consent order with the schedule. This rendered the Government's earlier query of all other counsel insufficient, as it did not attach nor propose a consent order to this effect.

Therefore, the Government files notice that the parties are working cooperatively in proposing a schedule and consent order for filing; that a proposed consent order has been sent to all counsel

1

this afternoon; that it is hoped response as to the proposed order will now be received from all counsel within twenty-four hours; and that the proposed consent order can be filed by May 25, 2011.

Respectfully submitted this <u>24th</u> day of May, 2011.

        GEORGE E. B. HOLDING
        United States Attorney

        <u>BY:/s/ Barbara D. Kocher</u>
        JOHN S. BOWLER
        BARBARA D. KOCHER
        Assistant U.S. Attorneys
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Tel: 919-856-4530
        Fax: 919-856-4487
        Email: john.s.bowler@usdoj.gov
        State Bar No. 18825
        Email: barb.kocher@usdoj.gov
        State Bar No. 16360

        <u>/s/ Jason Kellhofer</u>
        JASON KELLHOFER
        Trial Attorney
        U.S. Department of Justice
        National Security Division
        Counter-Terrorism Section
        10th St. And Penn. Ave., N.W.
        Room 2740
        Washington, DC 20530
        Tel: (202 353-7371
        Fax: (202) 353-0778
        Email: jason.kellhofer@usdoj.gov
        OH Bar No. 0074736

CERTIFICATE OF SERVICE

This is to certify that I have this 24th day of May, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

R. Daniel Boyce
Nexsen Pruet, PLLC
4141 Parklake Ave., Suite 200
P. O. Box 30188
Raleigh, NC 27612

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

 /s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: john.s.bowler@usdoj.gov

3