UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HYSEN SHERIFI | ) | PROPOSED CONSENT ORDER |
| ZAKARIYA BOYD, a/k/a/ "Zak;" | ) | RE: JURY QUESTIONNAIRES |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The parties hereto provide this Proposed Consent Order for the exchange of proposed jury questionnaires among the parties. *See*, Order at D.E. 1017. To this end, the parties jointly propose:

Each party will prepare and provide to all other parties a proposed jury questionnaire. Exchange of such proposed questionnaires will occur between the parties on June 15, 2011.

Thereafter, the parties will attempt to reconcile any differences and/or conflicts therein, with the goal of providing a single, jointly proposed questionnaire to the Court on July 15, 2011. To the extent any party cannot agree jointly to a single questionnaire, that party, by filing no later than July 15, 2011, will provide its or his additional proposed jury questions for consideration for inclusion by the Court.

Although attempt was made to reach defendant Anes Subasic, through stand-by counsel, his position on this consent order is

1

unknown.

Respectfully submitted, this 25th day of May, 2011.

GEORGE E.B. HOLDING
United States Attorney

BY: /s/ John S. Bowler
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: barb.kocher@usdoj.gov
State Bar No. 16360

JASON M. KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email:
jason.kellhofer@usdoj.gov
OH Bar No. 0074736

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

CERTIFICATE OF SERVICE

This is to certify that I have this 25th day of May, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

    /s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: john.s.bowler@usdoj.gov