UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HYSEN SHERIFI ) | PROPOSED CONSENT ORDER |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | RE: JURY QUESTIONNAIRES |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |

SO ORDERED, this the 26th day of May, 2011.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
Chief United States District Judge

The parties hereto provide this Proposed Consent Order for the exchange of proposed jury questionnaires among the parties. *See*, Order at D.E. 1017. To this end, the parties jointly propose:

Each party will prepare and provide to all other parties a proposed jury questionnaire. Exchange of such proposed questionnaires will occur between the parties on June 15, 2011.

Thereafter, the parties will attempt to reconcile any differences and/or conflicts therein, with the goal of providing a single, jointly proposed questionnaire to the Court on July 15, 2011. To the extent any party cannot agree jointly to a single questionnaire, that party, by filing no later than July 15, 2011, will provide its or his additional proposed jury questions for consideration for inclusion by the Court.

Although attempt was made to reach defendant Anes Subasic, through stand-by counsel, his position on this consent order is

1