```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     WESTERN DIVISION
                  NO. 5:09-CR-216-FL
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| HYSEN SHERIFI ) | **NOTICE** |
| ANES SUBASIC ) | **RE: DAILY TRIAL TRANSCRIPTS** |
| ZAKARIYA BOYD, a/k/a/ "Zak;" ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| Defendants. ) | |

The United States hereby gives notice that it will not seek daily transcripts of trial proceedings, scheduled to begin September 19, 2011, on Counts One through Eleven of the Second Superseding Indictment.

Respectfully submitted this 1st day of June, 2011.

| | |
|---|---|
| GEORGE E. B. HOLDING | JASON KELLHOFER |
| United States Attorney | Trial Attorney |
| | U.S. Department of Justice |
| BY:/s/Barbara D. Kocher | National Security Division |
| JOHN S. BOWLER | Counter-Terrorism Section |
| BARBARA D. KOCHER | 10th St. And Penn. Ave., N.W. |
| Assistants U.S. Attorney310 New | Room 2740 |
| Bern Avenue, Suite 800 | Washington, DC 20530 |
| Raleigh, NC 27601 | Tel: (202 353-7371 |
| Tel: 919-856-4530 | Fax: (202) 353-0778 |
| Fax: 919-856-4487 | Email: |
| Email: john.s.bowler@usdoj.gov | jason.kellhofer@usdoj.gov |
| State Bar No. 18825 | OH Bar No. 0074736 |
| Email: barb.kocher@usdoj.gov | |
| State Bar No. 16360 | |

CERTIFICATE OF SERVICE

This is to certify that I have this 1st day of June, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

R. Daniel Boyce
Nexsen Pruet, PLLC
4141 Parklake Ave., Suite 200
P. O. Box 30188
Raleigh, NC 27612

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

    /s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: john.s.bowler@usdoj.gov