# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## NO. 5:09-CR-216-FL-8

| | |
|---|---|
| UNITED STATES OF AMERICA )   | |
|             )   | |
|    v.       )   | NOTICE RE: |
|             )   | DAILY TRANSCRIPTS |
| ZIYAD YAGHI, )   | |
|    Defendant.   )   | |

Defendant Ziyad Yaghi, through counsel, hereby gives notice to the Court that he does not intend to request daily transcripts during the trial.

Respectfully submitted this the 9th day of June, 2011.

>  /s/James M. Ayers II
>  Attorney for Defendant Ziyad Yaghi
>  Ayers & Haidt, P.A.
>  307 Metcalf Street
>  Post Office Box 1544
>  New Bern, North Carolina 28563
>  Telephone:  (252) 638-2955
>  Facsimile:  (252) 638-3293
>  jimayers2@embarqmail.com
>  State Bar No. 18085
>  Criminal – Appointed

CERTIFICATE OF SERVICE

    This is to certify that the undersigned has personally served a copy of the forgoing Notice RE; Daily Transcripts, according to the applicable Civil Procedure Rules of this Court, to wit:

    __X__   CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date: June 9, 2011

    */s/James M. Ayers II*
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

TO:    John Bowler
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

Jason Harris Cowley
U.S. Attorney's Office
310 New Bern Avenue
Suite 800
Raleigh, NC 27601-27601
jason.cowley@usdoj.gov

R. Daniel Boyce
Boyce & Isley, PLLC
P.O. Box 1990
Raleigh, NC 27602-1990
dboyce@boyceisley.com

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC 27601-2919
rosemary_godwin@fd.org

Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC 27601-8005
debra_graves@fd.org

Myron T. Hill, Jr.
Browning & Hill
200 E. Fourth Street
Greenville, NC 27835
mhill@browning-hill.com

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Paul K. Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jzeszotarski@poynerspruill.com

Anes Subasic
Wake County Detention Center
3301 Hammond Road
Raleigh, NC 27603