IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | ORDER |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

On June 9, 2011, the court entered order, lodged on the docket at entry 1106, setting various matters for motions hearing and status conference to be held before the undersigned on **July 29, 2011, 9:30 a.m.** at New Bern. The court hereby AMENDS said order to reflect that the status conference will take place pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure, which provides that on its own initiative, the court may hold pretrial conference to promote a fair and expeditious trial.[1]

SO ORDERED, this the /O day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge

---

[1] This order simply corrects the language in order lodged on the docket at entry 1106 where incorrect reference appears to status conference pursuant to Rule 16.