UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL-8

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **NOTICE OF COMPLIANCE** |
| | ) | **RE: DEFENSE EXPERT** |
| **ZIYAD YAGHI,** | ) | **WITNESS REPORTS** |
| **Defendant.** | ) | |

Defendant Ziyad Yaghi, through counsel, hereby gives notice to the Court of his compliance with the Court's deadline for providing defense expert witness reports (DE #479 as amended in DE #982).

Respectfully submitted this the 16th day of June, 2011.

　　　　　　　　　　　　　　　　/s/James M. Ayers II
　　　　　　　　　　　　　　　　Attorney for Defendant Ziyad Yaghi
　　　　　　　　　　　　　　　　Ayers & Haidt, P.A.
　　　　　　　　　　　　　　　　307 Metcalf Street
　　　　　　　　　　　　　　　　Post Office Box 1544
　　　　　　　　　　　　　　　　New Bern, North Carolina 28563
　　　　　　　　　　　　　　　　Telephone: (252) 638-2955
　　　　　　　　　　　　　　　　Facsimile: (252) 638-3293
　　　　　　　　　　　　　　　　jimayers2@embarqmail.com
　　　　　　　　　　　　　　　　State Bar No. 18085
　　　　　　　　　　　　　　　　Criminal – Appointed

CERTIFICATE OF SERVICE

  This is to certify that the undersigned has personally served a copy of the forgoing Notice of Compliance re: Defense Expert Witness Reports, according to the applicable Civil Procedure Rules of this Court, to wit:

  __X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date June 16, 2011

                 */s/James M. Ayers II*
                 Attorney for Defendant Ziyad Yaghi
                 Ayers & Haidt, P.A.
                 307 Metcalf Street
                 Post Office Box 1544
                 New Bern, North Carolina 28563
                 Telephone: (252) 638-2955
                 Facsimile: (252) 638-3293
                 jimayers2@embarqmail.com
                 State Bar No. 18085
                 Criminal - Appointed

| TO: | John Bowler | Jason Harris Cowley |
|---|---|---|
| | U.S. Attorney's Office | U.S. Attorney's Office |
| | 310 New Bern Ave. | 310 New Bern Avenue |
| | Suite 800 | Suite 800 |
| | Raleigh, NC  27601-1461 | Raleigh, NC  27601-27601 |
| | john.s.bowler@usdoj.gov | jason.cowley@usdoj.gov |
| | | |
| | R. Daniel Boyce | Rosemary Godwin |
| | Boyce & Isley, PLLC | Federal Public Defender |
| | P.O. Box 1990 | 150 Fayetteville St. Mall |
| | Raleigh, NC  27602-1990 | Suite 450 |
| | dboyce@boyceisley.com | Raleigh, NC  27601-2919 |
| | | rosemary_godwin@fd.org |
| | Debra C. Graves | |
| | Federal Public Defender | Myron T. Hill, Jr. |
| | 150 Fayetteville St. Mall | Browning & Hill |
| | Suite 450 | 200 E. Fourth Street |
| | Raleigh, NC  27601-8005 | Greenville, NC  27835 |
| | debra_graves@fd.org | mhill@browning-hill.com |

Jason M. Kellhofer  
US Department of Justice  
950 Pennsylvania Avenue NW  
Room 2720  
Washington, DC  20530  
jason.kellhofer@usdoj.gov

Barbara D. Kocher  
U.S. Attorney's Office  
310 New Bern Aveue  
Suite 800  
Raleigh, NC  27601  
barb.kocher@usdoj.gov

Robert J. McAfee  
McAfee Law, P.A.  
P.O. Box 905  
New Bern, NC 28563  
rjm@mcafee-law.com

Paul K. Sun, Jr.  
Ellis & Winters  
PO Box 33550  
Raleigh, NC  27636-3550  
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr  
Poyner & Spruill  
P.O. Box 10096  
Raleigh, NC  27605  
jzeszotarski@poynerspruill.com