```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                    WESTERN DIVISION

                  NO. 5:09-CR-216-2-FL
                  NO. 5:09-CR-216-5-FL
                  NO. 5:09-CR-216-8-FL
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) GOVERNMENT'S RESPONSE TO |
| v. | ) DEFENDANTS' MOTIONS FOR |
| | ) BRADY/GIGLIO MATERIAL |
| HYSEN SHERIFI | ) (D.E. 1036, 1051, 1043) |
| DYLAN BOYD, a/k/a | ) |
| "Mohammed," | ) |
| ZIYAD YAGHI | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby responds to defendants' Motions for Brady/Giglio Material, and states unto the Court:

Defendants Sherifi, Dylan Boyd, and Yaghi move the Court to compel production of all Brady and Giglio material. D.E. 1036, 1051, and 1043. None of the defendants make a specific claim as to the existence of such material; rather, the motions appear to be made to preserve their claims to such material.

The government notes that it has turned over applicable Brady and Giglio information as it has become known, to include payments and promises of leniency or other favorable treatment of cooperating witnesses and exculpatory information (namely in the form of defendants' friends' statements of the purpose of any overseas travel), and does not have a body of evidence it has withheld to spring upon defendants at a later time.  Criminal

histories of testifying witnesses will be obtained and released once decisions have been made as to whether such person is testifying, much at the same time any Jencks statements are discerned and released.

For these reasons, no order compelling the government to continue appropriate and timely production of Brady and Giglio material is required.

Respectfully submitted this 20th day of June, 2011.

GEORGE E. B. HOLDING
United States Attorney

BY:/s/John S. Bowler
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: john.s.bowler@usdoj.gov
State Bar No. 18825
Email: barb.kocher@usdoj.gov
State Bar No. 16360

/s/ Jason Kellhofer
JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar No. 0074736

CERTIFICATE OF SERVICE

    This is to certify that I have this 20th day of June, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

R. Daniel Boyce
Nexsen Pruet, PLLC
4141 Parklake Ave., Suite 200
P. O. Box 30188
Raleigh, NC 27612

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

    and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

    /s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: john.s.bowler@usdoj.gov