IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-8-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) GOVERNMENT'S RESPONSE TO |
| v. | ) DEFENDANT'S MOTION FOR |
| | ) DISCLOSURE OF WITNESS |
| ZIYAD YAGHI | ) STATEMENTS (D.E. 1044) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby responds in opposition to defendant's Motion for Disclosure of Witness Statements, and states unto the Court:

The defendant requests the government be required to turn over all Jencks material pre-trial, or in the alternative, after the government witnesses have completed their testimony. D.E. 1044. The government has no objection to an order requiring the latter, but there is no support for an order to do the former.

Title 18, United States Code, Section 3500 controls the disclosure of Jencks materials. Section 3500 requires only that a witness' prior statements be turned over after direct examination of the witness.

As noted in previous statements and filings to the Court, the government will adhere to local practice in this district, and turn over to defense prior to trial any and all Jencks statements of persons identified as witnesses for the government's case-in-chief. As those trial witnesses are identified, there will be a

1

concomitant release of any Jencks material.  It is anticipated the any Jencks material of identified trial witnesses will be disclosed no later than two weeks prior to trial.   The government avers that there is not such magnitude of Jencks material that would unduly burden the defense with its receipt per the normal local practice.

Respectfully submitted this 20th day of June, 2011.

>GEORGE E. B. HOLDING
>United States Attorney
>
>BY:/s/John S. Bowler
>JOHN S. BOWLER
>BARBARA D. KOCHER
>Assistant U.S. Attorneys
>310 New Bern Avenue, Suite 800
>Raleigh, NC 27601
>Tel: 919-856-4530
>Fax: 919-856-4487
>Email: john.s.bowler@usdoj.gov
>State Bar No. 18825
>Email: barb.kocher@usdoj.gov
>State Bar No.  16360
>
>/s/ Jason Kellhofer
>JASON KELLHOFER
>Trial Attorney
>U.S. Department of Justice
>National Security Division
>Counter-Terrorism Section
>10th St. And Penn. Ave., N.W.
>Room 2740
>Washington, DC 20530
>Tel: (202 353-7371
>Fax: (202) 353-0778
>Email: jason.kellhofer@usdoj.gov
>OH Bar No.  0074736

## CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of June, 2011, served a copy of the foregoing upon counsel for the defendants in

this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

R. Daniel Boyce
Nexsen Pruet, PLLC
4141 Parklake Ave., Suite 200
P. O. Box 30188
Raleigh, NC 27612

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

/s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: john.s.bowler@usdoj.gov