IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HYSEN SHERIFI; ) | |
| ANES SUBASIC; ) | |
| DYLAN BOYD, a/k/a "Mohammed;" ) | ORDER |
| MOHAMMAD OMAR ALY HASSAN; ) | |
| and ) | |
| ZIYAD YAGHI, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on defendants' motions for hearing pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) (DE # 1123, 1161, 1159, 1132, 1127). Where every defendant has joined in the request for hearing, and where early notice to all parties will promote the continued efficient administration of this case including in scheduling attendance at hearing of the noted proposed expert witnesses on terrorism, Mr. Evan Francois Kohlmann, J.D., and Dr. Marc Sageman, Ph.D., the court sets the matters in defendants' various briefs and in government's forthcoming one for hearing before the undersigned on **August 16, 2011, 9:30 a.m.,** at the Terry Sanford Federal Building in Raleigh, North Carolina.

SO ORDERED, this the 21st day of June, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge