IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| HYSEN SHERIFI | ) | **JOINT REPORT ON TRANSCRIPT STATUS** |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The above-named parties file the following report in regard to the process for resolving objections to transcripts. D.E. 1017.

A. Resolution of Objections

Through the process undergone since the transcriptions began in April 2010, the parties believe they have resolved as many objections to the transcripts as are possible pre-trial. In summary, the government designated transcripts of 460 recordings, objections were made to 64 by defendant Sherifi, 16 by defendant Dylan Boyd, 4 by defendant Yaghi, and 122 by defendant Subasic. On June 30, 2011, the government notified the defendants Sherifi, Dylan Boyd, and Yaghi whether it accepted or rejected the objections, and the transcripts as modified by the accepted objections are anticipated to be moved into evidence by the government at trial, after proper foundation. There was delay in

1

reviewing all of Subasic's objections as Subasic indicated he believed the government was not working off the correct versions of the designations and objections he made; all indications are that the end result will provide similar resolution to the objections.

Defendant Dylan Boyd designated 9 transcripts, defendant Hysen Sherifi 4 transcripts, defendant Subasic 107 transcripts. The government served on defendants objections to each designated transcript.[1] Subasic and Dylan Boyd have responded with the information as to his accepting/rejecting of each objection, defendant Sherifi has not yet provided that information to the government.

   B. <u>Proposed Process for Resolution of Remaining Objections</u>

The parties believe the trial process will be the best way of resolving the remaining objections.

   C. <u>Manner of Presentation</u>

The parties anticipate presenting evidence of the recordings at trial by combination of reading of transcripts, playing recordings, and playing recordings with electronically presented, synchronized transcripts.

   D. <u>Possible Stipulations</u>

The parties have been unable to agree on stipulations that might simplify and facilitate this evidence, to include

---

[1] A number of the transcripts provided by defendants were the original product of the transcription service, and were not in verbatim format. Thus objections were made to every transcript.

authenticity.

    E.   <u>Need for Special Listening Equipment</u>

Noise reducing headphones would be very helpful for the jury, the Court, and court reporter in respect to the recordings generally.

Defendant Subasic did not respond to queries through stand-by counsel Paul Sun as to his position on any of the above issues.

Respectfully submitted this 14th day of July, 2011.

THOMAS G. WALKER
United States Attorney

| | |
|---|---|
| BY:/s/Barbara D. Kocher<br>JOHN S. BOWLER<br>BARBARA D. KOCHER<br>Assistant U.S. Attorneys<br>310 New Bern Avenue, Suite 800<br>Raleigh, NC 27601<br>Tel: 919-856-4530<br>Fax: 919-856-4487<br>Email: barb.kocher@usdoj.gov<br>State Bar No. 16360<br>Email: john.s.bowler@usdoj.gov<br>State Bar No. 18825 | JASON KELLHOFER<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counter-Terrorism Section<br>10th St. And Penn. Ave., N.W.<br>Room 2740<br>Washington, DC 20530<br>Tel: (202 353-7371<br>Fax: (202) 353-0778<br>Email:<br>jason.kellhofer@usdoj.gov<br>OH Bar No. 0074736 |
| Robert J. McAfee<br>McAfee Law, P.A.<br>P. O. Box 905<br>New Bern , NC 28563 | R. Daniel Boyce<br>Boyce & Isley, PLLC<br>P. O. Box 1990<br>Raleigh , NC 27602-1990<br><br>James M. Ayers, II<br>307 Metcalf Street<br>Post Office Box 1544<br>New Bern, North Carolina 28563<br><br>Joseph E. Zeszotarski, Jr.<br>Poyner & Spruill<br>PO Box 1801<br>Raleigh, NC 27602 |

CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of July, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

/s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: john.s.bowler@usdoj.gov