**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**NO. 5:09-CR-216-FL**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HYSEN SHERIFI,** | ) | **DEFENDANTS** |
| **DYLAN BOYD,** | ) | **COMBINED JURY QUESTIONNAIRE** |
| **MOHAMMAD OMAR ALY HASSAN,** | ) | **AND VOIR DIRE** |
| **ZIYAD YAGHI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

      The defendants, Hysen Sherifi, Dylan Boyd, Mohammad Omar Aly Hassan and Ziyad

Yaghi, through counsel, submit the attached Defendants Combined Jury Questionnaire and Voir

Dire for use in this case.

                         Respectfully submitted,

                         _/s/ Robert J. McAfee_
                         N.C. State Bar No. 21195
                         McAfee Law, P.A.
                         P.O. Box 905
                         New Bern, NC  28563
                         PH:  (252) 634-2662
                         FX:  (888) 389-8405
                         RJM@MCAFEE-LAW.COM

                         Joseph E. Zeszotarski, Jr.
                         State Bar No. 21310
                         Poyner Spruill LLP
                         Post Office Box 1801
                         Raleigh, NC  27602
                         (919) 783-1005
                         Fax: (919) 783-1075
                         Counsel for Dylan Boyd

**Nexsen Pruet, PLLC**

*/s/ R. Daniel Boyce*
R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone:  (919) 653.7825
Facsimile:  (919) 833-7536
dboyce@nexsenpruet.com
*Attorney for Defendant Hassan*

*/s/James M. Ayers II*
Attorney for Defendant Ziyad Yaghi

Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone:  (252) 638-2955
Facsimile:  (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **HYSEN SHERIFI,** | ) |
| **DYLAN BOYD,** | ) |
| **MOHAMMAD OMAR ALY HASSAN,** | ) |
| **ZIYAD YAGHI,** | ) |
| | ) |
| **Defendants.** | ) |

_____

# JURY QUESTIONNAIRE AND VOIR DIRE

General Instructions:

This questionnaire is designed to obtain information about your background as it is related to your service as a juror in this case. Its use will substantially shorten the jury selection process. The purpose of these questions is to determine whether prospective jurors can impartially decide this case based upon the evidence presented at trial and the instructions on the law given by the presiding judge. The questions are not intended to unnecessarily inquire into personal matters. All information contained in this questionnaire will be kept confidential and under seal.

You are sworn to give true and complete answers and those answers will be available only to the court and the parties in this case. The questionnaires belong to the court and all copies will be returned to the court. You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors and members of the media.

Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury. Your cooperation is of vital importance. Please answer each question as fully and completely as possible. Your complete candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury.

You must answer all the questions, to the best of your ability. If you do not know the answer to a question then write, "I don't know." It is important that the answers be yours alone. If you need more space for your responses or wish to make further comments regarding any of your answers, please use the Explanation Sheet at the end of the questionnaire. Put the number of the question you are answering on the Explanation Sheet before you write the response or comment.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers. Remember, you are sworn to give true and complete answers to all questions. Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues which must be decided in this case. Please fill out the entire questionnaire. Do not leave any questions blank. Do not write on the back of any page. **PLEASE PRINT OR WRITE LEGIBLY. You must sign the affirmation page.**

<u>JUROR QUESTIONNAIRE</u>

**Personal Background**

Juror's Name: _____

1.  Gender:  _____

2.  Age:  _____

3.  Place of Birth:  _____

4.  What is your ethnic background?

    _____ White/Caucasian, not Hispanic
    _____ Black/African-American, not Hispanic
    _____ Hispanic/Latino
    _____ Asian or South Asian
    _____ American Indian or Native American
    _____ Other _____
         (please specify)

5.  In what town, city, or county do you currently live? _____

6.  Length of time at current address: _____

7.  How long have you lived in North Carolina? _____

8.  If you have lived less than five years at your current address, indicate your prior town or community.
    _____

9.      What is your current marital/domestic status? (Check all that apply.)

        _____ Single/never married    _____ Divorced
        _____ Married ___ years        _____ Divorced and remarried
        _____ Domestic partner         _____ Widowed
        _____ Separated                _____ Lives with others

10.     Do you have children or stepchildren? _____ Yes _____ No

        If yes, please give details of age and sex: _____
        _____

11.     Do you read, speak, write, and understand English?

        Yes _____
        With difficulty _____
        No _____

12.     What other languages do you speak, read or understand?
        _____

13.     Where were your parents born?

        Mother _____
        Father _____

14.     What is/was your father's occupation?
        _____

15.     What is/was your mother's occupation?
        _____

16.     Are you, your spouse (domestic partner), or a former spouse (domestic partner) parents,
        in-laws or grandparents naturalized U.S. Citizens?

        Yes _____ No _____

        If yes, please tell us who and when they became a citizen?
        _____

17. Do you speak, read or understand Arabic (or any dialect of Arabic) or did you grow up in households where that language or any of its dialects were spoken?

Yes _____ No _____

   (a)    Do you read any Arabic language newspapers or publications?

          Yes _____ No _____

          If so, please list the Arabic language newspapers or publications:
          _____

   (b)    Do you watch any Arabic language television programs, including newscasts?

          Yes _____ No _____

          If yes, please list these programs/newscasts. _____
          _____

   ( c)   If you speak, read or understand the Arabic language (or any of its dialects), would you have any difficulty relying solely upon the official interpreter's translation of testimony, and witnesses' translations of the evidence?

          Yes _____ No _____

18. Do you speak, read or understand any other foreign language or did you grow up in a household where another foreign language was spoken?    Yes _____ No _____

   If yes, please list what foreign language(s):
   _____
   _____

   (a)    Do you read any other foreign language newspapers or publications?

          Yes _____ No _____

          If so, please list those newspapers or publications:
          _____
          _____

   (b)    If you speak, read or understand another foreign language, would you have any difficulty relying solely upon the official interpreter's translation of testimony, and witnesses' translations of that foreign language evidence?    Yes _____ No _____

19. Have you ever traveled to any of the following countries for any reason?

| Morocco | Afghanistan | Saudi Arabia | Qatar | Yemen |
|---------|-------------|--------------|-------|-------|
| Algeria | Yemen | Egypt | Indonesia | Malaysia |
| Jordan | Iraq | Arab Emirates | Libya | Serbia |
| Turkey | Iran | Israel | Tunisia | Macedonia |
| Syria | Sudan | Palestine | Pakistan | Albania |
| Kosovo | Yugoslavia | Croatia | Montenegro | |

Yes _____ No _____ (If yes, please circle the appropriate countries.)

20. Has any family member or anyone you know well ever visited or worked in a civilian, or non-military government capacity anywhere in the Middle East, the Balkan Peninsula, or North Africa, including, but not limited to the countries listed in Question 19 above? Yes _____ No _____

If yes, please identify the countries he or she visited, the time period when his or her visit occurred, and the reason for his or her travel, visit or employment:

_____

_____

_____

21. Do you know anyone who presently resides in North Africa, the Balkan Peninsula or the Middle East?

Yes _____ No _____

If yes, who and where? _____

_____

22. Are you familiar with the culture, politics, or economy of any of the countries in the Middle East? If so, please explain. _____

_____

_____

23. Have you ever known anyone from another country who worked in the United States and had to have a green card or permit to continue working here?

