THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 5:09-CR-216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court upon Defendant's motion seeking determination regarding admissibility of Rule 404(b) evidence. (DE-1128). A hearing shall be conducted on that motion on Friday, August 5, 2011 at 8:30 a.m. in the Sixth Floor Courtroom, Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Wednesday, August 03, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE