UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | MOTION TO CONTINUE HEARING |
| | ) | |
| ZIYAD YAGHI, | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, by and through the undersigned counsel, and moves the Court to continue the hearing on Defendant's motion seeking determination regarding admissibility of Rule 404(b) evidence which is currently set for August 5, 2011 at 8:30 am in Raleigh, North Carolina for the following reason:

1) Counsel for the Defendant is currently out of town on vacation.

Counsel for the government has been contacted and does not object to the continuance. Counsel for the Defendant can be available to attend the hearing August 8th, 10th or 11th of next week if any of these dates are acceptable to the Court.

WHEREFORE, the Defendant prays that the Court continue the hearing on the above matter to a later date.

Respectfully submitted this 4th day of August, 2011.

*s/James M. Ayers II*
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile:(252)638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal – Appointed

CERTIFICATE OF SERVICE

  This is to certify that the undersigned has personally served a copy of the forgoing *Motion to Continue Hearing*, according to the applicable Civil Procedure Rules of this Court, to wit:

  __X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date: August 4, 2011

                /s/James M. Ayers II
                Attorney for Defendant Ziyad Yaghi
                Ayers & Haidt, P.A.
                307 Metcalf Street
                Post Office Box 1544
                New Bern, North Carolina 28563
                Telephone: (252) 638-2955
                Facsimile: (252) 638-3293
                jimayers2@embarqmail.com
                State Bar No. 18085
                Criminal - Appointed

| TO: | | |
|---|---|---|
| | John Bowler | Jason Harris Cowley |
| | U.S. Attorney's Office | U.S. Attorney's Office |
| | 310 New Bern Ave. | 310 New Bern Avenue |
| | Suite 800 | Suite 800 |
| | Raleigh, NC  27601-1461 | Raleigh, NC  27601-27601 |
| | john.s.bowler@usdoj.gov | jason.cowley@usdoj.gov |
| | | |
| | R. Daniel Boyce | Rosemary Godwin |
| | Boyce & Isley, PLLC | Federal Public Defender |
| | P.O. Box 1990 | 150 Fayetteville St. Mall |
| | Raleigh, NC  27602-1990 | Suite 450 |
| | dboyce@boyceisley.com | Raleigh, NC  27601-2919 |
| | | rosemary_godwin@fd.org |
| | | |
| | Debra C. Graves | |
| | Federal Public Defender | Myron T. Hill, Jr. |
| | 150 Fayetteville St. Mall | Browning & Hill |
| | Suite 450 | 200 E. Fourth Street |
| | Raleigh, NC  27601-8005 | Greenville, NC  27835 |
| | debra_graves@fd.org | mhill@browning-hill.com |

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Paul K Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jeszotarski@poynerspruill.com

Anes Subasic
Wake County Detention Center
3301 Hammond Road
Raleigh, NC  27603