UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:09-CR-216-8-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO CONTINUE HEARING |
| ZIYAD YAGHI, | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant and for good cause shown, the hearing on Defendant's motion seeking determination regarding admissibility of Rule 404(b) evidence which is currently set for August 5, 2011 at 8:30 am in Raleigh, North Carolina is hereby continued until August 8, 2011 at 8:30 a.m.

This 4th day of August, 2011.

_____
THE HONORABLE WILLIAM A. WEBB
United States Magistrate Judge