IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| HYSEN SHERIFI | ) **NOTICE OF FILING** |
| ANES SUBASIC | ) |
| DYLAN BOYD, a/k/a "Mohammed;" | ) |
| MOHAMMAD OMAR ALY HASSAN; | ) |
| and | ) |
| ZIYAD YAGHI, | ) |
| | ) |
| Defendants. | ) |

The United States hereby gives notice that it has this day filed, in camera and under seal, a classified ex parte supplement, with the Court Security Officer, or designee.

Respectfully submitted this 5th day of August, 2011.

THOMAS G. WALKER
United States Attorney

BY:/s/Barbara D. Kocher
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: barb.kocher@usdoj.gov
State Bar No. 16360
Email: john.s.bowler@usdoj.gov
State Bar No. 18825

JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202) 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar No. 0074736

CERTIFICATE OF SERVICE

This is to certify that I have this 5th day of August, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Debra C. Graves
F.P.D.
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-8005

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

R. Daniel Boyce
Boyce & Isley, PLLC
P. O. Box 1990
Raleigh , NC 27602-1990

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

and by placing a copy in first class mail, postage prepaid, addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

　　　　　　　　　　　　　　　　 /s/ Barbara D. Kocher
　　　　　　　　　　　　　　　　BY: BARBARA D. KOCHER
　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　310 New Bern Avenue, Suite 800
　　　　　　　　　　　　　　　　Raleigh, NC 27601
　　　　　　　　　　　　　　　　Telephone: 919-856-4530
　　　　　　　　　　　　　　　　Fax: 919-856-4828
　　　　　　　　　　　　　　　　E-mail: barb.kocher@usdoj.gov
　　　　　　　　　　　　　　　　State Bar No. 16360