IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL-8

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to seal (DE # 1290) its notice lodged on the docket at entry 1289. The government requests the notice be filed under seal until further order of the court, yet in the next paragraph of the motion, asks for the notice to be sealed "until the relevant order is UNSEALED" (Mot. 1.) The motion does not indicate what order is the "relevant order," and as such, the government is DIRECTED to file supplement to the instant motion demonstrating why the notice at entry 1289 should be filed under seal. Said supplement must be filed within **seven days** of entry of this order.

SO ORDERED, this the 9th day of August, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge