IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER TO SEAL |
| v. | ) |
| | ) |
| ZIHAD YAGHI | ) |

Upon motion of the United States and for good cause shown, the Court hereby ORDERS the Government's Notice at D.E. #1289 be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the United States Attorney's Office.

This the 9th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE