IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) GOVERNMENT'S NOTICE |
| v. | ) RE: SUPPLEMENT TO |
| | ) 404(b) HEARING AS TO |
| DANIEL PATRICK BOYD, et. al. | ) DATE OF FIREARMS USE |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby provides Notice, as required by the Court, as to supplemental evidence relevant to the possession and use of firearms as referenced in the 404(b) hearing conducted before this Court on August 8, 2011. In support of such supplement, the government shows unto the Court the following:

The government has conducted follow-up interviews of two individuals on the topic of a firearms shooting event attended by defendant Yaghi and which was focused on at the 404(b) hearing of August 8, 2011, before Magistrate Judge Webb. The government had informed the Court that it would file this Supplement by Friday, August 12, 2011. The government apologizes to the Court that this filing was not accomplished until Sunday, August 14, 2011, and asks that the Court accept it despite this.

The government believes that the re-interviews, along with other facts, establish that the shoot took place in December of 2008, not June of 2009. Thus the firearms possession and use took

place prior to defendant Yaghi's felony conviction in the spring of 2009.

The witness' memories seem to indicate that defendant Yaghi was wearing a 'blue hoodie' which makes it less likely that it occurred in June. The witness' memories also indicate that the ammo for this shoot was purchased at a gun show at Dorton Arena. Though gun shows occur with some regularity, there was one in December consistent with the shoot taking place in December.

The government thus believes that a fair reading of the interviews and other evidence indicate that the shoot in which defendant Yaghi is believed to have participated occurred in December 2008 not June of 2009.

Respectfully submitted this 14th day of August, 2011.

        THOMAS G. WALKER
        United States Attorney

        /s/ John S. Bowler
        JOHN S. BOWLER
        Assistant United States Attorney
        United States Attorney's Office
        310 New Bern Ave., Suite 800
        Raleigh, NC 27601
        Telephone (919) 856-4312
        Fax (919) 856-4828
        Email: john.s.bowler@usdoj.gov
        State Bar NC # 18825

        /s/Barbara D. Kocher
        BARBARA D. KOCHER
        Assistants U.S. Attorney
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Tel: 919-856-4530
        Fax: 919-856-4828

Email: barb.kocher@usdoj.gov
State Bar NC # 16360


/s/Jason Kellhofer
JASON KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email: jason.kellhofer@usdoj.gov
OH Bar # 0074736

CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of August, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

R. Daniel Boyce
Nexsen Pruet, PLLC
4141 Parklake Ave., Suite 200
P. O. Box 30188
Raleigh, NC 27612

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602

and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to: Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

    /s/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487

E-mail: john.s.bowler@usdoj.gov