IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-2
5:09-CR-216-FL-3
5:09-CR-216-FL-5
5:09-CR-216-FL-7
5:09-CR-216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI; | ) | |
| ANES SUBASIC; | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on motion (D.E. 1225) of the government for partial relief from the order entered on 24 May 2011 (D.E. 1017 at pp. 1-2 ¶ 1) directing the parties to prepare a list or guide of non-routine terms they anticipate using during trial for use by the court reporters. The motion asks that the government be relieved from the requirement that the phonetic spelling be included for foreign language words. Defendants Dylan Boyd, Sherifi, and Yaghi consent to the motion. (*See, e.g.,* Mot. 2). Responses were not received from the remaining defendants.

Upon consideration of the motion, IT IS HEREBY ORDERED that the government's motion is ALLOWED IN PART and DENIED IN PART on the following terms:

1. The guide shall include for the 15 to 20 foreign language words the parties anticipate being used most frequently at trial a phonetic spelling using the regular English alphabet, not the International Phonetic Alphabet. No such phonetic spelling need be provided for "jihad" because its pronunciation is well known.

2. Counsel shall confer for the purpose of identifying the 15 to 20 terms and developing the phonetic spellings.

3. The parties shall file no later than 2 September 2011 the joint list provided for in the 24 May 2011 order, including the phonetic spellings, and any supplemental lists, again as provided for in the prior order.

SO ORDERED, this the 22nd day of August 2011.

James E. Gates
United States Magistrate Judge