IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PATRICK BOYD, a/k/a )<br>"Saifullah;" )<br>HYSEN SHERIFI; )<br>ZAKARIYA BOYD, a/k/a "Zak;" )<br>DYLAN BOYD, a/k/a "Mohammed;" )<br>MOHAMMAD OMAR ALY HASSAN; )<br>and )<br>ZIYAD YAGHI, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on the proposed sealed motion of Hysen Sherifi (DE # 1349).

In light of the press of trial, the response deadline for said motion is expedited to **Wednesday, August 31, 2011, 12:00 p.m.**

SO ORDERED, this the 26th day of August, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge