UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-8-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **MOTION TO ADOPT D.E. #1367** |
| | ) | **DEFENDANT SHERIFI'S RESPONSE** |
| vs. | ) | **TO DE #1327 (GOVERNMENT'S** |
| | ) | **NOTICE RE TRANSCRIPTS)** |
| ZIYAD YAGHI, | ) | |
| Defendant. | ) | |

**NOW COMES** the Defendant, Ziyad Yaghi, by and through his undersigned attorney, and hereby moves to adopt Defendant Sherifi's Response to DE #1327 (Government's Notice re Transcripts). Rather than belaboring the Court with duplicative responses and to consolidate the Government's response to multiple filings, Yaghi hereby adopts the legal argument and request for relief sought by his co-defendant, specifically praying the Court will disallow any and all transcripts at trial.

This the 30th day of August, 2011.

/s/James M. Ayers II
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

CERTIFICATE OF SERVICE

This is to certify that the undersigned has personally served a copy of the forgoing Motion to Adopt D.E. #1367, Defendant Sherifi's Response to DE #1327 (Government's Notice re Transcripts) to the applicable Civil Procedure Rules of this Court, to wit:

__X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date: August 30, 2011

>*/s/James M. Ayers II*
>Attorney for Defendant Ziyad Yaghi
>Ayers & Haidt, P.A.
>307 Metcalf Street
>Post Office Box 1544
>New Bern, North Carolina 28563
>Telephone: (252) 638-2955
>Facsimile: (252) 638-3293
>jimayers2@embarqmail.com
>State Bar No. 18085
>Criminal - Appointed

TO: John Bowler
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
john.s.bowler@usdoj.gov

R. Daniel Boyce
Boyce & Isley, PLLC
P.O. Box 1990
Raleigh, NC 27602-1990
dboyce@boyceisley.com

Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC 27601-8005
debra_graves@fd.org

Jason Harris Cowley
U.S. Attorney's Office
310 New Bern Avenue
Suite 800
Raleigh, NC 27601-27601
jason.cowley@usdoj.gov

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC 27601-2919
rosemary_godwin@fd.org

Myron T. Hill, Jr.
Browning & Hill
200 E. Fourth Street
Greenville, NC 27835
mhill@browning-hill.com

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Paul K Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jeszotarski@poynerspruill.com

Anes Subasic
Wake County Detention Center
3301 Hammond Road
Raleigh, NC  27603