IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PATRICK BOYD, a/k/a )<br>"Saifullah;" )<br>HYSEN SHERIFI; )<br>ANES SUBASIC; )<br>ZAKARIYA BOYD, a/k/a "Zak;" )<br>DYLAN BOYD, a/k/a "Mohammed;" )<br>MOHAMMAD OMAR ALY HASSAN; )<br>and )<br>ZIYAD YAGHI, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on defendant Omar Hassan's response to order (DE # 1380). Where the response indicates that all defendants join in the request, for the continued efficient administration of this case, the court hereby sets this matter for hearing on **September 19, 2011, 9:00 a.m.**, at New Bern, before the undersigned.

SO ORDERED, this the 31st day of August, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge