UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HYSEN SHERIFI | ) | RESPONSE TO ORDER |
| ANES SUBASIC | ) | D.E. 1332 |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby supplements the Final Joint List of Foreign Terms, D.E. 1284, as ordered at D.E. 1332. The most commonly used foreign words were compiled, and phonetic spellings in the regular English alphabet are offered.

The below list was presented to counsel for defendants. Defendants Dylan Boyd, Hysen Sherifi, and Ziyad Yaghi have no objection; Defendant Hassan did not provide response. Defendant Subasic, appearing pro se, was not personally contacted for his position.

1.  Allah (or Allahu) Akbar                (Allah ack bar)

2.  Alhamduliallah                         (Al-humdool ē allah)

3.  Al-salam 'alaykum                    (Al sa lam a lay cum)

4.  Bism Allah                           (Bis mallah)

5.  Din                                  (din)

6.  Du'a                                 (doo ah)

7.  Fard'ayn                             (far dān)

8.  Fatwa                                (fot wa)

9.  Fi sabil Allah                       (fee sabeel allah)

10. Hadith                               (ha deeth)

11. Imam                                 (ēmom)

12. Iman                                 (ē mon)

13. Imir                                 (ē meer)

14. Inshallah                            (In sha allah)

15. Khutbah                              (kūt bah)

16. Mashallah                            (ma shalla)

17. Shatan                               (shā tan)

18. Shahid; shuhada                      (Sha heed; sha ha da)

19. Subhanallah                          (Sub han allah)

20. Sunnah                               (soonah)

21. Taghut                               (Ta gūt)

21. Takfir                               (tac fear)

22. Wallahi                              (Wall a hee)

2

Respectfully submitted, this 1st day of September, 2011.


THOMAS G. WALKER
United States Attorney


BY: /s/ John S. Bowler
JOHN S. BOWLER
BARBARA D. KOCHER
Assistant U.S. Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4530
Fax: 919-856-4487
Email: barb.kocher@usdoj.gov
State Bar No. 16360

JASON M. KELLHOFER
Trial Attorney
U.S. Department of Justice
National Security Division
Counter-Terrorism Section
10th St. And Penn. Ave., N.W.
Room 2740
Washington, DC 20530
Tel: (202 353-7371
Fax: (202) 353-0778
Email:
jason.kellhofer@usdoj.gov
OH Bar No. 0074736

<u>CERTIFICATE OF SERVICE</u>

     This is to certify that I have this 1st day of September, 2011, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF:

Rosemary Godwin
and Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh , NC 27601-2919


Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern , NC 28563

Paul Sun
P.O. Box 33550
Raleigh, NC 27636


Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

R. Daniel Boyce
Nexsen Pruet, PLLC
4141 Parklake Ave., Suite 200
P. O. Box 30188
Raleigh, NC 27612

James M. Ayers, II
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563

Joseph E. Zeszotarski, Jr.
Poyner & Spruill
PO Box 1801
Raleigh, NC 27602


     and further, upon defendant Anes Subasic by placing a copy postage pre-paid in first class mail addressed to:  Anes Subasic, Public Safety Center, Attn: Wake County Jail, Post Office 2419, Raleigh, NC 27602.

                     /s/ John S. Bowler
                     BY: JOHN S. BOWLER
                     Assistant United States Attorney
                     Criminal Division
                     310 New Bern Avenue, Suite 800
                     Raleigh, NC 27601
                     Telephone: 919-856-4530
                     Fax: 919-856-4487
                     E-mail: john.s.bowler@usdoj.gov