UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>MOHAMMAD OMAR ALY HASSAN, )<br>ZIYAD YAGHI, )<br>    Defendants. ) | **OBJECTION TO ADMISSIBILITY OF GOVERNMENT'S SUMMARY EXHIBITS** |

**NOW COME** the Defendants, Ziyad Yaghi and Mohammad Omar Aly Hassan, by and through their undersigned attorneys, and respectfully move this Honorable Court to reject the admissibility of the Government's Summary Exhibits. In support of this Objection, the Defendants would show that the Court ordered, at DE 1265, that any issues concerning summary exhibits should be presented by Defendants jointly prior to trial.

The Government presented the Defendants' counsel with preliminary Summary Exhibits on August 15, 2011 and supplemental Summary Exhibits on August 29, 2011. The Summary Exhibits presented consist of several hundred pages, are in numerous formats, are very hard to follow and very hard to understand. A large percentage of the Summary Exhibits are listings of "propaganda" found on various computers. There has been no evidence presented to prove that these items were viewed by the specific individuals, when viewed and if shared. Additionally, the proposed exhibits extend in time to periods after which the Defendants no longer had any contact, if they ever did, with other Co-Defendants. Cautionary instructions will certainly be required as a result of the comingled nature of the exhibits and context related to speech and religion. A hearing is <u>not</u> presently requested but foundation and relevance must be properly established at trial. The

Defendants can only speculate with regard to these matters pending introduction of evidence by the Government.

WHEREFORE, the Defendants do hereby object to the Government's Summary Exhibits.

This the 7th day of September, 2011.

                */s/James M. Ayers II*
                Attorney for Defendant Ziyad Yaghi
                Ayers & Haidt, P.A.
                307 Metcalf Street
                Post Office Box 1544
                New Bern, North Carolina 28563
                Telephone: (252) 638-2955
                Facsimile: (252) 638-3293
                jimayers2@embarqmail.com
                State Bar No. 18085
                Criminal - Appointed

**Nexsen Pruet, PLLC**

/s/ R. Daniel Boyce
_____
R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 653-7825
Facsimile: (919) 833-7536
dboyce@nexsenpruett.com
*Attorney for Defendant Omar Hassan*

CERTIFICATE OF SERVICE

This is to certify that the undersigned has personally served a copy of the forgoing Motion Seeking Determination Regarding Admissibility of Summary Exhibits, according to the applicable Civil Procedure Rules of this Court, to wit:

__X__   CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date:  September 7, 2011    */s/James M. Ayers II*
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone:  (252) 638-2955
Facsimile:  (252) 638-3293
 jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

**Nexsen Pruet, PLLC**

/s/ R. Daniel Boyce
_____
R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, NC  27612
Telephone: (919) 653-7825
Facsimile: (919) 833-7536
dboyce@nexsenpruett.com
*Attorney for Defendant Omar Hassan*

TO:   John Bowler                      Jason Harris Cowley
      U.S. Attorney's Office           U.S. Attorney's Office
      310 New Bern Ave.                310 New Bern Avenue
      Suite 800                        Suite 800
      Raleigh, NC  27601-1461          Raleigh, NC  27601-27601
      john.s.bowler@usdoj.gov          jason.cowley@usdoj.gov

R. Daniel Boyce
Boyce & Isley, PLLC
P.O. Box 1990
Raleigh, NC  27602-1990
dboyce@boyceisley.com

Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC  27601-8005
debra_graves@fd.org

Jason M. Kellhofer
US Department of Justice
950 Pennsylvania Avenue NW
Room 2720
Washington, DC  20530
jason.kellhofer@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
rjm@mcafee-law.com

Joseph E. Zeszotarski, Jr
Poyner & Spruill
P.O. Box 10096
Raleigh, NC  27605
jeszotarski@poynerspruill.com

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC  27601-2919
rosemary_godwin@fd.org

Myron T. Hill, Jr.
Browning & Hill
200 E. Fourth Street
Greenville, NC  27835
mhill@browning-hill.com

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Aveue
Suite 800
Raleigh, NC  27601
barb.kocher@usdoj.gov

Paul K Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC  27636-3550
Paul.Sun@elliswinters.com

Anes Subasic
Wake County Detention Center
3301 Hammond Road
Raleigh, NC  27603