



| | | | | |
|---|---|---|---|---|
| Like 61K | @tvguide · 728K followers | Android App | iPhone App | iPad App |

Sign In    New User Sign Up

[SEARCH]

29¢ an issue! click here for details

Home    What's on TV    Watchlist    News    Sports    Full Episodes    Photos    Movies    TV Guide Network    TV Guide Magazine

What's Hot    Fall Preview    *Supernatural* Scoop    Who Should Win Emmys?    9/11 Programming Roundup

## Today's News: Our Take

## See the Programming Planned for the 10th Anniversary of 9/11

Aug 26, 2011 05:56 PM ET
by Robyn Ross
@robynrosstvg · 2,866 followers

33    Recommend 84    13 comments



Heroes of the 88th Floor

The following is a roundup of programming in honor of the 10th anniversary of the Sept. 11 attacks.

**Sunday, Aug. 28**
*George W. Bush: The 9/11 Interview* (10/9c, Nat Geo): The former president opens up over a two-day interview about his experiences during the hours and days following the attacks.

*Objects and Memory* (10/9c, PBS): Narrated by Frank Langella, the film examines the importance of items recovered after 9/11, the Oklahoma City bombing and the Vietnam War.

**Tuesday, August 30**
*Frontline: The Man Who Knew* (9/8c, PBS): An encore documentary about the FBI's former top counterterrorism agent, John O'Neill, who became the head of security at the World Trade Center where he was killed.

**Thursday, Sept. 1**
*Nick News with Linda Ellerbee: "What Happened?: The Story of September 11, 2001"* (9/8c, Nickelodeon): A forum for kids to talk about the events of that day, address some of their misconceptions and answer their questions.

*Day of Destruction — Decade of War* (9/8c, MSNBC): Richard Engel and Rachel Maddow explore how the country has changed since 9/11.

**Friday, Sept. 2**
*Fox News Reporting: Freedom Rising with Shepard Smith* (9/8c, Fox News): This documentary tracks the rebuilding of the new World Trade Center and the 9/11 Memorial & Museum through rare historical film and time-lapse footage, as well as exclusive stories told by the construction workers themselves.

**Sunday, Sept. 4**
*9/11: Heroes of the 88th Floor* (9/8c, TLC): The special spotlights the rescue work of construction manager Frank De Martini and construction inspector Pablo Ortiz, who both worked with the Port Authority on the 88th floor of the North Tower.

**Monday, Sept. 5**
*9/11: Day That Changed the World* (8/7c, Smithsonian): Former First Lady Laura Bush, Rudy

### Watchlist

Sign In to add your favorite shows
**TV Shows**    Manage your Watchlist

Friends With Benefits    I'll Watch
8:00PM NBC    223 watching

Haven    I'll Watch
10:00PM Syfy    517 watching

Man, Woman, Wild    I'll Watch
9:00PM Discovery    42 watching

See what's new tonight

### Find Us on Facebook



TV Guide on Facebook    Like

80,897 people like TV Guide.

Celie    Liz    Catherine    Tracie    Melissa

### Latest Movies On Demand

1. Hanna
2. Everything Must Go
3. Red State
4. Prom
5. Skateland

see all MOD

ADVERTISEMENT



Giuliani, former Secretary of Defense Donald Rumsfeld and others share where they were during the attacks.

*Children of 9/11* (10/9c, NBC): The special follows a year in the life of some of the young children affected by the attacks.

**Tuesday, Sept. 6**
*Footnotes of 9/11* (11/10c, CNN): CNN's Drew Griffin interviews people who went to work on 9/11.

*Frontline: Top Secret America* (9/8c, PBS): A look at how a decade of fighting terrorism has reshaped the country and whether or not it has made us safer.

**Wednesday, Sept. 7**
*Dr. Sanjay Gupta Reports: Terror in the Dust* (11/10c, CNN): Gupta examines how first responders are dealing with the health effects from breathing in toxic dust and noxious fumes at Ground Zero.

*Nova: Engineering Ground Zero* (9/8c, PBS): A behind-the-scenes look at the five-year construction of One World Trade Center and the National September 11 Memorial & Museum.

*Frontline: Faith and Doubt at Ground Zero* (10/9c, PBS): An encore film that explores how people's faith has been challenged since 9/11. Interviewees include survivors, a widow of a New York City firefighter, priests and rabbis, security guards, lapsed Catholics, Jews and Buddhists, Muslims and atheists.

**Thursday, Sept. 8**
*Tragedy and Triumph: Wall Street After 9/11* (9/8c, Bloomberg): Anchor Erik Schatzker tells the stories of three powerful Wall Street firms — Cantor Fitzgerald, Keefe, Bruyette & Woods and Sandler O'Neill — faced with rebuilding after being devastated by the 9/11 attacks.

*Beyond Bravery: The Women of 9/11* (11/10c, CNN): A profile of the female rescue workers.

