UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|       Plaintiff,                     ) | |
| )| |
| vs.                       ) | **OBJECTION TO ADMISSIBILITY** |
| )| **OF GOVERNMENT'S** |
| HYSEN SHERIFI               ) | **AUDIO RECORDINGS** |
| MOHAMMAD OMAR ALY HASSAN, ) | |
| ZIYAD YAGHI,                ) | |
|       Defendants.              ) | |

**NOW COME** the Defendants, Ziyad Yaghi, Hysen Sherifi and Mohammad Omar Aly Hassan, by and through their undersigned attorneys, and respectfully move this Honorable Court to reject the admissibility of the Government's Audio Recordings. In support of this Objection, the Defendants would show that at a recent hearing in New Bern, the Government indicated that it would likely only introduce about 20 hours of audio recordings into evidence at trial. This is the first time that the Government indicated a limit of only 20 hours, having previously forecast much longer times for audio evidence. Defense counsel have requested, in writing and by e-mail, from counsel for the Government, a list of which particular recordings it intends to introduce, given that more than 600 transcripts were provided and the Government designates 137 audio recordings to be used in its case in chief. The total of the 137 recordings is well in excess of 20 hours' duration. In order for defendants to comply with this Court's Order regarding objections to such evidence, or requests to review such evidence, the Defense needs to know what the Government plans to offer into evidence. As of the filing of this Notice, the Government has not responded to the Defendant's requests. Without such a response, Defendants are left to the Court's suggestion that objections

regarding each offered exhibit be made outside the jury's presence, which would likely slow the trial tremendously.

WHEREFORE, the Defendants do hereby object to the Government's Audio Recordings.

This the 14th day of September, 2011.

/s/James M. Ayers II
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed


**Nexsen Pruet, PLLC**

/s/ R. Daniel Boyce
R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 653-7825
Facsimile: (919) 833-7536
dboyce@nexsenpruett.com
*Attorney for Defendant Omar Hassan*


/s/ Robert J. McAfee
N.C. State Bar No. 21195
McAfee Law, PA
PO Box 905
New Bern NC 28563
PH: (252) 634-2662
FX: (888) 389-8405
rjm@mcafee-law.com
*Attorney for Hysen Sherifi*

CERTIFICATE OF SERVICE

     This is to certify that the undersigned has personally served a copy of the forgoing Motion Seeking Determination Regarding Admissibility of Audio Evidence, according to the applicable Civil Procedure Rules of this Court, to wit:

     __X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

| | |
|---|---|
| Date: September 14, 2011 | */s/James M. Ayers II* |
| | Attorney for Defendant Ziyad Yaghi |
| | Ayers & Haidt, P.A. |
| | 307 Metcalf Street |
| | Post Office Box 1544 |
| | New Bern, North Carolina 28563 |
| | Telephone: (252) 638-2955 |
| | Facsimile: (252) 638-3293 |
| | jimayers2@embarqmail.com |
| | State Bar No. 18085 |
| | Criminal - Appointed |

                              **Nexsen Pruet, PLLC**

                              /s/ R. Daniel Boyce
                              _____
                              R. Daniel Boyce
                              N.C. State Bar No. 12329
                              4141 Parklake Avenue, Suite 200
                              Raleigh, NC 27612
                              Telephone: (919) 653-7825
                              Facsimile: (919) 833-7536
                              dboyce@nexsenpruett.com
                              *Attorney for Defendant Omar Hassan*

                              /s/ Robert J. McAfee
                              N.C. State Bar No. 21195
                              McAfee Law, PA
                              PO Box 905
                              New Bern NC 28563
                              PH: (252) 634-2662
                              FX: (888) 389-8405
                              rjm@mcafee-law.com
                              *Attorney for Hysen Sherifi*

TO: John Bowler  
   U.S. Attorney's Office  
   310 New Bern Ave.  
   Suite 800  
   Raleigh, NC  27601-1461  
   john.s.bowler@usdoj.gov  

   Jason Harris Cowley  
   U.S. Attorney's Office  
   310 New Bern Avenue  
   Suite 800  
   Raleigh, NC  27601-27601  
   jason.cowley@usdoj.gov  

   R. Daniel Boyce  
   Boyce & Isley, PLLC  
   P.O. Box 1990  
   Raleigh, NC  27602-1990  
   dboyce@boyceisley.com  

   Rosemary Godwin  
   Federal Public Defender  
   150 Fayetteville St. Mall  
   Suite 450  
   Raleigh, NC  27601-2919  
   rosemary_godwin@fd.org  

   Debra C. Graves  
   Federal Public Defender  
   150 Fayetteville St. Mall  
   Suite 450  
   Raleigh, NC  27601-8005  
   debra_graves@fd.org  

   Myron T. Hill, Jr.  
   Browning & Hill  
   200 E. Fourth Street  
   Greenville, NC  27835  
   mhill@browning-hill.com  

   Jason M. Kellhofer  
   US Department of Justice  
   950 Pennsylvania Avenue NW  
   Room 2720  
   Washington, DC  20530  
   jason.kellhofer@usdoj.gov  

   Barbara D. Kocher  
   U.S. Attorney's Office  
   310 New Bern Aveue  
   Suite 800  
   Raleigh, NC  27601  
   barb.kocher@usdoj.gov  

   Robert J. McAfee  
   McAfee Law, P.A.  
   P.O. Box 905  
   New Bern, NC 28563  
   rjm@mcafee-law.com  

   Paul K Sun, Jr.  
   Ellis & Winters  
   PO Box 33550  
   Raleigh, NC  27636-3550  
   Paul.Sun@elliswinters.com  

   Joseph E. Zeszotarski, Jr  
   Poyner & Spruill  
   P.O. Box 10096  
   Raleigh, NC  27605  
   jeszotarski@poynerspruill.com  

   Anes Subasic  
   Wake County Detention Center  
   3301 Hammond Road  
   Raleigh, NC  27603