# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DEFENDANTS |
| | ) | SUPPLEMENTAL JURY |
| HYSEN SHERIFI, | ) | QUESTIONNAIRE AND |
| MOHAMMAD OMAR ALY HASSAN, | ) | VOIR DIRE |
| ZIYAD YAGHI, | ) | |
| Defendants. | ) | |

The defendants, Hysen Sherifi, Mohammad Omar Aly Hassan and Ziyad Yaghi, through counsel, submit the attached Defendants Supplemental Jury Questionnaire and Voir Dire for use in this case.

      Respectfully submitted,

*/s/ Robert J. McAfee*
N.C. State Bar No. 21195
McAfee Law, P.A.
P.O. Box 905
New Bern, NC 28563
PH: (252) 634-2662
FX: (888) 389-8405
RJM@MCAFEE-LAW.COM

**Nexsen Pruet, PLLC**

*/s/ R. Daniel Boyce*
R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 653.7825
Facsimile: (919) 833-7536
dboyce@nexsenpruet.com
*Attorney for Defendant Hassan*

/s/James M. Ayers II
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| HYSEN SHERIFI, | ) |
| MOHAMMAD OMAR ALY HASSAN, | ) |
| ZIYAD YAGHI, | ) |
| Defendants. | ) |

# JURY QUESTIONNAIRE AND VOIR DIRE

**Anniversary of 9/11 Media Coverage and Events**

1. Do you know someone personally or have a family member or close friend who knows someone who was in the metropolitan Washington, D.C. area, New York City or Shanksville, Pennsylvania during the day of September 11, 2001?
Yes _____ No _____

2. Do you or any members of your family or close friends now, or did you or they previously:

   A. Work at or near the Pentagon? Yes _____ No _____
   B. Live near the Pentagon? Yes _____ No _____
   C. Know someone who works at or near the Pentagon? Yes _____ No _____
   D. Know someone who lives at or near the Pentagon? Yes _____ No _____
   E. Work at or near the Twin Towers site in New York City? Yes _____ No _____
   F. Know someone who works at or near the Twin Towers site in New York City? Yes _____ No _____
   G. Know someone who lives at or near the Twin Towers site in New York City? Yes _____ No _____
   H. Participate in any way in any of the rescue efforts following the September 11th attack? Yes _____ No _____
   I. Know someone who participated in any way in any of the rescue efforts following the September 11th attack? Yes _____ No _____
   J. Know someone who has suffered emotional

|   |   | distress as a result of the September 11th attack? | Yes _____ No _____ |
|---|---|---|---|
|   | K. | Work in or near Somerset County, Pennsylvania? | Yes _____ No _____ |
|   | L. | Know someone who lives in or near Somerset County, Pennsylvania? | Yes _____ No _____ |
|   | M. | Know someone who works in or near Somerset County, Pennsylvania? | Yes _____ No _____ |

If yes, please explain: _____
_____
_____

3. Have you of any of your family members or close friends participated in any of the following activities in connection to the events of September 11th?

    A.    Visited the Pentagon crash site?     Yes _____ No _____
    B.    Visited the Twin Tower crash site in New York City?     Yes _____ No _____
    C.    Visited any memorial site, or attended any memorial service for 9/11 victims and survivors?     Yes _____ No _____
    D.    Participated in the rebuilding of the Pentagon?     Yes _____ No _____
    E.    Displayed a flag or other patriotic symbol on your vehicle or home as a result of September 11th?     Yes _____ No _____
    F.    Purchased a magazine, book or other item commemorating September 11th?     Yes _____ No _____
    G.    Contacted a Website concerning September 11th related events?     Yes _____ No _____

Please explain: _____
_____
_____

4. In your opinion, how likely is it that more terrorist attacks will be carried out against major US cities, buildings or national landmarks in the future?

Very Likely _____ Not Very Likely _____
Somewhat Likely _____ Not at All Likely _____ No Opinion _____

5. How much, if any, have the events surrounding the September 11th attacks on the Pentagon or World Trade Center affected you personally?

A great deal     _____
A good amount     _____
Not too much     _____
Not at all     _____

6.  How much, if any, has your own personal sense of safety and security been shaken by the terrorist attacks?

    A great deal   \_\_\_\_\_
    Somewhat       \_\_\_\_\_
    A little       \_\_\_\_\_
    Not at all     \_\_\_\_\_

7.  Within the last month, how often have you read, seen or heard news reports concerning the events of September 11th terrorist attack, or the U.S. war on terrorism?

    More than once a day    \_\_\_\_\_
    Once a Day              \_\_\_\_\_
    Several times a week    \_\_\_\_\_
    A few times a week      \_\_\_\_\_
    Once or twice a week    \_\_\_\_\_
    Less than once a week   \_\_\_\_\_
    Almost never            \_\_\_\_\_

8.  Have you watched or listened to any documentaries, television specials or interviews or other programs concerning the family members, friends or co-workers of the victims of the September 11 hijackings?    Yes \_\_\_\_\_ No \_\_\_\_\_

    Please describe: _____
    _____

9.  This case is a prosecution for alleged conspiracies and other crimes associated with terrorism. The defendants were charged in late July, 2009, and there has been media attention to the case since that time. The defendants in this case are:

    | | | |
    |---|---|---|
    | Daniel Patrick Boyd | Ziyad Yaghi | Mohammad Omar Aly Hassan |
    | Dylan Boyd | Hysen Sherifi | Jude Kenan Mohammed |
    | Zakariya Boyd | Anes Subasic | |

    The defendants were residents of Wake and Johnston Counties, North Carolina, at the time of their arrests. Media stories of the case nicknamed the case the "Tarheel Terrorists" or "Triangle Terrorists". Some defendants have entered guilty pleas in their individual cases, and are not going to be defendants at trial.

    a.  Do you know, or have you had any contact whatsoever, with any of these persons, who, prior to their arrests, lived in Raleigh and Willow Springs, North Carolina?

