IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| HYSEN SHERIFI; | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | ORDER |
| ZIYAD YAGHI, | ) | |
| | ) | |
| Defendants. | ) | |

The case comes now before the court on its own initiative, in furtherance of its continued, efficient administration, where the parties shall be present at New Bern for jury selection beginning Monday, September 19, 2011. All parties and their lawyers are instructed that no contact now shall be had with members of the press or any media representatives concerning the matters at issue through verdict, except concerning the trial schedule or inquiry into matters reasonably related to its scheduling and coordination. The reach of this order extends to the government's agents and agencies. Any necessity perceived for modification of the order may be presented at pre-trial conference scheduled to commence at 9:00 a.m. on Monday.

SO ORDERED, this the 16th day of September, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge