UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION** |
| | ) | **FOR DOWNWARD DEPARTURE** |
| **ZIYAD YAGHI,** | ) | **OR VARIANCE** |
| Defendant. | ) | |

COMES NOW, the Defendant, Ziyad Yaghi, by and through his undersigned counsel of record, and moves this Honorable Court to depart or grant a variance.

In support of this Motion, the Defendant would incorporate the factors outlined in the Sentencing Memorandum and Statement of Facts filed contemporaneously herewith.

WHEREFORE, the Defendant prays the court to depart from the guidelines and render a sentence below the guideline range.

Respectfully submitted this the 3rd day of January, 2012.

                     */s/James M. Ayers II*
                     Attorney for Defendant Ziyad Yaghi
                     Ayers & Haidt, P.A.
                     307 Metcalf Street
                     Post Office Box 1544
                     New Bern, North Carolina 28563
                     Telephone: (252) 638-2955
                     Facsimile: (252) 638-3293
                     jimayers2@embarqmail.com
                     State Bar No. 18085
                     Criminal – Appointed

CERTIFICATE OF SERVICE

  This is to certify that the undersigned has personally served a copy of the forgoing Motion for Downward Departure or Variance, according to the applicable Civil Procedure Rules of this Court, to wit:

__X__ CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date: January 3, 2012

                /s/James M. Ayers II
                Attorney for Defendant Ziyad Yaghi
                Ayers & Haidt, P.A.
                307 Metcalf Street
                Post Office Box 1544
                New Bern, North Carolina 28563
                Telephone: (252) 638-2955
                Facsimile: (252) 638-3293
                jimayers2@embarqmail.com
                State Bar No. 18085
                Criminal - Appointed

| TO: | John Bowler | Jason Cowley |
|---|---|---|
| | U.S. Attorney's Office | U.S. Attorney's Office |
| | 310 New Bern Ave. | 310 New Bern Avenue |
| | Suite 800 | Suite 800 |
| | Raleigh, NC 27601-27601 | Raleigh, NC 27601-1461 |
| | john.s.bowler@usdoj.gov | jason.cowley@usdoj.gov |
| | | |
| | R. Daniel Boyce | Rosemary Godwin |
| | Nexsen Pruet, PLLC | Federal Public Defender |
| | 4141 Parklake Avenue, Suite 200 | 150 Fayetteville St. Mall |
| | Raleigh, NC 27612 | Suite 450 |
| | dboyce@nexsenpruet.com | Raleigh, NC 27601-2919 |
| | | rosemary_godwin@fd.org |
| | Debra C. Graves | |
| | Federal Public Defender | Myron T. Hill, Jr. |
| | 150 Fayetteville St. Mall | Browning & Hill |
| | Suite 450 | 200 E. Fourth Street |
| | Raleigh, NC 27601-8005 | Greenville, NC 27835 |
| | debra_graves@fd.org | mhill@browning-hill.com |

Jason M. Kellhofer  
US Department of Justice  
950 Pennsylvania Avenue NW  
Room 2720  
Washington, DC 20530  
jason.kellhofer@usdoj.gov

Barbara D. Kocher  
U.S. Attorney's Office  
310 New Bern Aveue  
Suite 800  
Raleigh, NC 27601  
barb.kocher@usdoj.gov

Robert J. McAfee  
McAfee Law, P.A.  
P.O. Box 905  
New Bern, NC 28563  
rjm@mcafee-law.com

Paul K. Sun, Jr.  
Ellis & Winters  
PO Box 33550  
Raleigh, NC 27636-3550  
Paul.Sun@elliswinters.com

Joseph E. Zeszotarski, Jr  
Poyner & Spruill  
P.O. Box 10096  
Raleigh, NC 27605  
jeszotarski@poynerspruill.com