UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-FL-8

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| **ZIYAD YAGHI,** | ) | |
| **Defendant.** | ) | |

    Defendant Ziyad Yaghi, through counsel, hereby gives notice to the Court and the parties herein of his appeal of his conviction on Counts One and Two (Jury Verdict found at D.E. #1508) and the Judgment of the Court (Memorandum Opinion at D.E. #1655 and Judgment at D.E. #1666) to the United States Court of Appeals for the Fourth Circuit.

    Respectfully submitted this the 26th day of January, 2012.

    */s/James M. Ayers II*
    Attorney for Defendant Ziyad Yaghi
    Ayers & Haidt, P.A.
    307 Metcalf Street
    Post Office Box 1544
    New Bern, North Carolina 28563
    Telephone: (252) 638-2955
    Facsimile: (252) 638-3293
    jimayers2@embarqmail.com
    State Bar No. 18085
    Criminal – Appointed

CERTIFICATE OF SERVICE

This is to certify that the undersigned has personally served a copy of the forgoing Notice of Appeal, according to the applicable Civil Procedure Rules of this Court, to wit:

__X__   CM/ECF (U.S. District Courts; U.S. Courts of Appeal)

Date:  January 26, 2012

/s/James M. Ayers II
Attorney for Defendant Ziyad Yaghi
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone:  (252) 638-2955
Facsimile:  (252) 638-3293
jimayers2@embarqmail.com
State Bar No. 18085
Criminal - Appointed

TO:    John Bowler
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC  27601-1461
john.s.bowler@usdoj.gov

R. Daniel Boyce
Boyce & Isley, PLLC
P.O. Box 1990
Raleigh, NC  27602-1990
dboyce@boyceisley.com

Debra C. Graves
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC  27601-8005
debra_graves@fd.org

Jason Harris Cowley
U.S. Attorney's Office
310 New Bern Avenue
Suite 800
Raleigh, NC  27601-27601
jason.cowley@usdoj.gov

Rosemary Godwin
Federal Public Defender
150 Fayetteville St. Mall
Suite 450
Raleigh, NC  27601-2919
rosemary_godwin@fd.org

Myron T. Hill, Jr.
Browning & Hill
200 E. Fourth Street
Greenville, NC  27835
mhill@browning-hill.com

2
Case 5:09-cr-00216-FL   Document 1678   Filed 01/26/12   Page 2 of 3

| | |
|---|---|
| Jason M. Kellhofer<br>US Department of Justice<br>950 Pennsylvania Avenue NW<br>Room 2720<br>Washington, DC 20530<br>jason.kellhofer@usdoj.gov | Barbara D. Kocher<br>U.S. Attorney's Office<br>310 New Bern Aveue<br>Suite 800<br>Raleigh, NC 27601<br>barb.kocher@usdoj.gov |
| Robert J. McAfee<br>McAfee Law, P.A.<br>P.O. Box 905<br>New Bern, NC 28563<br>rjm@mcafee-law.com | Paul K. Sun, Jr.<br>Ellis & Winters<br>PO Box 33550<br>Raleigh, NC 27636-3550<br>Paul.Sun@elliswinters.com |
| Joseph E. Zeszotarski, Jr<br>Poyner & Spruill<br>P.O. Box 10096<br>Raleigh, NC 27605<br>jzeszotarski@poynerspruill.com | Anes Subasic<br>Wake County Detention Center<br>3301 Hammond Road<br>Raleigh, NC 27603 |