FD-302 (Rev. 10-6-95)

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 01/31/2011

On 01/27/2011 a proffer interview was conducted with Daniel Patrick Boyd at the FBI Charlotte Division, Raleigh Resident Agency, 110 Pinedale Springs Way, Cary, North Carolina. Boyd was interviewed in the presence of his attorneys, Rosemary Godwin, Debra Graves, and Kendall Shinn, Federal Public Defenders. Also present for the interview were the following: AUSA John Bowler and AUSA Barbara Kocher.

The interview commenced with Boyd explaining the circumstances which led to his move to Pakistan in the late 1980s. Boyd stated that he met a man by the name of Mohammed Ali in Boston, Massachusetts, where Boyd was living at the time. Ali was the representative in Boston for Abdullah Azzam's organization in Pakistan. Ali hosted a meeting in which Sheik Tamim Adnani, a speaker from Afghanistan, gave a speech in Boston regarding the mujahideen in Afghanistan. Boyd attended this meeting and was very moved by the speech given by Sheik Adnani. At the conclusion of the speech, the attendees were told that anyone interested in joining the mujahideen was to talk to Mohammed Ali following the meeting. Boyd said he was eighteen years old, he was moved by the speech, and he was interested. As a result, he met with Mohammed Ali. Boyd developed a relationship with Ali and another man by the name of Mustafa. They spent a lot of time together. Boyd stated that his way of thinking at the time was that if an Arab person told him something about Islam, it was true. Boyd listened to Mohammed Ali and he believed in the mujahideen cause. Boyd stated he was very moved as a Muslim and he made the intention to go to Afghanistan to fight against the Soviets there.

Boyd stated that prior to traveling, he attended a training camp in Connecticut. Boyd spent a weekend training at the mountain camp. Boyd stated there were approximately thirty trainees and twelve trainers. The trainees were taught about the law and obligation of jihad. Boyd defined the word jihad as the extreme Islamic view. They trained with rifles and pistols, and engaged in physical training. Boyd recalls that one of the trainers was Ray LNU, a Connecticut police officer who taught weapons retention and how to escape an attacker. Boyd stated that Abu Qital was another trainer. He was from New Jersey and taught the trainees how to use a knife.

---

Investigation on 01/27/2011 at Cary, NC

File # 415M-CE-90838-CRIM /W/ Date dictated N/A

by SA William J. Logallo; SA Paul C. Minella
TFA Heather Z. Ferris: hz

WDB000092

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

415M-CE-90838

Continuation of FD-302 of __Daniel Patrick Boyd__ , On __01/27/2011__ , Page __2__

    Boyd stated that all travel preparations were made by Mohammed Ali's group. They provided the airline tickets and everything. All Boyd had to do was put him and his family on the airplane. Boyd, his wife, Sabrina, and their sons, Dylan and Zakariya flew to Peshawar, Pakistan. They were picked up in Peshawar and transported via van to a service office for Afghan resistance. From there, they were transported to a guest house where they lived. It was here that Boyd was given the kunya, Saifullah, referring to his outspoken ways and sharp tongue.

    Boyd stated that while living at the guest house, they developed relationships with the Afghans who were indentured servants. One of these indentured servants, Abu Abdullah, was keeping an eye on Boyd's family. Abu Abdullah arranged for Boyd to attend the Jawar training camp.

    Boyd attended the Jawar camp for approximately two weeks, during which time he was taught obedience and engaged in very rigorous physical training. Boyd stated that he recognized a man at this camp as they had trained together in Connecticut before traveling to Pakistan. The camp elders partnered Boyd with this man since they both spoke English. The camp was run by Abu Shahid (PH), who was from Mecca. The camp was run exclusively by people from the Gulf. Boyd felt that they were training the recruits for something that might happen in the future. According to Boyd, they did not seem interested in getting the trainees directly out into the battlefield. Boyd did not feel comfortable at this camp. He said it was not brotherly and he described it as dark. Therefore, Boyd made a decision to leave the camp early. Boyd returned to the guest house.

