FD-302a (Rev. 10-6-95)

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____, On _02/01/2011_, Page __2__

two weeks of meeting Sherifi, Sherifi brought Anes Subasic to the store and introduced him to Boyd.

Boyd stated that in the beginning, his talks with Sherifi were general, but over time the talks became more specific. Boyd stated that this was his normal procedure, or modus operandi. Boyd described his modus operandi with regard to Sherifi. Boyd first brought up the topic of jihad in a general way, to feel Sherifi out. Sherifi was already knowledgeable about jihad as an obligation. Sherifi read a lot and knew a lot about jihad. Sherifi told Boyd that jihad is an obligation before hajj, and before salaat. Boyd explained to Sherifi that his way of thinking was correct and showed him the proof. Once Boyd knew he and Sherifi were on the same page, and once they were at a point where he was special to Sherifi, then he moved into the next phase of his procedure where he told Sherifi mujahideen stories from Afghanistan. Boyd said he did so in order to foment the emotion and to charge each other up. Several months into his relationship with Sherifi, it became a constant dialogue of jihad related information between the two. Boyd recalled a conversation in his backyard where he and Sherifi discussed taking action for the first time. They had a discussion in which they said they should go, they should do something. Boyd stated that this referred to doing something for jihad. Sherifi hugged Boyd and told him he loved him.

Boyd showed Sherifi an AK-47 at his home. He showed Sherifi how to take it apart and put it back together. Boyd assumed Sherifi already knew about weapons because of where he was from. Showing Sherifi the mechanics of the gun was another way for Boyd to bolster the Saifullah persona and show Sherifi his credentials. It was part of the procedure.

Boyd referred to a conversation in which he counseled Sherifi about what to tell his employer about his trip to Kosovo. Boyd stated that this was another part of the modus operandi. He instructed Sherifi to be cautious. Boyd gave Sherifi specifics to tell his employer, as to not arouse suspicion when Sherifi left.

Boyd was asked how he communicated with Sherifi while Sherifi was in Kosovo. Boyd stated that he asked his son, Dylan Boyd, if there is a safe way to communicate with each other via the computer. Dylan came up with the idea of creating an email account and password in which they would create draft messages that were deleted upon being read. Boyd said he wanted a safe way to

415M-CE-90838-CRIM

Continuation of FD-302 of    Daniel Patrick Boyd   , On 02/01/2011 , Page 3

communicate, a way that could not be intercepted by law enforcement, in case Sherifi found a way to travel to the battlefield. This way they could talk about it undetected. They told Sherifi the name of the email account and the password, and instructed him how to use it. Boyd stated that they may have written the email account and password on a piece of paper for Sherifi. Boyd recalled a time when he and his sons, Dylan and Zakariya, met Sherifi at the CVS drug store on Capital Boulevard. Boyd thinks this is when he passed the information regarding the draft email account to Sherifi.

Boyd told Sherifi that if he finds a way to jihad, he is to let them know about it. It was implied that Boyd wanted this information for others to travel. Boyd stated that it is all understood by saying, "Let me know if you find a way." Jihad was always the topic of conversation. If one finds a way, let the other know. Boyd stated that this was standard conversation.

Boyd stated that the draft email account was accessed by Dylan from a computer at the library of North Carolina State University. Boyd said it was done this way for security reasons. Dylan did not think it was safe to use the computers at home, because he thought they could be traced by law enforcement. Dylan would check the email account periodically on his own and then he would report back to Boyd. In this way, a message got back to Boyd that Sherifi had found a way. Boyd recalls a message where Sherifi said, "I have good news". Boyd understood this meant Sherifi had found a way for jihad.

Zakariya Boyd and Abdullah Eddarkoui picked up Sherifi from the airport upon his return to the United States and brought him to the Boyd residence. Boyd stated that Sherifi and Eddarkoui had become very close during Sherifi's time in Kosovo, whereas Boyd had cut off most of his communication with Sherifi while Sherifi was in Kosovo. Boyd is not quite sure why he broke communication with Sherifi, but it could have been due to operational security or paranoia. Boyd stated that Eddarkoui set Sherifi up in an apartment, got to know Sherifi's father, and helped Sherifi with his passport.