Yes _____ No _____

If yes, please explain. _____

_____

_____

24. What is your occupational status? (Check all that apply.)

_____ Work full-time outside the home      _____ Student
_____ Work part-time outside the home      _____ Retired
_____ Full-time homemaker      _____ Disabled
_____ Homemaker with part-time employment      _____ Other: _____
_____ Unemployed      _____

25. Please state your current occupation and place of employment.
_____

26. Check the following category that best describes your employer:

_____ Federal government agency      _____ Private, for-profit organization
_____ State government agency      _____ Private, not-for-profit organization
_____ County government agency      _____ Self employed
_____ City government agency      _____ Other: _____

27. Describe what you do: _____
_____

How long have you held this job? _____

28. Please list all prior occupations or jobs during the past 15 years:

Occupation                         Length of Employment

_____

_____

_____

_____

_____

29. Are you a vendor or a contractor for the United States Government or do you work for one?   Yes _____ No _____

If yes, please describe: _____
_____

30. If not employed, please describe other responsibilities that you have (e.g., childcare, school):

    _____
    _____
    _____
    _____

31. If unemployed, retired, or disabled, what type of work did you do?

    _____
    _____
    _____

32. Have you ever had the authority to hire or fire employees?   Yes _____ No _____

    a.      If so, have you ever fired an employee?                Yes _____ No _____

    If yes, please explain: _____
    _____

33. What is your spouse/domestic partner's occupational status? (Check all that apply.)

    _____ Work full-time outside the home          _____ Student
    _____ Work part-time outside the home          _____ Retired
    _____ Full-time homemaker                      _____ Disabled
    _____ Homemaker with part-time employment      _____ Other: _____
    _____ Unemployed                               _____

34. Check the following category that best describes your spouse or domestic partner's employer:

    _____ Federal government agency     _____ Private, for profit organization
    _____ State government agency       _____ Private, not-for-profit organization
    _____ County government agency      _____ Self employed
    _____ City government agency        _____ Other: _____

35. Please state your spouse or domestic partner's current occupation/job title and place of employment.

    _____
    _____

36. Please describe the nature of his/her job: _____
    _____

37. What kind of work did he/she do in the past? _____
    _____
    _____

38. Check the highest level of education for you and your spouse or domestic partner:

|  |  | You | Spouse/domestic partner |
|---|---|---|---|
| a. | Grade school or less | _____ | _____ |
| b. | Some high school | _____ | _____ |
| c. | High school graduate | _____ | _____ |
| d. | Technical or business school | _____ | _____ |
| e. | Some college | _____ | _____ |
| f. | College degree | _____ | _____ |
| g. | Graduate work or degree | _____ | _____ |

39. Do you own or regularly use a computer?        Yes _____ No _____

40. Do you have any advanced knowledge or special training in the field of computers (i.e., degree in computer science, job in information technology, self-taught expertise in hardware, software or computer systems)?        Yes _____ No _____

   If yes, please describe: _____
   _____


41. If you have had any educational training beyond high school, please list all degrees you have received and the area of study.

   _____
   _____
   _____

42. Do you, your spouse or domestic partner, or another member of your immediate family have any education, training or employment experience in any of the following fields:

|  |  | Yes | No | Some |
|---|---|---|---|---|
| a. | Accounting, auditing, bookkeeping | ____ | ____ | ____ |
| b. | Aircraft, airline industry, aviation | ____ | ____ | ____ |
| c. | Security, intelligence | ____ | ____ | ____ |
| d. | Private investigations | ____ | ____ | ____ |
| e. | Law | ____ | ____ | ____ |
| f. | Medicine | ____ | ____ | ____ |
| g. | Psychology, psychiatry or social work | ____ | ____ | ____ |
| h. | Corrections (work in prisons/jails) | ____ | ____ | ____ |
| i. | Religion and/or philosophy | ____ | ____ | ____ |
| j. | Criminal justice | ____ | ____ | ____ |
| k. | Foreign languages | ____ | ____ | ____ |
| l. | Journalism, media, communications | ____ | ____ | ____ |
| m. | Emergency rescue, firefighting, EMT | ____ | ____ | ____ |

If yes, please explain the nature and extent of the education, training or employment experience: _____
_____

43. Have you ever worked as a volunteer firefighter or as a member of a rescue squad or ambulance crew for any federal, state, or local agency?      Yes _____ No _____

(a) If yes, describe the nature of your service: _____
_____

(b) If yes, during what time period(s)? _____
_____

**Military Service**

44.     Have you, your spouse/partner, or immediate family member ever served in the armed forces, including the reserves, National Guard or ROTC?     Yes _____ No _____

If yes, please answer the following:

|   |   | You | Spouse/Partner | Family Member |
|---|---|-----|----------------|---------------|
| (a) | Branch and highest rank | _____ | _____ | _____ |
| (b) | Dates of service | _____ | _____ | _____ |
| (c) | Place of Service | _____ | _____ | _____ |
| (d) | Type of Discharge | _____ | _____ | _____ |
| (e) | Served at the Pentagon? | _____ | _____ | _____ |
| (f) | Dates of service @ Pentagon | _____ | _____ | _____ |

(g)     Any experience with courts martial, military police, shore patrol or other area of military law enforcement? Yes _____ No _____

(h)     Did you/they have any combat experience? Yes _____ No _____

If so, identify location and years: _____
_____

45.     Have you, a family member, close friend or acquaintance been injured or killed while serving in a combat or military zone in Iraq, Afghanistan or elsewhere in the Middle East?          Yes _____ No _____

If yes, please explain: _____
_____
_____

46.     Do you have any family, relatives or close friends in the military who are currently or were formerly stationed in the Middle East or the Balkan Peninsula?
Yes _____ No _____

If yes, please explain:
_____
_____

47.     Did you or any member of your family serve in the first or second gulf wars? If "yes," please explain. _____
_____

48.     Do you have a family member or a friend who is currently, or who has previously been, as either a member of the armed forces or as a contractor for a government agency, involved in the war effort in Afghanistan, Iraq, or any aspect of the war on terrorism overseas?   Yes _____ No _____

        If yes, please specify location, and explain: _____
        _____

**Organizational Affiliations, Hobbies and Spare Time Activities**

49.     What are your primary leisure time activities, hobbies and interests?
        _____
        _____
        _____
        _____

50.     Please list organizations to which you or your spouse or domestic partner belong or in which either of you participate, either now or in the past. (For example, civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal and recreational, such as, but not limited to, Kiwanis, Rotary Club, Exchange Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters:

        Self: _____
        _____

        Spouse/domestic partner: _____
        _____

51.     Have you ever held any office or title in the organizations listed in question 50?

        Yes _____ No _____

52.     Have you, any member of your family, or any close personal friend ever held an elected or appointed office in the federal, state or county government?     Yes _____ No _____

        If yes, please describe: _____
        _____

53.     What groups or organizations, if any, did you donate money, goods, or volunteer time to during the last five years? _____
        _____
        _____

54. Please state what bumper stickers or decals you have on any vehicle (excluding those required by the county/city or the State of Virginia), including any political, social, religious, charitable or any other sticker or decal.

_____
_____

55. Would you say that you seek out positions of leadership when you participate with others in your employment or other activities?