**Friday, Sept. 9**
*Early Show* (7 a.m./6c, CBS): Live coverage from Ground Zero.

*Today* (7 a.m./6c, NBC): Matt Lauer will report live from Ground Zero.

*CBS Evening News* (6:30/5:30c) Scott Pelley will broadcast from Ground Zero.

*NBC Nightly News* (6:30/5:30c): Brian Williams will anchor from Ground Zero.

*9/11 - Ten Years Later* (4/3c, Reelz): A look at how 9/11 affected movies, entertainment and pop culture with a retrospective on the events of the day with stories from those who lived through it.

*Beyond 9/11: Portraits of Resilience* (11/10c, CNN): The special will feature untold stories, captured through words and moving images, from 40 men and women. The portraits are paired with recollections from government leaders, survivors of the towers and first responders.

*9/11: The Days After* (9/8c, History): An unflinching look at what happened after the tragedy.

*Dateline* (9/8c, NBC): Tom Brokaw revisits some of the stories reported in the days and months following the attacks and re-interviews some of the people he spoke to then.

*News Reporting: 9/11 Timeline of Terror* (10/9c, Fox News): This special will examine the news coverage on 9/11, recalling how events unfolded live on the air.

**Saturday, Sept. 10**
*Nine Innings From Ground Zero* (8 a.m./7c, HBO): This documentary focuses on the 2001 World Series between the New York Yankees and the Arizona Diamondbacks, which took place barely a month after Sept. 11, and played an important role in helping the city return to a sense of normalcy.

*On Native Soil* (3/2c, MSNBC): Narrated by Kevin Costner and Hilary Swank, the special focuses on the content of the 9/11 Commission Report.

*NBC Nightly News* (6:30/5:30c): Lester Holt will anchor from Ground Zero.

*The Love We Make* (9/8c, Showtime): The documentary chronicles Paul McCartney's journey

**Watch Full Episodes**


America's Got Talent
watch episode


Big Brother
watch episode

Find a TV Show
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

Cox® Cable Official Site
Order High Speed Internet, Digital Cable & Phone from Cox. Save Today.
www.Cox.com

Laptops Sold for $33.33
Today: All HP Laptops are Sold for up to 98% Off. Buy Yours Today?
QuiBids.com

AdChoices ▷

**Today's Photo Gallery**



**The Best TV & Movie Vampires**
Check out *True Blood*'s Eric and more of the most fangtastic blood suckers in pop culture history

See Photos
   More Photo Galleries

**Our Partners**

Longshoremen Storm Washington Port Over Labor Dispute, Raise Question of 'Hoffa Effect'

Best Headline Of The Day: 'Florida 'Vampire' Attacks Senior Citizen At Vacant Hooters'

Mediaite Editor Tells Fox News' Martha McCallum 'Terror Policy A Political Strength' For Obama

The Stars of the UFC Name Their Picks For MMA's Real-Life 'Warriors' (VIDEO)

George Clooney Meets His Daughter's New Boyfriend in Latest Clip From 'The

through the streets of New York City in the aftermath of the World Trade Center's destruction and depicts the "Concert for New York City" that took place six weeks after the attacks.

*Voices from Inside the Towers* (9/8c, History): The film documents some of the harrowing stories of love and loss on 9/11.

**Sunday, Sept. 11**
*In Memoriam: New York City* (7:15 a.m./6:15c, HBO): A panoramic record of the events of 9/11 featuring former mayor Rudolph Giuliani as a guide. (8 a.m./7c, CBS): Scott Pelley will broadcast live from Ground Zero.

9/11: America Remembers

*America Remembers* (8 a.m./7c, NBC): Lester Holt and Tom Brokaw will also anchor the special with live coverage of the official memorial ceremonies at Ground Zero in New York (with Brian Williams), the Pentagon in D.C. (David Gregory) and in Shanksville, Pa.

*Beyond 9/11: Portraits of Resilience* (8:46 a.m./7:46c, HBO): A memorable video collection of dramatic testimonials that will air 10 years to the minute that American Airlines Flight 11 crashed into 1 World Trade Center.

*Telling Nicholas* (10:30 a.m./9:30c, HBO): A film that looks at Sept. 11 through the eyes of 7-year-old Nicholas, whose mother, Michele, worked in the World Trade Center.

*The Concert For New York City: Ten Years Later* (4/3c, VH1): The network will air the original concert that was organized just weeks after the attacks to honor and support the victims.

*60 Minutes* (7/6c, CBS): The entire broadcast will be devoted to 9/11 coverage.

*9/11: 10 Years Later* (8/7c, CBS): An update to the Jules and Gedeon Naudet and James Hanlon film *9/11*.

*America Remembers* (8/7c, PBS): The *PBS Newshour* team examines the significance of the day in different communities across the nation.