        Yes \_\_\_\_\_ No \_\_\_\_\_

        If yes, please explain. _____
        _____

b. How much have you heard about this case?

    A lot about the case \_\_\_\_\_
    Some \_\_\_\_\_
    Very little about the case \_\_\_\_\_
    Nothing at all \_\_\_\_\_

10. How closely have you followed the news about this case?

Very closely \_\_\_\_\_
Somewhat closely \_\_\_\_\_
Not very closely \_\_\_\_\_
Not at all \_\_\_\_\_

    (a) Please indicate from what source(s) you heard about the case. (Check as many as apply):

    [ ] Television [ ] Newspapers [ ] Radio
    [ ] Personal knowledge of accused, or his family, friends or acquaintances
    [ ] Personal knowledge of a victim, or his or her family, friends or acquaintances
    [ ] Personal conversations with others in the community
    [ ] Overheard others discussing case
    [ ] Other sources of information (list): [ ] Other sources of information (list):

    (b) Please describe as completely as possible what you have heard about this case.
    _____
    _____
    _____
    _____
    _____

    (c) What are your thoughts, impressions and opinions, if any, about this case?
    _____
    _____
    _____
    _____
    _____

    (d) What are your thoughts and opinions, if any, about any of the named defendants?
    _____
    _____
    _____
    _____
    _____

11. Have you read or heard about any specific statements attributed to any of the defendants?

   Yes _____ No _____ Unsure _____

   Please describe: _____
   _____
   _____
   _____

12. How much did you watch of the 9/11/01 media coverage this past weekend:

   A lot _____
   Some _____
   Very little _____
   Nothing at all _____

13. Did you watch any shows or read any articles that might somehow tie the media coverage to this case? Yes _____ No _____

   If yes, please explain. _____
   _____

14. Do you believe you can set aside your feelings about the media coverage of last week and serve as a fair and impartial juror in this case? Yes _____ No _____

15. Do you believe you can set aside any emotions or feelings you might have about the events of September 11, 2001 and presume these defendants to be innocent until the Government has proven each defendant's guilt on each element of each count of the second superceding Indictment. Yes _____ No _____

CERTIFICATE OF SERVICE

This is to certify that the undersigned has personally served a copy of the forgoing Defendants Supplemental Jury Questionnaire and Voir Dire, according to the applicable Civil Procedure Rules of this Court, to wit:

__X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date: September 15, 2011     **Nexsen Pruet, PLLC**

/s/ R. Daniel Boyce
_____
R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, NC  27612
Telephone: (919) 653-7825
Facsimile: (919) 833-7536
dboyce@nexsenpruett.com
*Attorney for Defendant Omar Hassan*

/s/ Robert J. McAfee
N.C. State Bar No. 21195
McAFEE LAW, P.A.
P.O. Box 905
New Bern, NC  28563
PH: (252) 634-2662
FX: (888) 389-8405
RJM@MCAFEE-LAW.COM
Attorney for Hysen Sherifi

*/s/James M. Ayers II*
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone:  (252) 638-2955
Facsimile:  (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

TO:     John Bowler
        U.S. Attorney's Office
        310 New Bern Ave.
        Suite 800
        Raleigh, NC  27601-1461
        john.s.bowler@usdoj.gov

        R. Daniel Boyce                    Rosemary Godwin
        Boyce & Isley, PLLC                Federal Public Defender
        P.O. Box 1990                      150 Fayetteville St. Mall
        Raleigh, NC  27602-1990            Suite 450
        dboyce@boyceisley.com              Raleigh, NC  27601-2919
                                           rosemary_godwin@fd.org

        Debra C. Graves
        Federal Public Defender            Myron T. Hill, Jr.
        150 Fayetteville St. Mall          Browning & Hill
        Suite 450                          200 E. Fourth Street
        Raleigh, NC  27601-8005            Greenville, NC  27835
        debra_graves@fd.org                mhill@browning-hill.com

        Jason M. Kellhofer                 Barbara D. Kocher
        US Department of Justice           U.S. Attorney's Office
        950 Pennsylvania Avenue NW         310 New Bern Aveue
        Room 2720                          Suite 800
        Washington, DC  20530              Raleigh, NC  27601
        jason.kellhofer@usdoj.gov          barb.kocher@usdoj.gov

        Robert J. McAfee                   Paul K Sun, Jr.
        McAfee Law, P.A.                   Ellis & Winters
        P.O. Box 905                       PO Box 33550
        New Bern, NC 28563                 Raleigh, NC  27636-3550
        rjm@mcafee-law.com                 Paul.Sun@elliswinters.com

        Joseph E. Zeszotarski, Jr          Anes Subasic
        Poyner & Spruill                   Wake County Detention Center
        P.O. Box 10096                     3301 Hammond Road
        Raleigh, NC  27605                 Raleigh, NC  27603
        jeszotarski@poynerspruill.com