    Boyd stated that he later discovered that the Jawar camp was an Al Qaeda camp. It became clear to him that the camp was operating outside of Abdullah Azzam. Boyd heard the name Usama bin Laden while he was living in Pakistan, but that the name did not mean much to him at that time. He knew that Usama bin Laden was a very rich man helping the mujahideen cause, but not much more. At the time there were many rich men, like doctors for example, who were helping the mujahideen, so this was not out of the ordinary. According to Boyd, it was not until he returned to the United States and learned about the bombings in Tanzania that he realized more about Usama bin Laden.

    In approximately the Spring of 1990, Boyd attended the Sada training camp in Pakistan. He spent approximately two weeks

FD-302a (Rev. 10-6-95)

415M-CE-90838

Continuation of FD-302 of __Daniel Patrick Boyd__ , On _01/27/2011_ , Page __3__

training at this camp. Boyd described it as a very brotherly camp where he received firearms training.

Shortly thereafter, Boyd was sent to Khowst to fight. Boyd stated that he was instructed to meet a group at a specific house, and they left from there. Boyd stated that there was a constant cycle of fighters coming in and out of Afghanistan. Boyd was sent with a group of Yemeni's on his first rotation. They went to a big valley where the Afghan communists were holding the valley. Boyd spent four to five weeks in this valley. They were two to three miles from the front. Although there was constant bombing, and the ground was always shaking, Boyd was disappointed that he was not engaging in active combat. Boyd left the Yemeni group and joined an Afghan group. This group would go out on night skirmishes and they would take Boyd with them. However, they would only let him go so far. He fired rockets, but they did not let him go to the front with them and engage in front-line combat. Boyd was terrified and the Afghans saw this and held him back for this reason.

Boyd returned to his family at the guest house following his time in Khowst. Boyd stated that his wife, Sabrina, knew he was fighting. He kept his backpack by the backdoor, always prepared to leave. Boyd stated that he really believed in it.

Next, Boyd spent approximately two weeks fighting in Jalalabad. Boyd also spent five to six months fighting in Kabul. Finally, Boyd was sent to Logar where the mujahideen positions were being constantly bombarded. Boyd was engaged in active combat and he saw a lot of death there. Boyd stated that they were constantly being mortared, and that he was injured from a mortar attack.

Boyd stated that approximately half way through his time living in Pakistan, he returned to the United States for the purpose of bringing his brother, Tom, to Pakistan. Boyd explained that Tom had influenced him greatly. Boyd stated that in approximately 1982 the seeds of jihad were planted in him by his stepfather and his brothers, Bob and Tom. Boyd promised Tom he would bring him to Pakistan if Boyd found things to be "legit" there. Boyd kept his promise and returned to Pakistan with Tom. Boyd stated that Tom Boyd attended the Jawar camp, just as Boyd had done. Boyd stated that Tom Boyd left the camp early, and never attended another training camp. When Boyd returned to Pakistan from Logar, Tom Boyd was there.

Boyd described Tom Boyd as a hard core drug user. Boyd stated that he introduced Tom Boyd to the pharmacy in Pakistan, where it was possible to obtain almost any type of drug without a prescription. Boyd stated that he had become addicted to pain killers in this way. Tom Boyd began to use the pain killers as well, but moved on to other drugs, including heroin. It was in this way that both Boyd's found themselves in trouble and were incarcerated in Pakistan. Boyd stated that his family, Sabrina, Dylan, Zakariya, and Luqman, returned to the United States while he was imprisoned. Eventually, both Boyd's were acquitted and released from prison. Boyd stated that the mujahideen he and Tom had been dealing with wanted them back, so they had to sneak out through Karachi, Pakistan in order to return to the United States.