After Sherifi's return to the United States from Kosovo, Sherifi told Boyd he met two like-minded people in Kosovo. One was described by Sherifi as an American military man. Sherifi told Boyd that they went shooting together. The other was described by Sherifi as a local person preparing for jihad in Kosovo. Boyd

stated that this person was some kind of leader of a cell that was preparing to rise up. Sherifi told Boyd he trusted these two brothers as much as he trusted Boyd. Boyd recalled that Zakariya reported to Boyd that one time Dylan was at Sherifi's apartment when Sherifi was on-line chatting with a man in Kosovo who had previously been arrested in Kosovo. Zakariya reported that Sherifi turned the computer in Dylan's direction and this person in Kosovo saw Dylan's face. Boyd stated that he chastised Dylan for this lack of operational security. Boyd was afraid this would mess up their efforts. Boyd told Dylan he was very stupid because they did not know who this person was.

When Sherifi was planning to return to the United States from Kosovo, there were emails exchanged which indicated that Sherifi was coming back to earn money for his family. After Sherifi was back, it was said that he was raising money to help the brothers, which Boyd said refers to jihad. Eddarkoui told Boyd that Sherifi needs money and men. It was understood that there was the need for men and money in Kosovo, which means they needed men to fight and money to provide them with weapons, etc. Boyd told Eddarkoui that it would be possible to provide Sherifi with money. They would need to set up a bank account, put money in the account here in the United States, and then Sherifi could withdraw money in Kosovo using a debit card. Sherifi told Boyd that there was a brother in the Raleigh area who was going to give him money, which Sherifi indicated to the brother he needed for his business in Kosovo. Sherifi asked Boyd if he could take the money the brother gave him and give it to the brothers in Kosovo to support jihad. Sherifi wanted to know if it was okay to do that. Boyd told Sherifi he can use the money "for the sake of Allah", meaning he could use it up to and including giving it to men who were ready to fight jihad. Boyd told Sherifi to give the money to the mujahideen, but not to tell this to the brother who gave the money.

Boyd stated that he was not certain about what exactly Sherifi had discovered in Kosovo in terms of finding a way to jihad. Boyd stated that Sherifi once told Boyd he was going to go to Syria and study. Boyd does not know if the studying was part of the cover story, or if Sherifi did intend to go to Syria and study and then use that as a springboard to get to jihad. Either way, Boyd knew Sherifi had a plan of action regarding Syria and jihad. But, according to Boyd, Sherifi was so cautious that he did not tell the specifics of this plan even to those closest to him.

    Boyd told Sherifi that the border with Syria is very porous. Boyd learned of this during his trip to Jordan when he visited al-Salt, Jordan. Boyd met with the local people in al-Salt, and they were like-minded with regard to jihad. Boyd stated that a local man there, named Aziz, tried to go to Iraq through Syria. He got as far as the border and then was captured. Boyd learned from Aziz that sometimes, depending largely on the political climate, the border is open and other times it is closed. Aziz told Boyd this, and Boyd relayed this information to Sherifi.

    Boyd stated that he considered sending Zakariya to Kosovo with Sherifi. Boyd told Sherifi he was going to send a companion with him to Kosovo, referring to Zakariya. Boyd wanted to send Zakariya as a scout for the family. Specifically, he wanted Zakariya to look into the following: can you practice Islam openly; what kind of property is available; are there suitable living conditions for the family; and is it a good location for staging for jihad. Boyd was confident that Zakariya would be a good scout. Boyd stated that he was talking it up with Sherifi and these guys about going to Kosovo, but he was also duping them because at the same time he was also planning to move his family to Jordan. He was going to send his sons, Noah and Zakariya, to Jordan first, then he was going to move the rest of the family to Jordan.

    Boyd was asked about a specific conversation he had with Sherifi on June 19, 2008, and portions of the transcript were read to Boyd. Boyd summarized part of the conversation saying that he was telling Sherifi that if Sherifi is prevented from traveling overseas, then he should make jihad here in the United States. Boyd said his purpose was to convey that if they cannot make jihad somewhere else, then they could do it in the United States.