Always _____ Often _____ Sometimes _____ Seldom _____ Never _____

56. Have you ever contributed money to an organization that opposes or wants to limit immigration, or opposes certain rights to immigrants, or proposes changes to the immigration law?  Yes _____ No _____

If yes, please describe: _____
_____

57. Have you or any family member been a member of any group that lobbies or takes public positions on law enforcement issues?   Yes _____ No _____

If yes, please identify the group: _____
_____

58. Are you a member or supporter of any group which is either for or against gun control (such as the National Rifle Association)?   Yes _____ No _____

If yes, please describe: _____
_____

59. Do you or does anyone who lives in your home own any firearms?  Yes _____ No _____

If yes, what type and for what purpose? _____
_____
_____

**Media Consumption**

60. What newspapers and news magazines do you read regularly (either in print or online)?

_____
_____

61.    How often do you read a newspaper or news magazine?

       Every day ____
       Several times a week ____
       Once or twice a week ____
       Less often than once a week ____
       Never ____

62.    What online sites do you visit most often for news, editorials, opinions, or commentary
on the news, including comedy or satire sites, as well as news aggregators, such as Yahoo News?
       _____
       _____
       _____
       _____

63.    What were the last three books you read?

       (1) _____
       (2) _____
       (3) _____

64.    Do you watch television?     Yes _____ No _____

       If yes, what are your favorite television programs? _____
       _____
       _____
       _____

65.    Please list all sources of news you watch, listen to, or read on a regular basis, in print or
       on television, radio or the internet, including the names of any particular news programs
       or internet sites.
       _____
       _____
       _____

66.    How often do you watch the news on TV? (Please check only one answer.)

       Every day ____
       Several times a week ____
       Once or twice a week ____
       Less often than once a week ____
       Never ____

67.   How often do you listen to news on radio? (Please check only one answer.)

Every day _____
Several times a week _____
Once or twice a week _____
Less often than once a week _____
Never _____

68.   Do you listen to radio talk shows?     Yes _____ No _____

If yes, which radio talk shows do you listen to? _____
_____

69.   Do you ever listen to political commentators on TV or the radio, or do you ever visit political blog sites on the internet?     Yes _____ No _____

If yes, which one(s)? _____
_____
_____

70.   This case is likely to receive ongoing media attention. The Court wants to make sure that this case is decided solely on the evidence in the courtroom and not based on things that are said outside the courtroom. Accordingly, the Court will be advising you periodically that you must avoid reading about the case in the newspapers or listening to any radio or television reports about the case. The Court will also advise you periodically that you must avoid discussing this case with friends or family during the course of the trial.

Would these requirements pose any difficulty for you?     Yes _____ No _____

71.   In what ways, if any, could your political views, or those of your spouse, affect your service as a juror in this case? _____
_____
_____
_____

**Contact and Experiences with Crime, Courts and Legal System**

72.     Are you, or have you ever been, a member of any victims' rights group?

        Yes _____ No _____

        If yes, please identify the group and describe your participation. _____
        _____
        _____
        _____

73.     Are you, or is any close friend or relative, a member of a neighborhood crime watch or
        prevention group?    Yes _____ No _____

        (a)     If yes, please identify the group and describe that participation: _____
        _____
        _____
        _____

74.     Have you ever called the police for any reason?    Yes _____ No _____

        (a)     If yes, please explain: _____
        _____
        _____

75. Have you, or has any member of your family or close friend or relative, ever been the victim of, or witness to a crime, whether or not that crime was reported to law enforcement authorities?     Yes _____ No _____

   (a)   If no, go to question 76.  If yes, please provide the following information for each person and incident:

   | Relationship (Self, sister, etc.) | Type of Victim or Crime  Witness | Reported to Police? | Was anyone Caught? | Outcome of the Case |
   |---|---|---|---|---|
   |  |  |  |  |  |
   |  |  |  |  |  |
   |  |  |  |  |  |
   |  |  |  |  |  |
   |  |  |  |  |  |

   (b)   In what ways, if any, did any of these incidents that you, or a person close to you, experienced affect your attitude about crime?
   _____
   _____
   _____

   (c)   How do you feel about how the police or law enforcement authorities handled the situation? _____
   _____
   _____
   _____

   (d)   Was there any sort of court hearing in the case(s) you described in Question 75?

       Yes _____ No _____

   (e)   Did you, or the person close to you, testify at the court hearing?

       Yes _____ No _____

       If yes, how did you feel about the experience of testifying? _____
   _____
   _____

76. Have you ever known a homicide (murder) victim?   Yes _____ No _____

77. Have you or any family members or close friends had any personal experience with acts of terrorism?   Yes _____ No _____

    If yes, please explain: _____
    _____
    _____

78. Do you believe that you, a member of your family, or a close friend, has ever been directly or indirectly affected in any way by a terrorist act or threat?

    Yes _____ No _____

    If yes, please explain: _____
    _____
    _____

79. Have you, or has any member of your family or close friend or relative, ever been questioned about, accused of, investigated for, arrested for or charged with a crime, other than a minor traffic offense?    Yes _____ No _____

    (a)    If yes, please provide the following:

    Relationship of person
    charged (Self, Sister, etc.)      Crime(s)charged          Case Outcome
    _____

    _____

    _____

    (b)    If yes, please provide a brief description of the alleged crime(s) and the events

           leading up to the accusation, arrest or charge: _____
           _____
           _____
           _____

    (c)    How did you feel about being questioned about that experience? _____
           _____
           _____
           _____

80. Have you ever had to appear in court, or in any legal proceeding, as a plaintiff, defendant, victim, or witness for any reason other than that explained above?

Yes _____ No _____

(a) If yes, please state when and explain why you appeared in court: _____
_____
_____

81. Would your experience being investigated, questioned about, accused of, arrested for or charged with a crime affect your ability to serve as a juror in this case?
_____
_____
_____

82. In your opinion, what are the major causes of crime? _____
_____
_____
_____

83. How do you feel about the way the criminal justice system is working in the United States?  Please explain: _____
_____
_____

84. Have you, or has any close friend or relative, made or brought any claims or lawsuits against any federal, state or local government agency?        Yes _____ No _____

(a) If yes, please explain: _____
_____
_____

85. Have any claims or lawsuits ever been made by any federal, state or local official or government agency against you, or any close friend or relative?    Yes _____ No _____

(a) If yes, please explain: _____
_____
_____

86.     Have you ever served as a juror at a trial before?     Yes _____ No _____

(a)     If yes, please complete the following for each trial on which you served as a juror:

| Date | State or Fed. | Criminal or Civil | Charges/ Allegations | When did you serve? | Where did you serve? | Did the jury reach a verdict? |
|------|------|------|------|------|------|------|

1. _____

2. _____

3. _____

(b)     Have you ever served as a jury foreperson?     Yes _____ No _____

(c)     Was there anything about your jury experience that left you disappointed or dissatisfied with our criminal justice system?     Yes _____ No _____

        Please explain: _____
        _____
        _____

(d)     Did the judge or prosecutor or anyone else comment on your verdict?

        Yes _____ No _____

        Please explain: _____
        _____
        _____

(e)     Was there anything about your experience as a juror which would make you not want to serve again?     Yes _____ No _____

        Please explain: _____
        _____
        _____

(f)     In general, how much did you participate in that jury's discussion?