*9:11: America Remembers Ten Years Later —A Special Edition of Good Morning America* (8/7c, ABC): Robin Roberts, David Muir, Katie Couric and Christine Amanour will broadcast live from the World Trade Center. Senior White House correspondent Jake Tapper will cover the president's visits to Ground Zero, the Pentagon and Shanksville, Pa.

*Making the 9/11 Memorial* (8/7c, History): A behind-the-scenes look from the conception to installation of the memorial at Ground Zero.

*Rebirth* (9/8c, Showtime): A 10-year account of five people's lives who were forever affected by 9/11. The project also tracks the minute-by-minute evolution of the Twin Towers memorial through multi-camera, time-lapse photography.

*Great Performances: The New York Philharmonic 10th Anniversary Concert for 9/11* (9/8c, PBS): The New York Philharmonic performs Gustav Mahler's *Symphony No. 2, Resurrection* with Dorothea Röschmann, Michelle DeYoung and the New York Choral Artists.

*Twins of the Twin Towers* (9/8c, OWN): The special explores the stories of twins left twinless on 9/11.

*The Space Between* (9/8c, USA): The film stars Melissa Leo as a flight attendant who makes a unique connection with a 10-year-old Pakistani-American passenger (Omar Hassan).

*Twin Towers* (10/9c, USA): Produced by Dick Wolf, the documentary short profiles two brothers, a New York City policeman and fireman, who lost their lives on 9/11.

*From the Ground Up* (10:15/9:15c, OWN): A documentary about five widows of firefighters.

*Remembrance and Renewal: 10 Years After the Attacks* (10/9c, ABC): A special edition of *20/20*, the show will revisit stories of Americans who lived through 9/11 with reports from Diane Sawyer,

Descendants' (VIDEO)

Adam Sandler Crony Quiz: Can You Identify the Happy Madison BFFs?

'Contagion' Gets Creepy/Awesome Bacteria Billboard (VIDEO)

Will 'Warrior' Make You Cry? (and 24 Other Urgent Questions)

**Shop**


Buy The Raiser's Edge: Tournament-Poker Strategies for Today's Aggressive Game from Amazon.com
From Huntington Press (Paperback)
Usually ships in 24 hours
Buy New: $23.07 (as of 09/08/11 4:31 PM EST - more info)


Buy Biography - Donald Rumsfeld: Top Gun from Amazon.com
From A&E Home Video (DVD)
Usually ships in 24 hours
Buy New: $22.49 (as of 09/08/11 10:50 PM EST - more info)


Buy USA Today Crossword: 200 Puzzles from the Nation's No. 1 Newspaper from Amazon.com
From Andrews Mcmeel Pub (Paperback)
Usually ships in 24 hours
Buy New: $9.99 (as of 09/08/11 4:31 PM EST - more info)

Barbara Walters, Katie Couric, Chris Cuomo, Elizabeth Vargas and Bob Woodruff.

*Rising: Rebuilding Ground Zero* (8/7c, Discovery): The final installment of the six-part documentary illustrates the emotions and challenges behind constructing the 104-story One World Trade Center.

33     Recommend  84

### Related Links

**Other Links:**
Today, Frank Langella, Matt Lauer, Early Show, Brian Williams, Nick News With Linda Ellerbee, Scott Pelley, Donald Rumsfeld, Laura Bush, Rudy Giuliani, CBS Evening News With Scott Pelley

**Tags:**
Breaking News, Celebs

### We Recommend

- The Cast of Eight Is Enough: Where Are They Now?
- What Are the 10 Most Anticipated New Fall Shows?
- Dancing With the Stars — New Season 13 Cast Revealed
- Hurricane Irene Dominates the Airwaves
- Adam Levine Has Two Words for MTV

### More from Our Partners

- Why You Shouldn't get Rid of Your Landline **(Windstream Business Blog)**
- VIDEO: Lack of Foreign-Language Skills Worries Americans **(YouTube)**
- Officials Probing Possible N.Y-D.C. Bomb Plot **(The Fiscal Times)**
- Source: Jada Pinkett Smith and Marc Anthony Had 'Inappropriately Close' Friendship **(Wetpaint)**
- This Means War! France Offices Attack With Post-its! **(Bangstyle)**

[what's this]

### High Speed Internet
Cable Internet plans at $19.95/mo No contract or credit card required
www.digitallanding.com                        AdChoices ▷



Post a new comment
Login

Post

### 13 Comments


**Lenonn**  12 days ago
I know it's fictional and not a documentary like the other tributes, but no mention of the CSI:NY season premiere?
Reply

2 replies


**timjames77**  12 days ago
The season premiere isn't until September 23rd.
Reply


**drwho**  9 days ago
How could the utter and absolute horrible tragedy that happened on 911, where unsuspecting people lost theirlives and loved ones POSSIBLY compare to a nonsensical, nearly cancelled (and should have been) juvenile crime drama??? Why *should* it be mentioned? There are more important things in life.
Reply