Back in the United States, Boyd continued to practice Islam, but described himself as living separate from the Muslim community for a period of time. Over time, this changed and Boyd credited Samir Budwan with bringing Boyd back to the Muslim community. According to Boyd, when he joined the Muslim community in North Carolina, he found that they put him up on a pedestal and held him in high regard based on his experiences in Afghanistan. Boyd stated that he was made to feel that he had to live up to this persona that others had of him. Boyd described the Muslim community as a whole with regard to jihad, stating that the Muslim community as a whole condones terrorism by not condemning it. He stated that nobody in the community will speak out against it. Boyd offered as an example, that in approximately 2004 he and Sufyan Eberle went to Abdenasser Zouhri, former imam of Ibad Ar-Rahman mosque in Durham, and asked him what is their moral obligation as Muslims with regard to the fighting in Iraq. According to Boyd, Zouhri told them that if they can go, they have to go. Boyd stated that he reacted to this and started to fall back into the Saifullah mind-set. Boyd further stated that he was invited by Zouhri to speak to a group of Muslim youth at an outing at Myrtle Beach. Boyd was asked by the interviewing agent what he was supposed to talk with the youth about, and Boyd's response was, "jihad, of course".

Boyd was asked to talk about his March 2006 trip to Gaza. Boyd stated that he befriended Marwan Mubarak, who is from Palestine. Boyd mentioned to Mubarak that he would love to visit Palestine. Mubarak told Boyd that it would be easy for him to go. Boyd took his son, Noah, on a ten day trip and stayed with Mubarak's relatives in Palestine. Boyd described this trip as benign, stating that he had no specific plans for jihad. However,

Boyd further stated that jihad was always in the back of his mind. Boyd stated that he wanted to see with his own eyes what was going on in Palestine, and he wanted to see what his options were going forward. Boyd and Noah Boyd were picked up at the airport by a taxi driver who drove them to Palestine. The following day, they visited Jerusalem and the holy sites, specifically Al-Aqsa Mosque. Boyd stated that he also went to the house of the son of Abdullah Azzam during this trip, but Boyd was instructed by the driver not to discuss anything about jihad, the mujahideen, or Afghanistan. During the trip they also visited Jericho, and took an overnight trip to Nablus and Jenin, Palestine. Although Boyd saw an increasing Israeli military presence in the latter cities, he saw none of the friction he had heard about from people in the United States. Boyd did not see the strife he expected to see there. Boyd stated that he was in a mind-set where he was wanting something to affect his path. However, based on what he saw there, he said that he wanted to come back to North Carolina and tell Hisham Sarsour that he was full of it because the strife he talked about was not there. However, Boyd stated that he suppressed these feelings and took up issue with the small things he saw there, and agreed with the Muslim community that things were terrible there.

Boyd stated that upon his return he took up the Saifullah persona where just about anything can be considered an attack on Islam. Boyd always felt that, based on his experiences in Afghanistan, he was not a real mujahideen and that he had failed in that regard, but the Muslim community considered him a hero. Boyd stated that the Muslim community bolstered him up to the point that he could not get away from the Saifullah persona, and therefore, he kept it up. He started to feel that his duty was to go back to the front line and that's what he talked about with Abdullah Eddarkoui and the others.

Boyd was asked about his relationship with Ziyad Yaghi. Boyd stated that he met Ziyad Yaghi after he returned from his March 2006 trip. Boyd was introduced to Yaghi by a young, black male whose name was possibly Nour (PH). This young man brought Yaghi to the Ibad Ar-Rahman masjid in Durham to meet Boyd. Boyd assumes that the introduction was made because of Boyd's experiences in Afghanistan. Boyd does not recall if he specifically told these stories to the young man who made the introduction or to Yaghi, however, Boyd stated that the stories of his time in Afghanistan are well known in the community because it's brought up in casual conversation all the time.

Boyd stated that he began to spend more time with Yaghi. Yaghi would come to Boyd and ask questions privately. Boyd said that for the most part they did not speak in specifics. They did not talk about jihad directly, because Boyd stated that it is always spoken about in a general way. Most of their communication was through innuendo and nuance. However, Boyd understood Yaghi was asking about the fighting overseas and what should be done about it. Boyd did not discourage Yaghi from traveling overseas and engaging in jihad. Boyd's intention was to communicate to Yaghi that he should participate in jihad.