    Boyd stated that he used the same modus operandi he described using with Sherifi with Jude Mohammad, Ziyad Yaghi, Omar Hassan, Anes Subasic and others. Boyd described the initial steps as a feeling out process. Boyd further described this procedure, stating that his first step was to talk about jihad in a general way to find out what the other person meant when they used the term jihad. Boyd always tried to find out if the other person had the extremist view of jihad. If the other person had the extremist view of jihad, then Boyd would talk privately with that person about jihad. The point was to see if they were on the same page, and if they were, Boyd tried to drive them forward. From there, Boyd would begin telling stories about his time with the mujahideen in Afghanistan. He would read verses from the Quran to support his

FD-302a (Rev. 10-6-95)

415M-CE-90838-CRIM

Continuation of FD-302 of __Daniel Patrick Boyd__ , On __02/01/2011__ , Page __6__

view of jihad, he would read fatwahs, etc. Boyd would have power discussions about jihad which were meant to recharge the person he was talking with as well as himself. Boyd would continue to do these things until the other person got to the point where he would tell Boyd that he was ready to travel for jihad. Boyd stated that his intent was to encourage them to go and conduct jihad. Boyd stated that this is how he was recruited as a young man in Boston. Boyd described himself as the experienced one telling the inexperienced one how to do it.

When the other person began to commit to jihad, Boyd stated that they would become very cautious and talk in code so they would not be found out. When one of them told Boyd they were going to "look for a way", Boyd knew this meant they were ready to find a way to the battlefield. At that point, Boyd would say if they are really going to go, then they should purify their intentions, because they will see people who are not there for the right reasons. Boyd would further counsel them to go someplace where it would be legitimate for that person to go. If a person was from Kosovo, for example, he would tell that person to go to Kosovo. This is the guidance Boyd would give.

Boyd stated that he felt an obligation to be Saifullah because the community pushed the persona on him and they needed a role model and guidance. Boyd stated that he, "went all the way into this persona." According to Boyd, jihad is flooded across the Muslim community. It is taught as something that a Muslim must do. Boyd felt it was his job to bring these kids along when they came to him. What he taught them was based on his own experiences.

Boyd stated that he gave the idea to others that they could give money to cover the expenses of individuals traveling overseas for jihad. Boyd said he had a lot of conversations about this. This was another part of the modus operandi. Boyd gave this speech to someone when he knew they were at the point where they would have done anything they could to help. Boyd would encourage them to give money to help in the way of jihad. Boyd stated that Sherifi gave him money for the cause of jihad.

Boyd was asked about his relationship with Jude Mohammad. Boyd stated that Jude was different from Hysen Sherifi. Sherifi

415M-CE-90838-CRIM

Continuation of FD-302 of __Daniel Patrick Boyd__ , On 02/01/2011 , Page __7__

seemed to look up to Boyd as a father figure, while Jude seemed to look at Boyd as an equal. Boyd stated that Jude came to him looking for confirmation more than direction. According to Boyd, Jude already had the mind-set that jihad was his obligation. Boyd did not need to foster this idea. Jude was looking for affirmation from someone who had been there and done it. Jude was looking up to Boyd as someone with experience.

    Boyd first met Jude at the Blackstone Market. Boyd thought that Ziyad Yaghi sent Jude to meet Boyd. At the time of Jude's introduction, Boyd described himself as already being hot and heavy with the modus operandi in regard to Sherifi and Anes Subasic. When Jude came into the picture, Boyd was excited. He felt it was divine provenance. Boyd felt that he had a method and a mission because the word was out that people could come to him and get the truth about jihad.

    Boyd stated that Jude came to him asking questions and jumping right into specifics. It was clear to Boyd that Jude was ready to travel for jihad. On this first visit, Boyd took Jude outside the store to a picnic table where they sat and talked for 45 minutes to an hour. Jude said here is what I know, and here is what I do not know. Jude asked Boyd specifically about the Pashtun Taliban. He asked Boyd if they were fighting for the sake of Allah. Boyd explained to Jude that they were the humble mujahid who tried to implement sharia law in the region. Boyd told Jude his personal experiences with these people. Boyd stated that his intent was to encourage Jude's want and drive for jihad. Boyd told Jude that the Taliban there is in a defensive position, so to go there to fight jihad is both warranted and obligatory. This is the justification Jude was looking for. However, Boyd suggested to Jude that he might not want to go to that part of the world, because it is such a quagmire. So many different groups are fighting each other there. In addition, Boyd was concerned that Jude did not speak the language and therefore he would look out of place. Although Boyd suggested that Waziristan may not be the best place for Jude, he did in fact encourage Jude to go and fight. Boyd was helping Jude get around any roadblocks he had in his mind, and was supporting the jihad view.