        _____ Less than other jurors  _____ About the same
        _____ More than other jurors

(g)     Have you ever served as a juror on a grand jury?     Yes _____ No _____

        If yes, when and where? _____
        _____

87.     Is there any racial or ethnic group that you do not feel comfortable being around?

        Yes _____ No _____ Not Sure ___

        If yes, please explain: _____
        _____
        _____

88.     Do you know of any reason that would keep you from serving fairly and impartially as a
        juror in a case in which the defendant was a person whose race was different than yours?
        Yes _____ No _____

        If yes, please explain: _____
        _____
        _____

89.     Are you acquainted with any other prospective juror in this case?  If so, please indicate
        who you know and how you are acquainted.
        _____
        _____

90.     When you feel you are correct, will you still listen to the arguments of others who do
        not agree with you?            Yes _____ No _____

        If yes, are you sometimes persuaded to change your position?      Yes _____ No _____

91.     Do you generally "hold your ground" when you feel that you are correct, or are you
        easily swayed by the strong influence of others?

        _____ Always hold my ground
        _____ Generally hold my ground
        _____ Generally swayed by others
        _____ Almost always swayed by others

92. Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the following (check as many as apply for each category):

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Federal Bureau of Investigation (F.B.I.) | _____ | _____ | _____ | _____ |
| U.S. Attorney Office | _____ | _____ | _____ | _____ |
| State Prosecutor's Office | _____ | _____ | _____ | _____ |
| Internal Revenue Service IRS | _____ | _____ | _____ | _____ |
| Drug Enforcement Ag. DEA | _____ | _____ | _____ | _____ |
| Central Intelligence Ag. CIA | _____ | _____ | _____ | _____ |
| National Security Ag. NSA | _____ | _____ | _____ | _____ |
| Department of Justice | _____ | _____ | _____ | _____ |
| State Department | _____ | _____ | _____ | _____ |
| Any U.S. Embassy | _____ | _____ | _____ | _____ |
| U.S. Treasury Department | _____ | _____ | _____ | _____ |
| Department of Homeland Security | _____ | _____ | _____ | _____ |
| Peace Corps | _____ | _____ | _____ | _____ |
| Agency for International Development (AID) | ____ | _____ | | _____ |
| Immigration, Naturalization Service | _____ | _____ | _____ | _____ |
| Military Police | _____ | _____ | _____ | _____ |
| Correctional Officer | _____ | _____ | _____ | _____ |
| Bureau of Prisons | _____ | _____ | _____ | _____ |
| Parole or Probation Office | _____ | _____ | _____ | _____ |
| State Police | _____ | _____ | _____ | _____ |
| Police Department | _____ | _____ | _____ | _____ |
| Sheriff's Department | _____ | _____ | _____ | _____ |
| U.S. Marshal's Service | _____ | _____ | _____ | _____ |
| Secret Service | _____ | _____ | _____ | _____ |
| U.S. Customs | _____ | _____ | _____ | _____ |
| U.S. Postal Service | _____ | _____ | _____ | _____ |
| Federal Protective Services | _____ | _____ | _____ | _____ |
| Naval Investigative Services | _____ | _____ | _____ | _____ |
| Bureau of Alcohol, Tobacco and Firearms (BATF) | _____ | _____ | _____ | _____ |
| U.S. Park Police | _____ | _____ | _____ | _____ |
| Other law enforcement or private security agency not listed | _____ | _____ | _____ | _____ |

93. Have you, any member of your family or close personal friend ever worked or applied for employment with any federal, state or local law enforcement agency other than those listed above?          Yes _____ No _____

    If yes what agency? _____

94. Have you: (Check an answer for each)
    A.      Volunteered to assist law enforcement?          Yes _____ No _____
    B.      Participated in a "Ride along" program?          Yes _____ No _____
    C.      Donated money to any police or other law
            enforcement auxiliary or fund raising program      Yes _____ No _____

95. Would you, as a juror, give law enforcement officers when testifying as a witness in a case, more credibility, less credibility, or the same credibility as anyone else's testimony?

    _____ More credibility
    _____ Less credibility
    _____ Same credibility

    Please explain. _____
    _____
    _____

96. Overall, what are your views concerning law enforcement agencies?
    _____
    _____

97. What is your opinion of the performance of the Federal Bureau of Investigation (FBI) in each of the following criminal investigations? (Circle one response for each investigation.)

|     |                | Performed Well | Performed Poorly | Not Familiar with Matter | No Opinion |
|-----|----------------|----------------|------------------|--------------------------|------------|
| A.  | Waco, TX       | 1              | 2                | 3                        | 4          |
| B.  | Ruby Ridge     | 1              | 2                | 3                        | 4          |
| C.  | Richard Jewell | 1              | 2                | 3                        | 4          |
| D.  | Wen Ho Li      | 1              | 2                | 3                        | 4          |
| E.  | September 11th | 1              | 2                | 3                        | 4          |
| F.  | Anthrax        | 1              | 2                | 3                        | 4          |

98. Have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's or public defender's office?    Yes _____ No _____

   (a)    If yes, please explain:

   _____

   _____

99. Generally speaking, what is your opinion of prosecutors? _____

100. Generally speaking, what is your opinion of criminal defense attorneys? _____

101. What is your opinion of criminal defense attorneys who accept court appointments to represent persons accused of acts of terrorism? _____

   _____

   _____

102. Have you ever had an unfavorable experience with a lawyer or judge?

   Yes _____ No _____

   (a)    If yes, please explain: _____

   _____

   _____

103. There will be evidence in this case about the activities of American and/or foreign intelligence agencies. Do you have any strong feelings about American intelligence services or foreign intelligence services?    Yes _____ No _____

   If yes, please explain. _____

   _____

**General Opinions and Beliefs about the Criminal Justice System**

**PLEASE CHECK THE ANSWER THAT MOST CLOSELY REFLECTS YOUR OWN OPINION CONCERNING THE FOLLOWING STATEMENTS.**

104. Do you believe that if the prosecution goes to the trouble of bringing someone to trial, he or she is probably guilty?    Yes _____ No _____ Unsure _____

105. Do you believe that there is always some good in every person no matter how horrible a crime he or she may have committed?    Yes _____ No _____ Unsure _____

106. Do you believe that the law does too much to protect the rights of criminal defendants and not enough to protect the rights of crime victims and their families?

Yes _____ No _____ Unsure _____

107. Do you believe that defendants in criminal trials should have to prove that they are innocent?     Yes _____ No _____ Unsure _____

108. Do you believe that sometimes people are convicted of crimes they did not commit?

Yes _____ No _____ Unsure _____

109. Do you believe that if the defendant in a criminal trial does not testify he or she is probably guilty?     Yes _____ No _____ Unsure _____

110. Do you believe that it is better to let 10 guilty defendants go free that to risk convicting an innocent person?     Yes _____ No _____ Unsure _____

111. Do you believe that, in a criminal trial, the defendant should be presumed innocent?

Yes _____ No _____ Unsure _____

112. Do you believe that punishment or rehabilitation is the more important objective in sentencing those convicted of violent crimes?  Punishment _____ Rehabilitation _____

113. Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in a terrorism trial? Yes _____ No _____ Unsure _____

114. Do you feel that the criminal justice system generally treats criminals too harshly, about right, or too leniently?     Too harsh _____ About right _____ Too lenient _____

115. Would you be more likely to believe the testimony of a law enforcement officer as compared to other witnesses?     Yes _____ No _____ Unsure _____

116. Do you believe that criminal defendants accused of terrorist acts should have to prove that they are innocent?     Yes _____ No _____ Unsure _____

117. Do you believe that government should be given the benefit of the doubt in proving the guilt of defendants accused of terrorist acts against the United States?