Boyd stated that Yaghi asked Boyd about his trip to Palestine and if there were any good brothers there. Boyd understood this to mean that Yaghi wants to go in and fight somewhere and can Boyd help him get somewhere. Boyd stated this is about Yaghi asking about getting inside and can Boyd help him get there. Boyd told Yaghi where he would go if he was trying to do the same thing. Boyd told Yaghi to go to the Abu Bakr mosque in Zarqa. Boyd sent Yaghi there because it is the only masjid he himself visited. However, Boyd knew that they speak stronger rhetoric in this mosque, and therefore thought Yaghi could go there and meet like-minded people who could help him get to jihad. Just prior to Ziyad leaving for Jordan, a meeting was held at the Islamic Center of Raleigh (IAR). Boyd stated that everyone present at that meeting knew that Yaghi was going to travel to try to get to the battlefield somewhere.

Boyd stated that he was in contact with Yaghi during Yaghi's 2006 trip to Jordan. Yaghi contacted Boyd asking if it was the al Shishan mosque that Boyd had directed him to.

Boyd was asked about his 2007 trip to Palestine. Boyd stated that following his 2006 trip to Palestine, he made a decision to take all of his family members there at some point. Boyd wanted his three older sons to go with him to Palestine. Boyd believed they were performing a sacred duty just by being there. In February 2007, Boyd purchased tickets for himself, Luqman, and Zakariya to travel. He did not purchase a ticket for Dylan because Dylan was working at the time.

Boyd stated that Yaghi heard that Boyd was going to be traveling to Palestine and asked if he could go along, too. Boyd told Yaghi he could travel with them. Yaghi later asked if Omar Hassan could come along as well.

Boyd stated at that time he had met Omar Hassan on only one occasion, when Yaghi brought Hassan to Boyd's house and introduced them. Yaghi brought Hassan so that Hassan could hear for himself that jihad is obligatory, and that they needed to do it. Yaghi asked Boyd directly if jihad is obligatory. Boyd told them jihad is obligatory. Boyd stated that they came to him for guidance regarding jihad and he gave it to them. Boyd stated he is aware of the influence he has on them because he is put up on a pedestal in the Muslim community. During this visit, Boyd recalled that Yaghi gave him a disk of Anwar al-Awlaki in which al-Awlaki translated texts about jihad.

Boyd told Yaghi and Hassan they could travel with him and see the sites. Boyd asked Yaghi and Hassan why they wanted to travel, and they jokingly responded that they wanted to get married. Boyd stated that he and Yaghi and Omar never discussed the purpose for this trip, and they never discussed jihad specifically in relation to this trip. Boyd further stated that Yaghi and Hassan had an agenda for this trip, and maybe they thought Boyd had a plan and they wanted to be a part of it. Boyd stated the conversation when they came to him for affirmation about jihad occurred earlier, and he had no specific plan of action relating to jihad with regard to this trip. However, Boyd stated that Yaghi and Hassan could have believed they entered into an agreement with him to travel to participate in jihad.

Boyd stated that Yaghi and Hassan asked him how a person travels in Palestine. Boyd also recalled one occasion where he rode in the car with Yaghi and Hassan. They showed him a rifle and told him this is what they use to practice, to train. They told him they go to the IAR cemetery and practice shooting. Boyd stated that everyone in the Muslim community pushes that Muslims must train in shooting, driving, etc. The Muslim community as a whole believes that a Muslim person must prepare, not for what might happen, but for what is inevitable. Boyd stated that this is the mind-set of the community.

Yaghi asked Boyd to help he and Hassan purchase the airline tickets. Boyd called the travel agency and asked them to add Yaghi and Hassan. Boyd stated that the travel agency automatically, without his knowledge, secured the tickets with his credit card. Therefore, he met Yaghi and Hassan and they brought cash for the tickets. Boyd drove them to the bank and deposited that money at the counter. Boyd stated that there was no specific reason for conducting the transaction this way, only for the fact

that the travel agency had already secured his credit card for Yaghi and Hassan's tickets. Boyd further stated that there was no specific reason for purchasing airline tickets with different departure dates. Boyd stated that this was due to the availability of the flights at the time the tickets were purchased. Boyd did not have a plan to do this purposefully.