    Boyd stated that Jude came to the Blackstone Market on approximately three occasions. Jude also visited the Boyd residence on a number of occasions, and stayed at the Boyd home while the Boyd family was away on vacation. Each time Boyd and

FD-302a (Rev. 10-6-95)

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On 02/01/2011 , Page __8__

Jude saw each other, their topic of conversation was always the same. Specifically, it was about the concept of jihad.

     Jude stayed at the Boyd home while the Boyd family went on vacation. When they returned from vacation, Boyd found that all of his books were spread out on the floor, along with Boyd's grandfather's bayonet, and were open to the subject of jihad. It was clear to Boyd that Jude was then set on a plan of action. Boyd understood that Jude was planning to travel to Pakistan to join the fight. Jude told Boyd that he was leaving and going back to Peshawar. Boyd knew this trip would be an attempt to join the mujahideen. Jude told Boyd that his family was being pushed out of their homes and he had to go help. Boyd knew Jude was intending to take up the fight.

     Boyd's sons were present on many occasions when Boyd discussed jihad with Jude. Boyd told his sons that Jude is going and we have to help him any way we can. Boyd stated that Dylan and Zakariya would have done anything Boyd asked at that point.

     Jude asked Boyd if he still had any contacts in Pakistan. Boyd understood this to mean whether or not Boyd knew someone in Pakistan who could assist Jude in getting to the battlefield. Boyd told Jude that he had not been there in over twenty years, but that he would try to find a contact person for Jude in Pakistan. They are originally from Quetta, Pakistan. Boyd thought he could trust them because they are Pashtun. Boyd met with one of them (the one with glasses) and asked if he had family or friends in Quetta who could help someone who is traveling. Boyd asked him if he knew of anyone who could help this traveler "get inside". Boyd believes this individual understood Boyd was asking for a contact to help this person get to the battlefield, because this is the common language used to discuss jihad. They discussed the use of a code name, and decided to use the name Habibullah. Boyd does not recall if this was his own idea, or was suggested by the other brother. Although the brother told Boyd he did not think it would be a problem, ultimately, he did not provide a contact.

WDB0000114

  Boyd was asked about any advice he gave to Jude prior to Jude's travel. Boyd recalled that he advised Jude not to take a computer with him because Boyd thought it would look suspicious. Boyd told Jude to try to fit in. Boyd was told that among the things Jude had in his possession at the time of his arrest in Pakistan was kohl. Boyd was asked if this had any significance. Boyd stated that Jude carried that in an attempt to fit in with the local people there. An average tourist would probably not have this with them. This was an attempt to blend in with the locals. Boyd recalled that Jude told him that he was trying to sell his motorcycle and car in an effort to financially support his effort to get to jihad.

  On the day of Jude's planned travel to Pakistan, Dylan was planning to drive Jude to the airport. Boyd told Dylan it was his job to get up with Jude before Jude left. Boyd also indicated to Dylan that they had very little time left with Jude and a lot to go over. Boyd stated that he was "laying it on thick" with Dylan, trying to make himself look very important. Boyd said he was making it more grandiose than it actually was.

  Dylan went to the Islamic Association of Raleigh (IAR) to pick up Jude. Dylan found Jude talking openly with Ziyad Yaghi and others at the IAR about his plans, saying maybe they will meet again in heaven. Dylan was very concerned about this and reported it to Boyd. Boyd was concerned that Jude was talking with people who made problems for Boyd back in 2007. Boyd told Dylan they needed to sober Jude up. Boyd told Dylan to bring the package. Boyd was using operational security and was referring to Jude when he used the term package. Boyd met with Jude and Dylan at a bookstore. Boyd told Jude that he was not able to get a contact person to assist Jude in Pakistan. Boyd told Jude to keep his mind right, avoid the influence of others, and get himself together and go before the devil gets in the way. Boyd recalled telling Jude

FD-302a (Rev. 10-6-95)

415M-CE-90838-CRIM

Continuation of FD-302 of  Daniel Patrick Boyd  , On 02/01/2011 , Page  10

that if their intentions were right, God would show him the way. Boyd recalled that when he was a young man preparing to leave for Pakistan, he got caught up with saying his farewells to all the brothers. When he was being driven to the airport, he was told he needed to get sober and focus on the task at hand. Boyd stated he was imparting that knowledge on Jude, the new mujahid.