Yes _____ No _____ Unsure _____

118. Do you believe that defendants accused of participating in the terrorist acts of September 11th should be given the same rights as other criminal defendants?

Yes _____ No _____ Unsure _____

119. Do you believe that even in times of national crisis, the rights of criminal defendants should be fully protected?     Yes _____ No _____ Unsure _____

120. Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in criminal trials? Yes _____ No _____ Unsure _____

121. Do you believe that if the prosecution goes to the trouble of bringing someone to trial for acts related to the events of September 11, 2001, he or she is probably guilty?

    Yes _____ No _____ Unsure _____

122. Certain ones of the defendants are not American born citizens but rather are naturalized citizens.  Would you be able to afford them the same rights and considerations as you would a defendant who is born in the United States?  Yes _____ No _____ Unsure _____

    Please explain: _____
    _____
    _____

**Mental Health Training and Experience**

123. Have you or anyone in your family or close personal friend ever been employed in any capacity in any type of psychiatric facility, hospital, clinic or rehabilitation center?

    Yes _____ No _____ Unsure _____

    Please explain: _____
    _____
    _____

124. Have you, anyone in your family or close personal friend ever received in-patient treatment, or been under a doctor's care, for any type of mental or psychiatric condition, including mood disorders, or as treatment for alcoholism or drug abuse?

    Yes _____ No _____ Unsure _____

    Please explain: _____
    _____
    _____

125. Do you know anyone with a serious mental health, alcohol, drug or psychiatric condition who refuses to seek treatment for their condition?

Yes _____ No _____ Unsure _____

Please explain: _____
_____
_____

126. Do you have an opinion as to whether a defendant's mental health should be taken into account in a trial:

a) where the government must prove that the defendant acted with specific intent?

Yes _____ No _____ No Opinion _____

**Contact, Knowledge and Experience with Religious Groups and Organizations**

127. What, if any, religion were you raised in? _____

128. What is your current religious affiliation, if any? _____

129. How often do you attend religious services?

Regularly _____ Occasionally _____ Seldom _____ Never _____

130. Have you ever experienced what you believe to be discrimination against you because of your religious beliefs?

Yes _____ No _____

If yes, please explain where and when: _____
_____
_____

131. Do you know anyone who practices the faith of Islam?    Yes _____ No _____

If yes, what is your relationship with that person: _____
_____

132. How knowledgeable are you about the history and/or practices of Islam?

very knowledgeable _____
somewhat knowledgeable _____
not too knowledgeable _____
not knowledgeable at all _____

133. If you have any knowledge about Islam, describe the basis for your knowledge: _____
_____
_____

134. Do you believe that Islam endorses violence to a greater or lesser extent that other major religions?      Yes _____ No _____ Unsure _____

Please explain: _____
_____
_____

135. Is there anything about a case where the defendant is a follower of Islam that would make it hard for you to be a fair and impartial juror?

Yes _____ No _____ Unsure _____

If yes, please explain: _____
_____

136. In what contexts have you had personal contact with people who are Muslim or of Arab descent? (Please check all answers that apply.)

_____ In the family
_____ In the neighborhood
_____ In organizations
_____ Through work/business
_____ In places of worship
_____ In school
_____ In everyday life (shopping, movies etc.)
_____ None
_____ Other _____

137. Describe the nature of those contacts: _____
_____
_____

138.    Are you, or any relatives or close friends, Muslim, or of Arab descent?

        Yes _____ No _____

139.    Do you now or have you ever worked with any people who are Muslim or of Arab descent?        Yes _____ No _____

140.    Do you socialize with people who are Muslim or are of Arab descent?

        Yes _____ No _____

141.    Do you have an initial reaction when learning that a person is Muslim or of Arab descent?        Yes _____ No _____

142.    Have you or any family member or close personal friend had any negative experience with persons who are Muslim or of Arab descent?        Yes _____ No _____

143.    Do you have any negative feelings or opinions about people who are Muslim or of Arab or North African descent?        Yes _____ No _____

If you answered "yes" to Q141, Q142 or Q143, please explain your answer(s).

_____
_____
_____
_____

144.    Is there anything about a case where a defendant or witnesses are Muslim that would make it hard for you to serve as a fair and impartial juror?   Yes _____ No _____

        If yes, please explain: _____
        _____

**General Opinions, Attitudes and Beliefs about Islam, Muslims and the Middle East Politics**

145.     Please indicate your degree of agreement or disagreement with the following statements.

    (a)     Muslims are more violent than other people.

        _____ Agree Strongly      _____ Disagree Somewhat
        _____ Agree Somewhat     _____ Disagree Strongly     _____ No Opinion

    (b)     Islam is a peaceful and nonviolent religion.

        _____ Agree Strongly      _____ Disagree Somewhat
        _____ Agree Somewhat     _____ Disagree Strongly     _____ No Opinion

    (c)     Islam seeks to rid the world of other religions.

        _____ Agree Strongly      _____ Disagree Somewhat
        _____ Agree Somewhat     _____ Disagree Strongly     _____ No Opinion

146.     Please indicate how favorable or unfavorable is your opinion of the following people or positions.

    (a)     Muslims generally.

        ____ Strongly Favorable _____ Somewhat Unfavorable
        ____ Somewhat Favorable _____ Strongly Unfavorable ____ No Opinion

    (b)     Fundamentalist Muslims who believe in the strict application of Islamic law.

        ____ Strongly Favorable _____ Somewhat Unfavorable
        ____ Somewhat Favorable _____ Strongly Unfavorable ____ No Opinion

    (c)     Muslims who strongly object to the presence of U.S. military bases in the Islamic holy land.

        ____ Strongly Favorable _____ Somewhat Unfavorable
        ____ Somewhat Favorable _____ Strongly Unfavorable ____ No Opinion

**Contact, Experience and Knowledge of the Events of September 11, 2001**

147. Were you in the metropolitan Washington, D.C. area or in New York during the day of September 11, 2001?       Yes _____ No _____

148. Do you have any family members or friends who were in the metropolitan Washington, D.C. area or New York during the day of September 11, 2001?       Yes _____ No _____

149. Do you know someone personally who was in New York City during the day of September 11, 2001?       Yes _____ No _____

150. How did you first learn about the September 11 hijacking of aircraft that were crashed into the World Trade Center in New York, the Pentagon and in Pennsylvania?
   _____
   _____
   _____

151. What do you feel are the reasons why the United States was attacked by terrorists on September 11, 2001? _____
   _____
   _____

152. Was anyone in your family or any close friend injured or killed in the attacks on the World Trade Center and the Pentagon, or on the flight that was downed in Pennsylvania, on September 11, 2001?       Yes _____ No _____

   If yes, please explain: _____
   _____

153. Do you know anyone else who was injured or killed in the September 11 terrorist attacks, or any of their family members or close personal friends?

   Yes _____ No _____

   If yes, please explain: _____
   _____

154. Do you have a family member or close personal friend who knows someone who was injured or killed in the September 11 terrorist attacks, or any of the victim's family members or close personal friends?

   Yes _____ No _____

   If yes, please explain: _____
   _____

155. As a result of the terrorist attack, did you, a family member or a close friend take any of the following actions on the day of September 11:

    A.    Leave the building you were in as a result of an evacuation order?    Yes _____ No _____

    B.    Choose to leave the building you were in?    Yes _____ No _____

    C.    Leave work early that day?    Yes _____ No _____

    D.    Call someone to check on their safety or to let them know of your safety?    Yes _____ No _____

    E.    Receive a call checking on your safety or the safety of others?    Yes _____ No _____

156. Do you now, or did you previously:

    A.    Work at or near the Pentagon?    Yes _____ No _____

    B.    Live near the Pentagon?    Yes _____ No _____

    C.    Know someone who works at or near the Pentagon?    Yes _____ No _____

    D.    Know someone who lives at or near the Pentagon?    Yes _____ No _____

    E.    Work at or near the Twin Towers site in New York City?    Yes _____ No _____

    F.    Know someone who works at or near the Twin Towers site in New York City?    Yes _____ No _____

    G.    Know someone who lives at or near the Twin Towers site in New York City?    Yes _____ No _____

    H.    Participate in any way in any of the rescue efforts following the September 11th attack?    Yes _____ No _____

    I.    Know someone who participated in any way in any of the rescue efforts following the September 11th attack?    Yes _____ No _____

    J.    Know someone who has suffered emotional distress as a result of the September 11th attack?    Yes _____ No _____

    K.    Work in or near Somerset County, Pennsylvania?    Yes _____ No _____

    L.    Know someone who lives in or near Somerset County, Pennsylvania?    Yes _____ No _____

    M.    Know someone who works in or near Somerset County, Pennsylvania?    Yes _____ No _____

If yes, please explain: _____
_____
_____

157. Do you or any members of your family or close friends now, or did you or they previously:

A. Know someone who works at or near the Pentagon?      Yes _____ No _____

B. Know someone who lives near the Pentagon?      Yes _____ No _____

C. Know someone who works at or near the Twin Towers site in New York City?      Yes _____ No _____

D. Know someone who lives at or near the Twin Towers site in New York City?      Yes _____ No _____

E. Know someone who participated in any way in any of the rescue efforts following the September 11 attack?      Yes _____ No _____

F. Know someone who has suffered emotional distress as a result of the September 11 attack?      Yes _____ No _____

G. Know someone who lives in or near Somerset County, Pennsylvania?      Yes _____ No _____

H. Know someone who works in or near Somerset County, Pennsylvania?      Yes _____ No _____

I. Know someone who lives in or near Newark, New Jersey?      Yes _____ No _____

J. Know someone who works in or near Newark, New Jersey?      Yes _____ No _____

K. Know someone who lives in or near Boston, Massachusetts?      Yes _____ No _____

L. Know someone who works in or near Boston, Massachusetts?      Yes _____ No _____

M. Know someone who witnessed the September 11 attacks on the Twin Towers in New York, or the collapse of the Towers?      Yes _____ No _____

N. Know someone who witnessed the September 11 attack on the Pentagon?      Yes _____ No _____

If yes, please explain: _____
_____
_____
_____

158. Describe how the events of September 11 have affected you or your family members or your community: _____
_____
_____

159. Did you drive by the Pentagon building in the days immediately following September 11, 2001 to observe the damage, or during the period of the Pentagon's reconstruction?

Yes _____ No _____

If yes, about how many times? _____

160. Have you been to the Pentagon building since September 11, 2001?

Yes _____ No _____

If so, for what purpose? _____

161. Have you participated in any of the following activities in connection to the events of September 11th?

    A.    Donated money, goods, or time to support relief efforts
           for the victims of the 911 terrorist attacks?    Yes _____ No _____
    B.    Donated blood?    Yes _____ No _____
    C.    Visited the Pentagon crash site?    Yes _____ No _____
    D.    Visited the Twin Tower crash site
           in New York City?    Yes _____ No _____
    E.    Visited any memorial site, or attended any
           memorial service for 911 victims and survivors?    Yes _____ No _____
    F.    Participated in the rebuilding of the Pentagon?    Yes _____ No _____
    G.    Displayed a flag or other patriotic symbol on your
           vehicle or home as a result of September 11th?    Yes _____ No _____
    H.    Purchased a magazine, book or other item
           commemorating September 11th?    Yes _____ No _____
    I.    Contacted a Website concerning
           September 11th related events?    Yes _____ No _____

Please explain: _____
_____
_____

162. Have any of your family members or close friends participated in any of the following activities in connection to the events of September 11th?

    A.    Donated money, goods, or time to support relief efforts for the victims of the 911 terrorist attacks?    Yes _____ No _____

    B.    Donated blood?    Yes _____ No _____

    C.    Visited the Pentagon crash site?    Yes _____ No _____

    D.    Visited the Twin Tower crash site in New York City?    Yes _____ No _____

    E.    Visited any memorial site, or attended any memorial service for 911 victims and survivors?    Yes _____ No _____

    F.    Participated in the rebuilding of the Pentagon?    Yes _____ No _____

    G.    Displayed a flag or other patriotic symbol on your vehicle or home as a result of September 11th    Yes _____ No _____

    H.    Purchased a magazine, book or other item commemorating September 11th?    Yes _____ No _____

    I.    Contacted a Website concerning September 11th related events?    Yes _____ No _____

Please explain: _____
_____

163. Have you ever attended any hearings (or portions of hearings) of the 9/11 Commission, watched them on TV or listened to them on the radio?    Yes _____ No _____

164. Have you ever read any reports, memos or documents written or reviewed by the 9/11 Commission, or read or heard portions or accounts of them in any newspaper or other news source?  Yes _____ No _____

If you answered "Yes" to either of the above questions, please describe.

_____
_____
_____

165. Do you know, or are you familiar with, the names of any commissioners on the 9/11 Commission? If so, identify the names and indicate your opinion regarding each.

Name: _____
Is your opinion (please circle your response)

Favorable                Unfavorable              No Opinion

Name: _____
Is your opinion (please circle your response)

Favorable                Unfavorable              No Opinion

Please explain how you have come to know these names: _____
_____
_____

166. Do you know any persons who served on the staff of the 9/11 Commission?

Yes _____ No _____

If you answered yes, identify his, her or their positions on the staff. _____
_____
_____
_____

167. Have you had any discussions with any 9/11 Commissioners or staff members about the work of the Commission?      Yes _____ No _____

If yes, please describe those discussions: _____
_____
_____
_____

168. Do you know anyone who has purchased or displayed any t-shirt, bumper sticker or poster depicting "anti-bin Laden" or "anti-terrorist" sentiments?

Yes _____ No _____

Please describe that person's relationship to you and any such items: _____
_____
_____

169. Are you, a family member, or a close friend employed in any capacity for any of the following businesses, agencies or industries:

     A.       Any branch of the U.S. military in either
               a civilian or enlisted capacity?          Yes _____ No _____

     B.       Any media company, such as a newspaper,
               or a radio or television station?        Yes _____ No _____

     C.       A private defense contractor?             Yes _____ No _____

     D.       A government defense or intelligence agency
               or department?                    Yes _____ No _____

     E.       A government department or agency that is involved
               in any way in the efforts to fight terrorism, including
               bio-terrorism, either at home or abroad?    Yes _____ No _____

     F.       A private corporation or business involved in any
               way in the efforts to fight terrorism, including
               bio-terrorism either at home or abroad?    Yes _____ No _____

     G.       A Federal, city, state or local law enforcement agency Yes _____ No _____

     H.       For the United States Postal Service or in any of
               its postal facilities?                Yes _____ No _____

     I.        For the United States Congress, White House
               or in any offices in or around the
               U.S. Capitol building?            Yes _____ No _____

170. Do you know anyone who is a pilot or flight attendant or who works in any capacity for an airline, an airport, a travel agency or any business that provide goods or services to the airline industry, or for governmental agencies that monitor or assist the airline industry?     Yes _____ No _____

171. Do you or anyone you know regularly travel by air as part of your or his or her job?

     Yes _____ No _____

172. Did you, or any family member or close personal friend have any plans to travel that were canceled as a result of the September 11th attacks?

     Yes _____ No _____

173. Have you or any family member or close personal friend refused to fly in an airplane or been very reluctant to fly in an airplane as a result of the September 11th attacks?

     Yes _____ No _____

174. If you had to travel by a major airline at the present time, how concerned would you be about your safety?

     Very Concerned _____ Somewhat Concerned _____ Not Concerned _____

175.	Did you or any family member or a close friend lost a job, or business contract, or experienced any other financial hardship as a result of events connected to September 11th?           Yes _____ No _____

176.	Did you or any family member or a close friend had to work substantial overtime or additional hours as a result of events connected to September 11th?

	Yes _____ No _____

177.	In your opinion, how likely is it that more terrorist attacks will be carried out against major US cities, buildings or national landmarks in the future?

	Very Likely _____ Not Very Likely _____
	Somewhat Likely _____ Not at All Likely _____ No Opinion _____

178.	How concerned are you that terrorists will commit acts of violence near where you live or work?

	Very Concerned _____ Somewhat Concerned _____ Not Concerned _____

179.	How worried are you that you or someone you love will be the victim of a terrorist attack?

	Very Worried _____ Somewhat Worried _____ Not Too Worried _____

180.	How worried are you that there are members of a terrorist group in the area near where you live or work?

	Very Worried _____ Somewhat Worried _____ Not Too Worried _____

181.	How concerned do you feel when you hear the sounds of military jets patrolling the airspace over Washington?

	Very Concerned _____ Somewhat Concerned _____ Not Concerned _____

182.	When you see an airplane flying, do you sometimes think it might crash in an act of terrorism?       Yes _____ No _____

183.	Do you sometimes think it may be an indication of a terrorist attack when you hear the sounds of sirens?       Yes _____ No _____

184.  How much, if any, have the events surrounding the September 11th attacks on the Pentagon or World Trade Center affected you personally?

A great deal        _____
A good amount        _____
Not too much        _____
Not at all        _____

185.  How much, if any, has your own personal sense of safety and security been shaken by the terrorist attacks?

A great deal     _____
Somewhat     _____
A little     _____
Not at all     _____

186.  Do you believe that you, a member of your family, or a close friend, have been directly or indirectly affected in any way by a terrorist act?

Yes _____ No _____

If yes, please explain the event: _____
_____
_____
_____

187.  Have you written to any elected or appointed government official; or to any newspaper or magazine; or called in to any television or radio program, or written to any internet "chat room" to express your opinion about the U.S. war on terrorism, the events related to September 11, Usama Bin Laden, al Qaeda or any other related issue?

Yes _____ No _____

If yes, please describe: _____
_____
_____

188.    Within the last month, how often have you read, seen or heard news reports concerning the events of September 11th terrorist attack, or the U.S. war on terrorism?

More than once a day        _____
Once a Day                  _____
Several times a week        _____
A few times a week          _____
Once or twice a week        _____
Less than once a week       _____
Almost never                _____

189.    Within the last month, how often have you had a conversation about the events of September 11th terrorist attack or the U.S. war on terrorism?

More than once a day _____
Once a day           _____
Several times a week _____
A few times a week   _____
Once or twice a week _____
Less than once a week_____
Almost never         _____

190.    How often do you think about the victims of the September 11th terrorist attacks or the families who lost members in these attacks?

Often _____ Sometimes _____ Rarely _____ Never _____

191. Since the terrorist attacks of September 11th and later events, have you experienced any of the following:

    (a)    An increase in feeling depressed or sad?

        Yes _____ No _____ Unsure _____

    (b)    An increase in difficulty concentrating at work or at home?

        Yes _____ No _____ Unsure _____

    (c)    An increase in trouble sleeping?

        Yes _____ No _____ Unsure _____

    (d)    An increase in concern about your personal safety?

        Yes _____ No _____ Unsure _____

    (e)    An increase in concern about your family or friend's personal safety?

        Yes _____ No _____ Unsure _____

    (f)    Any fear about Muslims, Arabs or persons of Middle Eastern background living in your community?

        Yes _____ No _____ Unsure _____

192. Have you watched or listened to any documentaries, television specials or interviews or other programs concerning the family members, friends or co-workers of the victims of the September 11 hijackings?     Yes _____ No _____

    Please describe: _____
_____

193. Have you watched or listened to any documentaries, television specials or interviews or any other programs concerning the people who assisted in rescue efforts or aided  victims in New York, Northern Virginia and Pennsylvania?     Yes _____ No _____

    Please describe: _____
_____

194. Have you watched or listened to any documentaries, television specials or interviews or other programs concerning people who have participated in relief efforts in Afghanistan?          Yes _____ No _____

     Please describe: _____
     _____

195. Have you watched or listened to any documentaries, television specials or interviews or any other programs concerning Usama Bin Laden, the al Qaeda network, terrorism, Afghanistan, Islam, fundamentalism, the Israeli-Arab conflict or other related topics?

     Yes _____ No _____

     Please describe: _____
     _____

196. Have you watched or listened to any documentaries, television specials or any other programs about the nineteen men publicly identified as the September 11th hijackers, or seen heard any interviews or programs with family members, friends or others who knew these nineteen men?     Yes _____ No _____

     Please describe: _____
     _____


**Contact, Knowledge and Experience with Terrorism (other than September 11, 2001)**

197. Have you seen any movies or read any books depicting or describing U.S. military efforts to combat terrorism?   Yes _____ No _____

     Please describe: _____
     _____

198. Do you have any specialized knowledge of, or expertise in, issues related to terrorism, religious fundamentalism, the Middle East, Afghanistan, or al Qaeda?

     Yes _____ No _____

     Please describe: _____
     _____

199. Have you read any books on Usama Bin Laden, the al Qaeda network, terrorism, Afghanistan, Islam, fundamentalism, the Israeli-Arab conflict or other related topics?

Yes _____ No _____

Please describe: _____
_____

200. Do you, or did you have family members or close friends, who were the victims of terrorism in this country or abroad (other than the acts of September 11, 2001)?

Yes _____ No _____

If yes, please explain. : _____
_____

201. Do you or any family member or close personal friend know anyone who has been a victim of a "suicide bombing"?        Yes _____ No _____

Please describe: _____
_____

202. How closely did you follow the media coverage of the bombing of the Marine Barracks in Beirut?

Very closely            _____
Somewhat closely       _____
Not too closely        _____
Not at all             _____

203. How closely did you follow the media coverage of the first Gulf War?

Very closely            _____
Somewhat closely       _____
Not too closely        _____
Not at all             _____

204. How closely did you follow the media coverage of the bombing of Pan Am Flight 107 over Lockerbie, Scotland?

Very closely            _____
Somewhat closely       _____
Not too closely        _____
Not at all             _____

205. How closely did you follow the media coverage of the events involving the bombing of U.S. embassies in Kenya and Tanzania?

Very closely          _____
Somewhat closely      _____
Not too closely       _____
Not at all            _____


206. How closely did you follow the Embassy Bombing trial in New York, concerning the attacks on the U.S. embassies in Kenya and Tanzania?

Very closely          _____
Somewhat closely      _____
Not too closely       _____
Not at all            _____

207. How closely did you follow the media coverage of the 1993 bombing of the World Trade Center Towers?

Very closely          _____
Somewhat closely      _____
Not too closely       _____
Not at all            _____

208. How closely did you follow the media coverage of the Khobar Towers bombing in Saudi Arabia?

Very closely          _____
Somewhat closely      _____
Not too closely       _____
Not at all            _____


209. How closely did you follow the media coverage of the attack on the U.S.S. Cole in Yemen?

Very closely          _____
Somewhat closely      _____
Not too closely       _____
Not at all            _____

210.    How closely did you follow the media coverage of the 2005 bomb attack on the London subways?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

211.    How closely have you followed the media coverage of U.S. military activity in Afghanistan and the U.S. war on terrorism in Iraq and elsewhere?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

212.    How closely have you followed the media coverage of the Israeli-Palestinian conflict?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

213.    How closely did you follow the media coverage of Richard Reid, the man convicted of trying to light a shoe bomb on American Airlines flight 63 from Paris to the U.S. on December 22, 2001?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

214.    How closely did you follow the media coverage of the case of John Walker Lindh, the so called "American Taliban"?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

215.    Do you know anyone associated with the trial of John Walker Lindh including any attorney, investigator, witness, law enforcement official, court employee?

Yes _____ No _____

Please describe: _____
_____

216.    Do you know anyone who was a defendant, witness, lawyer, investigator or otherwise involved or associated in any way with a criminal case in Northern Virginia described as "the Virginia Jihad" case or the "Virginia paint ball" case?

Yes _____ No _____

Please describe: _____
_____

217.    How closely did you follow the media coverage of the trial of Dr. Ali Al-Timimi, an Islamic scholar and lecturer at Dar al Arqam Islamic Center, also known as the Center for Islamic Education and Information located in Falls Church, Virginia, on terrorism related charges in this Court in the Spring of 2005?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

218.    Do you know anyone associated with the trial of Dr. Ali Al-Timimi including any attorney, investigator, witness, law enforcement official, court employee or any prospective or actual juror in that case?        Yes _____ No _____

Please describe: _____
_____

219.    How closely did you follow the media coverage of the trial of Ahmed Ali Abu, the college student from Falls Church, Virginia, on terrorism related charges in this Court in the Fall of 2005?

Very closely            _____
Somewhat closely        _____
Not too closely         _____
Not at all              _____

220.    Do you know anyone associated with the trial of Ahmed Ali Abu including any attorney, investigator, witness, law enforcement official, court employee or any prospective or actual juror in that case?        Yes _____ No _____

        Please describe: _____
        _____

221.    Do you think the government is too aggressive in its efforts to fight terrorism?

        Yes _____ No _____

        Please explain: _____
        _____

222.    How closely have you followed the media coverage of the current war in Iraq?

        Very closely            _____
        Somewhat closely        _____
        Not too closely         _____
        Not at all              _____

223.    Do you know anyone directly associated with the war in Iraq in a capacity other than military service (i.e., private contractors, family or friends living in the region, or anyone who has traveled to Iraq in the last three years for business or pleasure)?

         Yes _____ No _____

        Please explain: _____
        _____

224.    How closely have you followed the investigation into mistreatment or torture of inmates at Abu Ghraib (one of the prisons in Iraq)?

        Very closely            _____
        Somewhat closely        _____
        Not too closely         _____
        Not at all              _____

225.   How closely have you followed media accounts that U.S. personnel have subjected members of al Qaeda to coercive interrogation techniques, including possibly torture, to obtain information as part of the war on terror?

Very closely ____
Somewhat closely ____
Not too closely ____
Not at all ____

Describe your understanding of those allegations: _____
_____
_____

226.   Do you believe that it is acceptable for U.S. personnel to use coercive interrogation techniques, including torture, to obtain information from detainees as part of the war on terror?          Yes _____ No _____

Please explain. _____
_____
_____

227.   Do you believe that coercive interrogation techniques are more likely than non-coercive techniques to produce truthful answers during an interrogation?

Yes _____ No _____ No Opinion _____

**Contact, Knowledge and Awareness and Opinion of the Case**

This case is a prosecution for alleged conspiracies and other crimes associated with terrorism. The defendants were charged in late July, 2009, and there has been media attention to the case since that time. The defendants in this case are:

Daniel Patrick Boyd       Ziyad Yaghi          Mohammad Omar Aly Hassan
Dylan Boyd                Hysen Sherifi
Zakariya Boyd             Anes Subasic

The defendants were residents of Wake and Johnston Counties, North Carolina, at the time of their arrests. Media stories of the case nicknamed the case the "Tarheel Terrorists" or "Triangle Terrorists". Some defendants have entered guilty pleas in their    individual cases, and are not going to be defendants at trial.

228.    Do you know, or have you had any contact whatsoever, with any of these persons, who, prior to their arrests, lived in Raleigh and Willow Springs, North Carolina?

Yes _____ No _____

If yes, please explain. _____
_____

229.    How much have you heard about this case?

A lot about the case _____
Some _____
Very little about the case _____
Nothing at all _____

230.    How closely have you followed the news about this case?

Very closely _____
Somewhat closely _____
Not very closely _____
Not at all _____

231. (a) Please indicate from what source(s) you heard about the case. (Check as many as apply):

[ ] Television [ ] Newspapers [ ] Radio
[ ] Personal knowledge of accused, or his family, friends or acquaintances
[ ] Personal knowledge of a victim, or his or her family, friends or acquaintances
[ ] Personal conversations with others in the community
[ ] Overheard others discussing case
[ ] Other sources of information (list): [ ] Other sources of information (list):

(b) Please describe as completely as possible what you have heard about this case.
_____
_____
_____
_____
_____

(c) What are your thoughts, impressions and opinions, if any, about this case?
_____
_____
_____
_____
_____

(d) What are your thoughts and opinions, if any, about any of the named defendants?
_____
_____
_____
_____
_____

232.    Have you read or heard about any specific statements attributed to any of the defendants?

        Yes _____ No _____ Unsure _____

        Please describe: _____
        _____
        _____
        _____

233.    If you are seated as a juror in this case, the Court will instruct you that you are to conduct
        no research, read or watch no media stories about the case, and never attempt to
        determine any fact by using information obtained outside the courtroom.  Do you think
        you can follow this instruction, if it is given to you?  _____ Yes _____ No

        Please explain:  _____
        _____
        _____
        _____