Boyd stated that he planned to have a driver pick up Yaghi and Hassan in Israel. Boyd told Marwan Mubarak that there were two other people traveling a day later than Boyd, and they would need a driver to pick them up. Boyd did not know where Yaghi and Hassan planned to stay during their trip. Boyd was supposed to stay with Mubarak's family.

While Boyd was in Jordan Walid Musafer told Sabrina Boyd and Boyd that Hassan and Yaghi left a "we're gonna kill ourselves video" with their parents and that the parents were accusing Boyd of being responsible for the boys trying to travel and do this. Therefore, Boyd stated that he wanted to totally separate himself from them and that is why he lied in interviews with CBP and the FBI upon his return to the United States. Boyd stated that his involvement in aiding them was blown way out of proportion and therefore he needed to distance himself from them totally. Boyd stated that Yaghi and Hassan have since told him that no such video exists.

Boyd stated that when Yaghi returned to the United States, Yaghi gave him the cold shoulder. Yaghi said nothing to Boyd. Boyd felt Yaghi had a problem with him. Boyd felt like he let Yaghi down.

Boyd was asked about his relationship with Hysen Sherifi. Boyd stated that Sherifi just came into the Blackstone Market one day and said he heard about Saifullah. Boyd believes that Sherifi knew Abdullah Eddarkoui. Boyd stated that Sherifi was very knowledgeable about jihad even before meeting Boyd, so their conversation turned to the subject of jihad as an obligation very quickly. Boyd stated that Sherifi had no issue with jihad as an obligation. Boyd stated that Sherifi believed that he could load a truck full of explosives and drive it into a base and kill himself and a bunch of other people. According to Boyd, Sherifi thought suicide missions were totally okay in Islam, and he believed in that. Sherifi came to the Blackstone Market on many occasions. Many times Abdullah Eddarkoui, Anes Subasic, and Alvis Harris came

with Sherifi to the Blackstone Market. Jasmin Smajic came to the store with Sherifi on occasion as well.

Boyd was asked about a particular time in 2008 when he showed Sherifi how to dismantle and reassemble an AK-47. Boyd stated that he did this as a way to show off to Sherifi, and to bolster the Saifullah persona. Boyd believed that Sherifi already knew how to operate an AK-47.

Boyd was asked about a June 19, 2008, conversation he had with Sherifi where he told Sherifi that if he could not travel, then he should make jihad on them right here. Boyd was asked what he meant by this statement. Boyd stated that he was referring to conducting jihad in the United States. Boyd stated that at this point he was getting sicker and he could not back off of the Saifullah persona. Boyd stated that he felt he had to maintain the persona, and thus he became more radicalized and his plans became more dangerous.

Boyd was asked how he communicated with Sherifi during Sherifi's July 2008 travel to Kosovo. Boyd stated that his son, Dylan, created an email account and password for Sherifi and the Boyds to use to communicate with each other via draft email messages. Boyd did not know the name of the account, but he indicated that Dylan would remember. Boyd stated that they developed this way of communicating with each other in order to communicate privately and undetected by law enforcement. Boyd further stated that Dylan always accessed this email account from a computer at the campus of North Carolina State University. Boyd stated that Dylan did so because he thought the computers in the Boyd's home could be traced by law enforcement. Boyd stated that Dylan and Sherifi did communicate on several occasions using the draft email account. Boyd recalled a specific message in which Sherifi indicated that everything was going well, and that Allah had made a way for him. Boyd understood this to mean that Sherifi had found a path to jihad. However, Boyd eventually instructed Dylan to stop using the draft email account because Boyd knew he was being monitored by law enforcement.

Boyd stated that his relationship with Sherifi was different after Sherifi returned to the United States from Kosovo. Boyd stated that Sherifi had become closer to Eddarkoui. Boyd stated that Sherifi returned to the United States to work and earn money, and he planned to return to Kosovo. Boyd told Sherifi that Zakariya would go with Sherifi back to Kosovo. Boyd wanted

Zakariya to be his scout and find out what was going on over there. Boyd stated that he did not have a specific plan, but he was always thinking about moving overseas and running from all the mess he created.

Boyd stated that Sherifi brought Anes Subasic to the Blackstone Market and introduced Subasic to Boyd. Boyd stated that it seemed like Sherifi told Subasic all about Saifullah, and Subasic came to get the proof for himself. Subasic started hitting him immediately with all kinds of different questions. Boyd felt that Subasic was trying to verify him. Boyd stated that he felt like he never met Subasic's expectations. Boyd felt that Subasic thought he was above Boyd. Sherifi told Boyd that Subasic had issues with Boyd.

Boyd described himself as being in a "reckless way" around the time he met Subasic. Boyd stated that he was taking on the roll of Saifullah more and more, which he described as "becoming sicker". According to Boyd, his life was spiraling downward. Boyd attributed this to several stressful life experiences that occurred very close together, including the death of his father, and the death of his son, Luqman, in a car accident. Boyd stated that after these experiences, Daniel Boyd started breaking down, but the Saifullah persona helped him hide from the pain of it.

Boyd stated that Subasic came to him a lot with questions regarding Islam, and Boyd knew the answers Subasic expected. Boyd had an immediate comfort level in talking about jihad with Subasic due to the fact that Subasic was vouched for by Sherifi and Eddarkoui.

Boyd recalled a conversation he had with Subasic where Boyd told Subasic he had two boys leaving and he needed help to place them somewhere good. Boyd and Subasic later continued this conversation in code, using the term cars instead of boys. Boyd stated that he was referring to his two sons, Dylan and Zakariya, in this conversation. However, Boyd does not believe that Subasic knew Boyd was referring to his own sons. Boyd and Subasic talked in code because Subasic had previously instructed Boyd to never use names in their conversations. Boyd further stated, regarding this conversation, that when he said he needed help getting these boys someplace good, he was referring to a Muslim enclave in Bosnia that Subasic previously told him about. Subasic told Boyd about a Muslim enclave in Bosnia where they had Sharia law. Boyd thought

he was going to help his sons get on track, become good Muslims, and place them where they could possibly act on their obligation to jihad. Subasic talked about a like-minded individual by the name of FNU Imamovich in Bosnia. Boyd stated that in the above referenced conversation, Subasic knew that Boyd was intending to get the two boys to Imamovich, get them to the Muslim enclave to live with like-minded Muslims, and then to go and travel for jihad. Boyd said this is what he intended to convey.

Boyd stated that at the time of the conversation with Subasic mentioned above, Dylan and Zakariya were not on the "jihad is obligatory path". Boyd wanted to send them overseas to get their heads straight, to be good Muslims. Boyd stated that Subasic actually knew of a place where Boyd could send them. Boyd stated his intention was that getting his sons to such a place would ultimately lead to fighting jihad. Boyd believes Subasic understood this. Boyd continued, stating that he was always saving money to have a nest egg for an international move with his family to a place where women and young children are safe, and Boyd and his older sons could go off and fight jihad. This thought was always on his mind.

Boyd recalled another conversation with Subasic where Subasic responded, "I'm for it. Let's do something." Subasic said that he can find a few other brothers. Boyd stated that he understood Subasic to be saying that the sky is the limit. Boyd stated Subasic was indicating for Boyd to put a plan on the table and we'll do it. In other words, Boyd stated, "anything for jihad".

Boyd discussed his sons Dylan and Zakariya. Boyd stated that his sons would have never fully committed to the idea of fighting jihad, except for Boyd's direction. Boyd stated that Dylan and Zakariya were buying into the overall Muslim community idea of jihad, but Boyd gave them the direction and rhetoric that they needed to suit up and go. Boyd stated that Zakariya succumbed to Boyd's views about jihad earlier than Dylan. Boyd felt that he had to motivate Dylan, which led to a conversation in which Boyd asked Dylan directly what preparation he was making for jihad. Boyd wanted to motivate Dylan by pointing out the preparations he himself was making for jihad.

In 2008 Dylan came to Boyd and said that he wanted to go to Chechnya for jihad. Boyd is not certain where this specific idea came from, but he surmised that since Dylan is good friends

with Walid Musafer's sons, who are from Chechnya, they may have influenced Dylan toward Chechnya. Boyd pulled up a map of the region on the computer and showed Dylan a point-by-point route to get from Turkey to Chechnya. Boyd was familiar with the route because he had once asked a customer at the Blackstone Market, who was originally from Turkey, how someone would get from Turkey to Chechnya.

    Boyd was asked about his relationship with Jude Mohammad. Boyd stated that Jude's mother and stepfather shopped at the Blackstone Market. One day, Jude's mother brought Jude to the store and introduced him to Boyd. Boyd recognized Jude from the IAR. Later, Jude came to the Blackstone Market with Yaghi. This occurred after Yaghi's 2007 trip to Jordan. Boyd pulled Jude aside and told him to be careful who he hangs out with. At some point, Jude began coming to the store by himself. Jude told Boyd he wanted to know about the Pashtun people. Boyd took Jude outside the store for a walk and they talked for 45 minutes to an hour. Jude was seeking to get answers to specific political questions. Boyd stated it was clear to him that Jude already had an agenda set. According to Boyd, Jude already understood jihad as an obligation.

    Boyd invited Jude to his home, and Jude instantly befriended Boyd's sons because they are close in age. Some time thereafter, Boyd and his family planned to vacation at the beach and Boyd asked Jude to stay at the Boyd home to look after the house and care for the family pets while the Boyds were away. Boyd stated that when he returned from vacation, he found that Jude had all of Boyd's books on jihad open and spread out on the floor. Boyd further stated that Jude had found Boyd's grandfather's bayonet and had it out as well. Jude announced that he intended to go back to Waziristan. Jude told Boyd that he had to go back for his family, stating that they lived there for a thousand years, and now they were being pushed out by the Pakistani army. Jude told Boyd he had to go help them. Boyd counseled Jude against going there because he did not speak the language, but according to Boyd, it was clear that Jude was dead set on going.

    Jude asked Boyd if he still knows anyone over in Pakistan that he could contact when he got there to help him cross the border. Boyd explained that he had not been there in twenty years, but told Jude he would try to find a contact for him. Boyd asked two men he knew were from Quetta, Pakistan, if they had family or friends in Quetta who could help someone who would be traveling.

FD-302a (Rev. 10-6-95)

415M-CE-90838

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On 01/27/2011 , Page 13

The men told Boyd they did not think it would be a problem. They agreed if they found someone to help Jude, that the person's code name would be Habibullah.

Boyd stated that his son, Dylan, planned to take Jude to the airport for his departure to Pakistan. Dylan went to meet Jude at the IAR prior to his departure, and found that Jude was hanging out with Yaghi and some other friends who were talking openly about Jude's plans. Dylan was upset by this and reported it to Boyd. Boyd told Dylan that he needed to meet with Jude to help Jude get his head straight. Boyd mentioned to Dylan to "bring the package" and Boyd was asked what package he was referring to. Boyd stated that Jude was the package. He was referring to Jude when he told Dylan to bring the package. Boyd met with Jude just prior to his departure and told him that he was unable to find someone to help Jude in Pakistan, but he told Jude what the plan would have been, specifically that he would have used the name Habibullah.

Boyd was asked to name persons who had given him money for the sake of jihad. Boyd stated that Abdullah Eddarkoui, Sherifi, Abdenasser Zouhri, and possibly Jasmin Smajic had given

him money in support of jihad. Boyd recalled a specific occasion when Sherifi gave him money. Boyd stated that Sherifi handed him the money and said it is given, "in the cause of Allah". Boyd stated that this meant the money was intended for the mujahideen or someone who was traveling for jihad. Boyd further stated that the money was given to him for the purpose of supporting jihad.

Boyd stated that most of the money he collected from others to support jihad was given to Akbar Sadat. Sadat was collecting money in support of a mosque he was building in Jalalabad. Boyd further stated that he gave some of the money to the North Raleigh mosque fund.

Boyd was asked about his gun purchases. Boyd stated that he went into the purchases of guns innocently, but he did use them to bolster his image and conversations about jihad with Eddarkoui and the others. Boyd stated that the idea about being prepared and having guns are part of the jihad mind-set. Boyd stated that he was living each day training and preparing for jihad.

Boyd was asked about shooting in Caswell County, NC. Boyd stated that Alvis Harris set this up. Boyd stated that this was not his idea. He said that he and his sons practiced shooting at local ranges, but Harris did not want to go to these ranges, and suggested the Caswell County location instead. However, Boyd stated that he did use the opportunity to conduct weapons training for the purpose of jihad. Boyd stated that they did go with the purpose to train for jihad.

Boyd was asked about Quantico Marine Corps Base. Boyd's initial response was, "this was pure crap". Boyd stated that the purpose of entering Quantico was to show his family where he grew up. Boyd stated that he tried to find the house where he lived, the officer's club, etc. Boyd's attorneys responded by asking to have some time with Boyd. During this time, the attorneys provided a transcript for Boyd to review.

Following this short break in the interview, Boyd stated that Sherifi mentioned that he could get on a military base at any time. Boyd took this idea and ran with it. Boyd stated that he told the others that he knew of a military base, referring to Quantico. He told them he's been there and he knows how easy it would be to take it.

FD-302a (Rev. 10-6-95)

415M-CE-90838

Continuation of FD-302 of __Daniel Patrick Boyd__ , On 01/27/2011 , Page 15

    Boyd was asked about conducting jumah at his residence. Boyd stated that one time he and his sons missed jumah because they were on their way to Siler City to pick up meat. Boyd told his sons not to worry about it because they could hold jumah at their home when they returned. Boyd stated that his sons told Sherifi about having jumah at the house, and the next thing Boyd knew Eddarkoui, Smajic, and the rest of the group were invited for jumah at his house, and they began doing this on a regular basis.

D-302 (Rev. 10-6-95)

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/02/2011

On 02/01/2011 a proffer interview was conducted with Daniel Patrick Boyd at the FBI Charlotte Division, Raleigh Resident Agency, 110 Pinedale Springs Way, Cary, North Carolina. Boyd was interviewed in the presence of his attorneys Rosemary Godwin, Debra Graves, and Kendall Shinn, Federal Public Defenders. Also present for the interview were the following: AUSA John Bowler; AUSA Barbara Kocher; and USDOJ Trial Attorney Jason Kellhofer.

Boyd was asked to provide his definition of violent jihad. Boyd stated that he is referring to the extremist view. This jihad is fighting anyone who in any way, shape, or form prevents one from practicing Islam. That was Boyd's definition of jihad, and he said it is also the view of jihad propagated in the Muslim community. Jihad is the fight against the kuffar. The kuffar is anyone who does not succumb, or is not compelled, to Islam. This is anyone who is not Muslim. Boyd further stated that it is understood that the imams here in the United States who are not going themselves to the battlefield, are in fact doing their preparation here to train Muslims to be prepared. The Muslim community promotes being fit, preparing, and training to be ready for the defense of Islam. They also preach that it is acceptable to be offensive, to pre-empt aggression by non-Muslims. Boyd stated this is what many terrorists are actively doing, striking first. Boyd said that they intentionally conduct pre-emptive strikes so that the kuffar will come fight Muslims in their lands.

Boyd was asked about his relationship with Hysen Sherifi. Boyd stated that the first time he met Sherifi was at Blackstone Market. Boyd stated that Sherifi came to the store alone. Boyd does not know how Sherifi heard of him. Boyd stated that he probably started the conversation by asking Sherifi where he was from originally. Boyd stated that this was his normal procedure which would provide a lead-in to the discussion of jihad.

Boyd stated that within a few weeks, Sherifi was coming to the store on a more frequent basis. Sherifi came for the talks because Sherifi's family members were not practicing Muslims. Sherifi wanted to hear the jihad rhetoric. Boyd stated that within

---

Investigation on  02/01/2011  at  Cary, NC

File #  415M-CE-90838-CRIM                                  Date dictated  N/A

by  SA William J. Logallo/ Paul C. Minella
    TFA Heather Z. Ferris: hzf

WDB0000107

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

21525   Case 5:09-cr-00216-FL   Document 2217-24   Filed 01/19/16   Page 16 of 16