Boyd discussed with Subasic and Eddarkoui his concerns regarding Jude's arrest in Pakistan. He recalls that he spoke to them about it once at his home, and his sons were also present during this conversation. Subasic harshly told Boyd to be quiet about it. The other conversation with them about Jude's arrest took place at Dylan's wedding reception.

Boyd was asked to provide more information about his 2007 trip to al-Salt, Jordan. Boyd stated that the people in al-Salt are like-minded in regard to jihad, and he described them as "hard core" in their beliefs. Boyd and his sons were given a flat to stay in while they visited al-Salt. Boyd sated that he met Abdul Abu Rahman and another man in al-Salt, both of whom had fought jihad in the Phillippines. Boyd recalled that Dylan had gotten into a debate with Abdul Abu Rahman because Rahman stated that the blood of all Americans could be spilled. Boyd said jihad was

FD-302a (Rev. 10-6-95)

415M-CE-90838-CRIM

Continuation of FD-302 of   __Daniel Patrick Boyd__  , On __02/01/2011__, Page __11__

always discussed there, and Boyd asked the men in al-Salt if there is a way to get to jihad. Boyd further stated that they went to a dinner in al-Salt where they met a man who had gone to Iraq to fight, and another man who was involved in some kind of theater bombing. Boyd stated that these were people he really looked up to because they were the doers, not just the talkers. Boyd described them as serious jihadis. Boyd stated that this visit to al-Salt was a pivotal moment in getting him back to constantly thinking about jihad. Boyd was always thinking, "What can we do and how can we do it?" Boyd was hopeful that a way would show itself, and Boyd and/or his sons, or others might be able to use the path.

Boyd was asked what he did to prepare Dylan and Zakariya for jihad. Boyd stated that he instructed them from an early age that jihad was a personal obligation for every Muslim, and that they would get their opportunity. He told them that it has to be done for the righteousness of Allah, and for no other reason. Boyd stated that they understood that when the time came for them, they would do it. Boyd introduced them to the hadiths that supported jihad. Everything was turned into preparation for jihad. He told them to be physically fit, he taught them to shoot and spar, and had them memorize the verse and ideology. Boyd did all these things with them, and he said they knowingly prepared for jihad.

Boyd stated that Zakariya's head was always in the right place regarding jihad, whereas Boyd was sometimes uncertain as to where Dylan's head was regarding the obligation of jihad. Boyd described Dylan as sometimes aloof and constantly lying to his parents. If Zakariya had said he was ready to go, Boyd would have known he was dead serious. When Dylan said he wanted to go to Chechnya, Boyd knew Dylan was only doing it to impress Boyd, not because he really wanted to go. Boyd described Dylan as a tech nerd who was interested in spy craft kind of stuff, thus his interest in developing the draft email accounts for secret communications. Boyd said Dylan created the accounts knowingly to aid Sherifi with his efforts regarding jihad. Boyd stated that Dylan finally surrendered to Boyd, but Zakariya surrendered much earlier. Boyd further pointed out that his sons also got the jihad talk from sources other than himself.

Boyd stated that his sons also got the rhetoric from the Muslim community, because it is generally supported by the community. Boyd said there is a general consensus in the Muslim community that jihad is an obligation, including extremist jihad. Boyd stated that on a number of occasions he went to Amr Dabour,

imam of the Ibad ar-Rahman mosque in Durham, and presented him with the jihad rhetoric. According to Boyd, Dabour never spoke against it, denounced it, or said that it was incorrect.

Boyd nurtured his sons and the others with the same rhetoric about jihad. Boyd stated that the intent when they went shooting together at Caswell County was for Boyd to impart his knowledge on them. He wanted to show them techniques they could use for jihad once they got there, and if they did not get there, they could use the techniques against non-Muslims here in the United States.

Regarding Anes Subasic, Boyd stated that Subasic always had a chip on his shoulder, but Boyd really did believe that Subasic knew someone who could help them get to jihad. Boyd stated that Subasic always drew the distinction between kuffar and non-kuffar. Subasic told Boyd that the kuffar are the enemy and therefore you can do whatever you want to them, like steal from them, fight them, etc.

Boyd was asked about other instances where he had used his procedure or modus operandi, as he previously referred to it, to encourage others to support and conduct jihad. Boyd stated that he wanted to explain that the procedure was not a thought out plan, but it was how the situation would normally progress when he met like-minded individuals. In response to the question he listed the following individuals: