# FEDERAL BUREAU OF INVESTIGATION

Date of transcription     03/10/2011

          On 03/10/2011 a proffer interview was conducted with
Daniel Patrick Boyd at the FBI Charlotte Division, Raleigh Resident
Agency, 110 Pinedale Springs Way, Cary, North Carolina. Boyd was
interviewed in the presence of his attorneys Rosemary Godwin and
Debra Graves, Federal Public Defenders. AUSA Barbara Kocher was
also present for the interview.

          Boyd was asked about May 9, 2008, when Ziyad Yaghi and
Jude Mohammad showed up at the Blackstone Market. The interviewing
agent read from the transcript on this date that Jasmin Smajic made
a statement that, "Lis...Listen, man, this is the brother
that's...I've been telling you about wants to wrestle you, man."
Boyd stated that Jasmin was directing this comment toward Yaghi,
not Boyd. Boyd stated that Smajic knew Yaghi and Jude from
attending the IAR. Boyd is certain this is the first time Boyd was
introduced to Jude, other than having met Jude when Jude was a
young child. After Jude was arrested, Khalilah Sabra told Boyd
that Jude's mother told her that Yaghi brought Jude to Boyd to make
up for Yaghi's mistakes with Boyd. Boyd said it did seem like
that, like some kind of penance.

          Boyd stated that Smajic frequently told Boyd that he
wanted to bring other brothers by to meet Boyd. Boyd believes that
Smajic wanted to introduce these other young men to Boyd because
Boyd would tell them about their real duty in Islam, which he
believed to be extreme jihad. Boyd recalled that Smajic brought

---

Investigation on    03/10/2011    at  Cary, NC

File #  415M-CE-90838-CRIM                          Date dictated  N/A

          SA William J. Logallo; SA Paul C. Minella
by   TFA Heather Z. Ferris: HZF

          23079

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

WDB00173

## Exhibit 26

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011___ , Page ___2___

and            to meet Boyd.  Smajic possibly introduced Hysen Sherifi to Boyd.

Boyd recalled that Smajic hosted two cookouts at his residence.  Boyd stated that each time Smajic invited Boyd and a group of people from the Salafi mosque.  Boyd felt that Smajic deliberately invited Boyd so that Boyd would tell the Salafi group about their obligation for extreme jihad.  Boyd believes that Smajic brought them all together to see what the end result would be.

Boyd was asked about his relationship with Sherifi.  Boyd stated that when Sherifi first came to Boyd, Sherifi already knew what he needed to do regarding jihad, but did not know details of how to get from point A to point B.  Sherifi was mesmerized by Boyd's stories of the time he spent with the mujahideen in Afghanistan.  It was very clear that Boyd could speak about anything with Sherifi, even to the point of putting plans for jihad into action.  If Boyd had a specific plan for Sherifi to get to jihad, Sherifi would have dropped everything and gone.

Boyd stated that Subasic gave Sherifi Islamic material to read, and Sherifi would then do his own exploration of these topics on the internet.  Sherifi often talked about scholars that Boyd was not yet familiar with.  Sherifi was very confident in his beliefs.  According to Boyd, Sherifi was ready to act in regard to jihad even before he traveled to Kosovo.  When Sherifi left for Kosovo in 2008, he had the intention to get his house in order there so he could move on to engage in jihad. Boyd stated that Sherifi was ready to act.  He was ready to get to a front line somewhere.  Sherifi told Boyd that after he took care of his wife in Kosovo, he intended to go to Syria to go to school.  Boyd stated that Sherifi may have intended to go to school, or it may have been a cover story, but either way Sherifi's ultimate intention was to get to jihad, probably in Iraq because of its proximity to Syria.

Boyd recalled that prior to Sherifi's departure, Boyd told Sherifi if he found a way to jihad, he needed to let Boyd know.  This was a prelude to Boyd giving Sherifi a way for them to communicate while Sherifi was in Kosovo.  Boyd had a private discussion with Sherifi in which Boyd told Sherifi not to just go and disappear.  Boyd told Sherifi that Sherifi was to communicate the path to jihad once he discovered it.  Boyd further instructed Sherifi that once he found the front, he was to let the brothers

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page ___3___

there know that they, meaning Boyd and his sons, would like to join
with them and help the cause. Boyd told Sherifi that the brothers
there will give the way, and Sherifi should pass that information
along to Boyd so he and his sons could get to the battlefield and
fight.

Boyd asked Dylan Boyd if he knew of a secure way for Boyd
and Sherifi to use to communicate while Sherifi was in Kosovo.
Dylan Boyd explained to Boyd the method of creating draft messages
in an email account as a secure method of communication. According
to Boyd, Dylan Boyd knew the draft email account was going to be
used for Sherifi and Boyd to communicate secretly. Boyd stated
that Zakariya Boyd would have known this also. Boyd and Dylan Boyd
gave Sherifi the email address and password for this email account
prior to his departure to Kosovo. In a prior interview Boyd stated
that he passed a note containing the email information and password
to Sherifi in a CVS parking lot. However, Boyd stated that after
having thought about it, he believes the information was passed to
Sherifi at a different time and location, but prior to Sherifi
leaving for Kosovo.

Boyd stated that Sherifi was more secretive with Boyd
after Sherifi returned from Kosovo. According to Boyd, Sherifi
really believed in his heart that it was okay to conduct a suicide
mission. Boyd told Sherifi that he could not take that step. Boyd
recalled they had a conversation about this sometime in the summer
of 2009 after Sherifi returned from Kosovo. Sherifi stood up
against Boyd, giving Boyd the impression that Sherifi thought he
was more knowledgeable than Boyd on such topics. Sherifi told Boyd
that suicide bombings are a step that can be taken, and a step they
need to take.

Portions of the consensual recording identified by disk
number 74 were played for Boyd during the interview.

Boyd stated that during the above referenced recording,
he talked about haq. Boyd stated that he was telling Abdellah
Eddarkoui that people come to Boyd because he speaks the truth
(haq), and by that he meant that he talks about the obligation to
fight jihad. In the above conversation, Boyd mentioned to
Eddarkoui that, "...look Jude, I know him since this big. Hussein,
I saw his heart." Boyd stated that he was making a point to
Eddarkoui that Jude is like-minded in terms of jihad. Jude sees the
obligation of going off and finding the battlefield, and Jude is
off trying to get to the front somewhere. In this conversation,

23081

WDB00175

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____, On 03/10/2011, Page ___4___

Boyd was also telling Eddarkoui that Sherifi found what he went looking for in Kosovo. By saying that Sherifi "...told us I love you brothers give my salam to everybody..." Boyd was conveying that Sherifi succeeded in finding a way to jihad.

Boyd reviewed the following portion of the consensual recording identified by disk 74:

EDDARKOUI: Uh huh. Because uh...

DANIEL BOYD: I wish Zakariya had gone with him. Bas [447] alhamdu lillah [3]. Khair [289] inshallah [18] something coming here Abdullah, you'll see. Not long. kul al ard ard Allah [368]

EDDARKOUI: subhanu wa t'ala [41]

DANIEL BOYD: It's coming here and who will do something here? Have to be someone who know this place.

EDDARKOUI: Yeah.

DANIEL BOYD: Know the mind of the khubth [278] wa alkhaba'ith [278]

EDDARKOUI: Yeah.

DANIEL BOYD: Huh, come from them.

EDDARKOUI: Yeah.

DANIEL BOYD: Have to come from them. Wallahi [235] I won't tell you the name, but believe me, last Friday after the *khutbah* [23] I had to have special meeting with some brothers and some imam [205], eh.

EDDARKOUI: Mmm hmm.

DANIEL BOYD: Believe me, this imam [205] tell me that if you put in contract that have to follow sharia [38] the taghuth [89] government of America will do it. I said ya habibi [106] listen, you're speaking but you don't hear. You think because I write contract in their law now I've gone to taghuth [89] for judgment, eh, that because I put sharia [38] and you stamp from masjid [29] that this court of kuffar [24] going to uphold this – are you crazy? I said, "?Are you crazy"? He said, "No, believe me, it works this way". I said, "Yes, salaam". [319] All I can tell you habibi [106] I said Allah ya habibi [106].

[NOISE]

EDDARKOUI: Yeah that's it, yeah.

23082

WDB00176

DANIEL BOYD: I told him Allah ya habibi [106]. You thinking like really I, like you, La'inin [369] You've min alla'inin [369] I can't imagine someone think like this. Even before I am Muslim I will never think like this. And you came here and you think like this? And you came here for da'wah [8]. la illah ila Allah [77] I love him because I see something nice in him, but this, the way he talking now, I says Subhanallah [41] ya akhi [2] you are gone you think like that.

Boyd stated that when he told Eddarkoui, "I wish Zakariya had gone with him," he was saying that he wished his son, Zakariya Boyd, had traveled to Kosovo with Sherifi because Sherifi found a way to jihad, and Boyd was wishing that Zakariya was along to join the fight. Boyd stated that he felt Zakariya was more receptive to the idea of jihad than Dylan Boyd was at the time. Boyd was thinking when he made this statement to Eddarkoui that Zakariya could have easily gone with Sherifi, because Zakariya was ready. Boyd thought at the time that Dylan Boyd had to work on a few things before he was ready to go to jihad. Boyd stated that he used Sherifi and Jude as living examples for his sons. Boyd told his sons to remember Sherifi and Jude in their prayers. He would have told his sons that what Sherifi and Jude were doing was correct.

Boyd further explained what he meant when he told Eddarkoui, "Khair inshallah something coming here Abdullah, you'll see. Not long..." Boyd stated that he was telling Eddarkoui that all of the Earth belongs to Allah, and eventually jihad is going to come to America. Boyd was also saying that it would be American Muslims who would start the battlefield against the American government as a sacred duty.

Boyd also explained what he meant when he told Eddarkoui, "Wallahi I won't tell you the name, but believe me, last Friday after the khutbah I had to have special meeting with some brothers and some imam, eh." Boyd stated that he was referring to Amr Dabour and a meeting Boyd had with him regarding Dylan Boyd's pending marriage to Zenaat Mohamed Abdelgawad. Boyd stated that the following were present for this meeting that took place at the Ibad ar-Rahman mosque: Daniel Boyd, Dylan Boyd, Amr Dabour, and Zenaat's father, Mohamed Sultan. Boyd stated that this was a prenuptial meeting to address some issues raised by Mohamed Sultan regarding the dowry and repayment of money that Boyd owed to him. Boyd stated that Mohamed Sultan's wife gave Boyd $10,000 to invest in the Blackstone Market, and Boyd eventually repaid this money.

23083

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On 03/10/2011 , Page 6

   Boyd stated that there was some friction between the Boyd
family and the Sultan family.  According to Boyd, Zenaat's family
knew everything about the Boyd family.  They knew about Boyd's time
with the mujahideen in Afghanistan, as well as Boyd's views
regarding jihad.  Mohamed Sultan acted like he was okay with it,
but Boyd felt that he was just being diplomatic, and agreeing with
everything Boyd said.

   Zenaat's mother had a problem with the Boyds stemming from a
period of time in which Zenaat and her sister, Jasmin, lived with
the Boyd's.  The Sultan family moved to North Carolina, but still
had business to attend to in Virginia.  They had their daughters,
Zenaat and Jasmin, stay with the Boyds for several months while
they were in Virginia.  During this time period in the Boyd home,
Jasmin and Zenaat started to cover in a traditional Muslim way.
According to Boyd, their mother thought they had become "extreme."
Boyd stated that the Sultan family separated and withdrew
themselves from the Boyd family following the marriage of Zenaat
and Dylan Boyd.

   Boyd stated that he and other family members openly talked
about jihad in front of Zenaat.  Zenaat came to Boyd and asked
about jihad, and they had a thirty minute discussion about jihad,
including discussion about the obligation of going to the
battlefield and fighting.  According to Boyd, Zenaat knew exactly
what he meant about jihad being an obligation, and she was very
receptive to almost everything the Boyds told her.  Boyd also
believes Dylan Boyd had a conversation with Zenaat about his
obligation to jihad, and what her obligation would be as his wife
in supporting him in regard to jihad.

   Boyd stated that there was a time that Zenaat told the Boyd
family that she did not want to be there anymore and she wanted to
leave.  Preceding this conversation, Dylan Boyd told his parents
that when they were not home, Zenaat expressed dissatisfaction and
"went crazy".  Boyd thought this was due to the fact that they had
exposed that Zenaat had what they considered to be an eating
disorder.  Boyd stated that they did not allow Zenaat to leave the
Boyd residence when she asked to leave.  Boyd described a scene
which took place in the Boyd living room, stating that Zenaat got
down on the floor in supplication to them, showing that she really,
really wanted to leave.  Boyd stated that he thought Zenaat was
possessed by an evil spirit.  Boyd further stated that Sabrina Boyd
held Zenaat by the wrists, and Boyd got down on the floor and
"cradled" her.  At the same time, Maryam Boyd laid hands on

23084

WDB00178

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page ___7__

Zenaat's pregnant stomach and recited the Quran in an attempt to expel the evil from Zenaat. Dylan Boyd was very angry with Zenaat. He yelled at her to not treat his parents in this manner and "spanked" her on her thighs while she was restrained by Daniel and Sabrina Boyd. Boyd said Zenaat struggled back, but they held her down for approximately thirty minutes because they thought they were keeping her from hurting her unborn baby.

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____, On _03/10/2011_, Page _8_

Boyd reviewed the following portion of the consensual recording identified by disk number 080:

DANIEL BOYD: Did Hussein tell you how to send him money?

EDDARKOUI: Mm, he told me, but, uh, I didn't like that way. For that I came to you and asked you because I don't want him to be in trouble. I don't want myself to be in trouble for nothing. You know…Since…

DANIEL BOYD: [OVERLAPPING] Exactly.

EDDARKOUI: …yeah. Since…

DANIEL BOYD: That was my point earlier.

EDDARKOUI: Mm.

DANIEL BOYD: If we're going to be in trouble, let it be worth something.

EDDARKOUI: Yeah. Yeah. Say something… going to be in trouble for something? 'Cause I-I told him… I said, okay, hold on and ask brother Saif if there is any way safe I can send him money. You can send him money and no problem.

DANIEL BOYD: The, the best way… It's the best and the most unsafe way. That's what makes it the best way…

DYLAN BOYD: Just send cash?

DANIEL BOYD: …is to open up an account, a bank account. And you put money in it here, and they take their debit card there, and they take the money out there. No big deal. No big deal. Eh, you can't move like hundreds of thousands of dollars…

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page ___9___

EDDARKOUI: Right.

DANIEL BOYD: ...but you can move, you know, a thousand dollars, a thousand dollars, two thousand, one thousand, two thousand like this. No problem. You can move it. But somebody has to open that account. I can't open an account. All my accounts, they watch every penny what happens to it. You understand me?

EDDARKOUI: Uh huh.

DANIEL BOYD: So if someone could have a name, you know? Uh, Joe, Joe Abdullah, huh? And he goes down and opens up an account... Actually, don't have Abdullah.

EDDARKOUI: [laughs]

DANIEL BOYD: And if it's going to be you or somebody you know, wallahi [235], shave your beard off. Go to the bank. Look like those Moroccans who come here looking for sex. You know who I'm talking about?

EDDARKOUI: Yeah sure.

DANIEL BOYD: Yeah. And look good...

EDDARKOUI: Yeah.

DANIEL BOYD: ...smell real good, wear some gold. Deception. and open up this bank account. But then you have to get a card to Hussein. So you have to mail him one.

EDDARKOUI: Okay.

Boyd stated that in the above conversation, he was asking Eddarkoui if Sherifi told Eddarkoui how to send money to Sherifi. Eddarkoui commented that Sherifi told him one way, but Eddarkoui did not think it was a good way and was afraid it would get Sherifi in trouble. Boyd responded to Eddarkoui, saying that if they are going to be in trouble, then let it be worth something. By this, Boyd stated that he meant they should send Sherifi a lot of money. Boyd stated that throughout this discussion he was letting Eddarkoui know that he believes that law enforcement is monitoring his bank accounts, and thus the need for operational security in sending money to Sherifi.

Boyd reviewed the following portion of the consensual recording identified by disk number 80:

23087

WDB00181

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On 03/10/2011 , Page ___10___

DANIEL BOYD: Please. Every time you tell him that you, or you talk to him just tell them that the nasiha [259] for him is ikhlas [224] niyah [139], ikhlas [224] niyah [139]. If he can get to somewhere where they're already strong--Chechnya, Iraq, wherever, Afghanistan--this is good...

EDDARKOUI: Hm.

DANIEL BOYD: ...because he will learn so much so fast...

EDDARKOUI: Yeah.

DANIEL BOYD: ...that he can bring it back to Kosovo. They have some mujihadin [173] in Kosovo.

EDDARKOUI: They have a lot.

DANIEL BOYD: They have some. Alhamdulilah [3].

EDDARKOUI: Yeah, yeah.

DANIEL BOYD: And they have a very good terrain. And they have access to weapons and, you know, these things, but they have no money.

EDDARKOUI: You know, in, in Europe it's easy to get weapons and that stuff.

DANIEL BOYD: [overlapping] Yeah, I know sahih [195]. But they have no money.

EDDARKOUI: Mm. They have no money.

DANIEL BOYD: So what they will have to do is start like the Afghani did with musadas [540].

Boyd stated that in the above conversation, he was telling Eddarkoui that Sherifi needed to find like-minded people who are ready to fight jihad. Boyd stated that he was relaying to Eddarkoui that his advice to Sherifi is for Sherifi to purify his intentions to focus solely on trying to find the battlefield to fight for the sake of Allah.

The interviewing agents played an additional portion of the consensual recording identified by disk number 80. After listening to the recording, Boyd provided the following information:

Boyd stated that during this conversation he and Eddarkoui discussed the use of the draft email account with Sherifi. Boyd also suggested during this conversation that they may want to consider communicating with Sherifi via letter. Boyd told

4 15M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page ___11___

Eddarkoui that a Serbian brother is leaving and maybe they could
give him a letter to take to Sherifi. The interviewing agent asked
Boyd to identify the Serbian brother Boyd was referring to. Boyd
stated that he could not recall to whom he was referring. During
the conversation, Boyd continued to talk about communicating via
letter, stating that the kuffar and their governments use advanced
technology, but the technology can be defeated by going back to
basics like sending a simple letter. Another individual entered
the conversation saying that it is easy to identify if a letter has
been tampered with. Boyd believes it was Dylan Boyd who made this
comment. Boyd indicated that Zakariya has a higher pitched voice,
so he believes it was Dylan Boyd who made this comment.

Boyd reviewed the following portion of the consensual
recording identified by disk number 80:

DANIEL BOYD: The problem with Hussein now is that he did e-mail us a lot, and I e-mail him
back 'cause we were asking about land and so on and so forth. And we called and talked a couple of
times...

EDDARKOUI: Uh huh.

DANIEL BOYD: ...so that means they know this is a contact I've made. What I tried to do is rub it
in on him, that I'm just calling to check about land, and your health, and your wife and this and
that...

EDDARKOUI: Uh huh. That's what I...

DANIEL BOYD: I don't care about anything.

EDDARKOUI: That's what I did too.

DANIEL BOYD: And I even thought that he would be fooled by this and say what's happened to
Saifullah? Something wrong with him. I really think... I'm trying to do it that he will think like
that.

Boyd stated that Sherifi did email Boyd while Sherifi was in
Kosovo. Boyd indicated to Eddarkoui in the above conversation
that he communicated to Sherifi benign information about land, etc.
Boyd told the interviewing agents that he did ask Sherifi to look
for land for him in Kosovo. Boyd was interested in land there so
he could move the family as a staging point for jihad. Boyd asked
Sherifi if foreigners could buy land in Kosovo and if they could
buy weapons there. Boyd was considering an actual move to Kosovo,
but it would have been for the purpose of getting to the

23089

WDB00183

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On _03/10/2011_ , Page ___12___

battlefield to engage in jihad.

Boyd reviewed the following portion of the consensual recording identified by disk number 80:

DANIEL BOYD: I've got to tell you someth-, a funny story about it. We went in there, and we're talking to the preacher they have a preacher there to this, to the guards, to the lady who's supposed to check us. All these people, huh? And we're all talking, and just...Allah is just spinning them in circles. You know I carry musadas [540]? I went in there they never made us walk through anything.

EDDARKOUI: [LAUGHTER]

DANIEL BOYD: They have no idea. In the middle of the prison.

EDDARKOUI: Subhanallah [41].

DANIEL BOYD: They never checked anything. I had my keys. You're not supposed to have keys. I had my belt. Everything. Every, every single one of us walked right in that prison, from the outside, through the doors, through the guards, through the hallway, through every single locked door, right into where the prisoners were, and we had Eid with them.

EDDARKOUI: Wa fatahna lak fathan mubinan [553].

DANIEL BOYD: I kept waiting for them to say, oh, we need you to just come over here and put your belongings...

EDDARKOUI: Uh huh.

DANIEL BOYD: ...and then I would say, okay, here's everything but... They never checked.

EDDARKOUI: But you notice, the security staff, they think it's 's a joke.

DANIEL BOYD: No their security is good. Allah didn't let them use it there.

In the above conversation, Boyd was telling Eddarkoui about an occasion where he went to a prison as part of a prison outreach program for Muslims. Boyd told Eddarkoui that he was able to enter the prison with a firearm. Boyd told the interviewing agents that this was bravado, and these statements he made to Eddarkoui were untrue. Boyd stated that he was always trying to talk himself up to Eddarkoui.

Boyd reviewed the following portion of the consensual recording identified by disk number 81:

23090

WDB00184

4 15M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On 03/10/2011 , Page ___13___

DANIEL BOYD:  Do you know brother Abdul Hakim?  He is American brother who goes to North Raleigh?

EDDARKOUI:  Hussein, did...

DANIEL BOYD:  Yeah, he used to hang with him.

EDDARKOUI:  Yeah, talk with me about him and he did give me his phone number...

DANIEL BOYD:  But you never met?

EDDARKOUI:  Yeah – no. I did call him. I left him a message. I told him my name [INAUDIBLE] and brother Hussein from Kosovo and...

DANIEL BOYD:  Alhamdulilah [3].  He would probably be shy from a, from phone call from someone he didn't know...

EDDARKOUI:  Yeah.

DANIEL BOYD:  Alhamdulilah [3].

EDDARKOUI:  And I was thinking to go there and meet him because Hussein he did ask me to meet his good brother and that stuff.

DANIEL BOYD:  They had some ah, you know, – they crossed, they butted heads.  You know how Hussein is...

EDDARKOUI:  Yeah.

DANIEL BOYD:  ...very soft when he gives you the Haq [16].  So, the brother would butt heads but then would go away and look into what he said and...

EDDARKOUI:  Hmm.

DANIEL BOYD:  ...then come back and say "you know, you're right."  So, I like that about him.

EDDARKOUI:  Yeah.  Do you know brother Hussein is coming back this week?

DANIEL BOYD:  Ahh.  I wish he wouldn't come back here, Wallahi [235].

EDDARKOUI: He want to see his family and and he needs someone, you know, his wife is pregnant...

DANIEL BOYD:  [INAUDIBLE]

23091

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page __14__

EDDARKOUI: ...and the situation over there is very tough.

DANIEL BOYD: He needs to open a bank account because nobody is watching Hussein. Listen, if he opens a bank account here, give us the card...

EDDARKOUI: Uh huh.

DANIEL BOYD: ...okay, and we can use it to give money to mujahidin [173]. Wa Allah al'azim [253].

EDDARKOUI: That was, when he told me he want to come...

DANIEL BOYD: Yeah.

EDDARKOUI: ...that was my idea.

DANIEL BOYD: Ahem.

EDDARKOUI: Because...

DANIEL BOYD: It's like this, I wish he wouldn't come here, but since, [COUGHING] – excuse me. If he is coming, then we should take advantage of it the best we can.

EDDARKOUI: Yeah.

DANIEL BOYD: [COUGHING] Because if he makes it, it is qadar Allah [529]. Has to be some better plan for him.

Boyd stated that he and Eddarkoui began this conversation by talking about _____ Eddarkoui told Boyd, referencing "And I was thinking to go there and meet him because Hussein he did ask me to meet his good brother and that stuff." Boyd told the interviewing agents that when Eddarkoui made this statement, Boyd knew exactly what "stuff" Eddarkoui was talking about. Boyd understood that Eddarkoui was talking about telling ____ about jihad as an obligation. Boyd stated that Eddarkoui did not need to use those specific words, because Boyd understood when they talked in generalities like this. Boyd told the interviewing agents that he was also making a concerted effort not to forget about ____ Sherifi told Boyd that he worked on ____ to get him to the same level of understanding of jihad, and he asked Boyd to continue in this effort while Sherifi was in Kosovo.

Boyd further stated, in regard to this same conversation with Eddarkoui, Boyd told him how they could open a bank account and put money in it, which Sherifi could later withdraw overseas using a bank

23092

WDB00186

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011___ , Page ___15___

card. Boyd stated he was taking advantage of Sherifi's return to the United States to develop a better plan, one that would not alert law enforcement, for providing money to Sherifi for the purpose of supporting jihad.

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: My wife, Allah protect her.

EDDARKOUI: Amin [6] ya rubb al-'alamiin [93].

DANIEL BOYD: She...before, used to say Subhanallah [41], don't you have enough? Rasas [607].

EDDARKOUI: Uh huh.

DANIEL BOYD: I will go do some small job, you know? It's not affecting the house. I will make three, four hundred dollar, three, four thousand, even. And she say, where that money? I say, I, I had to spend it. You know?

EDDARKOUI: [LAUGHING]

DANIEL BOYD: She said, what you buy now? And then few days later in the mail comes some bullets.

EDDARKOUI: [SNICKERING]

DANIEL BOYD: She said, Danny, how many bullets you need? I said, it's not I need anything, but Allah. But Allah said, if you are believer you must prepare for this qital [422].

EDDARKOUI: Yeah.

DANIEL BOYD: And what you think? America not ardu Allah [610]?

EDDARKOUI: Of course, it is ardu Allah [610].

DANIEL BOYD: Okay. [Snickering] So because of that, she said what if we move and we get out of here? I said, alhamdulillah [3]. Then while I was here I was obeying Allah.

EDDARKOUI: Yeah.

DANIEL BOYD: And, and, and maybe he will gift me to be back home with those people. But in the meantime, Subhanallah [41]. This not the place that's fighting Muslim. They're not killing your brother and sister? Raping your brother and sister?

23093

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page ___16___

EDDARKOUI: Oh, yes.

DANIEL BOYD: Not just raping women. Raping your brother?

EDDARKOUI: Yeah.

DANIEL BOYD: A'udhu billah [48].

EDDARKOUI: La hawla wa la quwwata illa billah [91].

DANIEL BOYD: Okay. So it means that if I took my gun and went and killed them, this is..this is not only halal [211], but it is fara'id [587] now. So what about preparing? Just to prepare?

EDDARKOUI: Yeah.

Boyd stated that in the above conversation he was telling Eddarkoui that one must prepare for fighting, and one must prepare here in America, too, because America is part of God's green Earth. When Boyd asks during the conversation, "they're not killing your brother and sister?", he is referring to American soldiers killing Muslims. When Boyd said in the conversation, "...if I took my gun and went and killed them, this is...not only halal, but it is fara'id now.", he was talking about fighting the American military. Boyd stated that he was justifying waging jihad here in the United States.

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: So that's why. Any penny that comes, it's for something that if I'm going to buy piece of clothes it's going to be like this color. If I'm going to get a sock, it's going to be something that's good like the one we got for...

EDDARKOUI: Yeah.

DANIEL BOYD: See? I have to think like that.

EDDARKOUI: Uh huh.

Boyd stated that during the above conversation he gestured to a piece of clothing he was wearing that was khaki in color. Boyd stated that he was talking about how to dress for camouflage and concealment. Boyd was asked by the interviewing agent if he had given this same advice to Ziyad Yaghi and Omar Hassan prior to their 2007 travel to Israel. Boyd stated that he

WDB00188

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011__ , Page ___17___

did not give them this specific information, but he did advise them
to travel light. Boyd then relayed that he saw a photograph of
Yaghi and Hassan that was taken as they were walking into the
airport to depart on this trip. Boyd stated that everything they
were wearing says, "I'm going for jihad, to look for a way to the
front." Boyd mentioned in particular how they wore khaki pants and
shirts, had their pants rolled up, wore boots, and had their hair
cut back. Boyd stated, "They looked just like Israeli settlers. It
was not benign."

Boyd reviewed the following portion of the consensual
recording identified by disk number 127:

DANIEL BOYD: These people know. The kuffar [24], they know that if you are a Muslim and you
understand what that mean, they know you're coming to kill them. They know it. There's no
question in their mind. They understand this din [9] very well.

EDDARKOUI: Yeah.

DANIEL BOYD: When the September 11th first happened, my brother, I told you. The one you
met at Mohammad's first wedding.

EDDARKOUI: Yeah.

DANIEL BOYD: You remember?

DANIEL BOYD: He was with-- he's a Pentagon worker. He has a lot of friends up in the military.
Alhamdulillah [3], it's good for me 'cause I get to talk to them and invite them to Islam and I get to
hear…'cause always they talk too much.

EDDARKOUI: [LAUGHTER]

DANIEL BOYD: Sahih [115]. So two of these guys, they are on a special committee to understand
Islam. They're paid to learn the din [9] of Islam. So my brother told them, look, you should talk to
my brother.

EDDARKOUI: [LAUGHTER]

DANIEL BOYD: And I play stupid. Yeah, I'd love to talk to them and call them to Islam. You
know?

EDDARKOUI: [LAUGHTER]

DANIEL BOYD: When I got to them, and they asked me what do you think about this situation
that's going on? I lied. I have to.

23095

WDB00189

4 15M-CE-90838-CRIM

EDDARKOUI: Yeah.

DANIEL BOYD: I have to. I said well this is not, uh. I said, you know like in anything you have extremists, and you know terrorists, and I gave him the whole story. You know that man told me, urn, we don't need your help.

EDDARKOUI: [LAUGHTER]

DANIEL BOYD: And when I found out reason is because they thought I don't know anything about Islam.

EDDARKOUI: [LAUGHTER]

DANIEL BOYD: You see that? Subhanallah [41].

EDDARKOUI: Uh huh.

DANIEL BOYD: Very smart. They are very smart.

EDDARKOUI: They know.

DANIEL BOYD: They know.

EDDARKOUI: Uh huh.

DANIEL BOYD: They wanted me to tell him the problem is, is that they're going to kill you like this. Or they're going to kill you like this. Or their tactic is to do this. This what they want.

EDDARKOUI: Yeah.

Boyd stated that in the above conversation, Boyd was telling Eddarkoui about his brother, Doug Boyd. Doug Boyd invited Boyd to speak to Kim Erskine and Ian Conway who worked for AMTI in North Carolina. Boyd talked to them in 2003 or 2004. Boyd told the interviewing agents that he agreed with things they said during this meeting because it was essentially a job interview for Boyd to be an advisor to them. Boyd further told the interviewing agents that he was not believing the really extreme ideology back at that time, but he twisted the story when he retold it to Eddarkoui to use it to his advantage.

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

23096

WDB00190

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page __19__

DANIEL BOYD: They love the dunya [11]. They hate mawt [507]. They love the dunya [11]. They hate qital [422]. This mean the same thing. What this have to do with salah [33]. And if what you're saying is true, it's the salah [33], okay, touché kutiba alaykum al-salah [317]. Kutiba alaykum al-kitab [317]. They can't win because it's haq [16] we speaking of.

EDDARKOUI: Yeah, it's the Qur'an.

DANIEL BOYD: Ahhh.

EDDARKOUI: The Qur'an.

DANIEL BOYD: So because of that, very few Husseinis, they show up.

EDDARKOUI: Ha ha.

DANIEL BOYD: Very few.

EDDARKOUI: Yeah.

DANIEL BOYD: Believe me. Ah, fifteen years now back in America, I am. I can count on two hands how many really came and understand what is the haq [16].

EDDARKOUI: Uh huh.

DANIEL BOYD: And from those two hands, one hand only who have gone to do something. Yeah. Allah say this in Qur'an.

[CLEARING OF THROAT]

DANIEL BOYD: From the people who understand is a few qalilan [653]. Qalil [653]? Qalil [653]?

EDDARKOUI: Qalilan [653] or qalil [653].

DANIEL BOYD: Qalil [653].

EDDARKOUI: Both of them.

DANIEL BOYD: There are very few, very few.

EDDARKOUI: Yeah.

DANIEL BOYD: Subhanallah [41]. So because of that, I try to push these young brother especially. Because the young brothers have the, zeal. I don't know this word in Arabic, wallahi [235]. Zeal mean, ah, 'izzatu-al Islam [549], you know. You have too...

23097

WDB00191

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On 03/10/2011 , Page 20

Boyd explained that in the above conversation, he was talking to Eddarkoui about Muslims that argue against jihad as an obligation. Boyd was saying that they love the material world, and they hate death. They love the material world, and hate fighting. Then Boyd recited a specific hadith to the effect that God says prayer is ordained upon you. Boyd told the interviewing agents that he was parroting Anwar Awlaki. Boyd stated that he got this hadith directly from the CD that was given to him by Ziyad Yaghi.

In the above conversation, Boyd went on to say that "...very few Husseinis, they show up." Boyd explained to the interviewing agents that he was expressing that there are very few people who have the correct understanding of jihad. Also, Boyd told Eddarkoui during the recorded conversation that he could count on one hand those that have gone to do something. Boyd stated that he was referring to those that went to wage jihad, and specifically, he was thinking at the time of the following people: Ziyad Yaghi, Omar Hassan, Jude Mohammed,                    , and Boyd stated that                    is an individual from              .

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: Look-- when I was 18 I don't care about anything, man, I said what is going on? Oh, that's what we have to do? [HANDS CLAP] Let's go, family. I left everything, man. I took the car, the furniture, and have open house. I open the front door. Wallahi [235], I open the front door and told all the brothers in masjid [29] come, buy everything. How much you want for this? How much you have? I said, just take it. It cost me 500. I don't care. I gonna only take this money and buy bitaqah [657] to Pakistan. And when I got there, now what we do? Let's find somebody. Ah, you...you with the beard and 'imamah [370]. Which way is Afghanistan from here? Huh?

[LAUGHTER]

DANIEL BOYD: Maybe thousand kilometers this way, you know. Ahhhahhh...you, you can't just ask questions like that.

[LAUGHTER]

DANIEL BOYD: Ha. I said, yeah, that's how I ask...because you have this energy.

EDDARKOUI: Yeah.

DANIEL BOYD: That's why I like to talk to them, and tell them. You know, Jude.

23098

WDB00192

4 15M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On 03/10/2011 , Page ___21___

EDDARKOUI: Hmm.

DANIEL BOYD: And those people like that, because they not afraid for the sake of Allah. You and I, we not afraid. But our age and the way Allah made the nas [448]...

EDDARKOUI: Uh huh.

DANIEL BOYD: ...we're gonna be more hadhir [113]. Allah says be hadhir [113].

EDDARKOUI: Tab'an [328].

DANIEL BOYD: He gives something to the youth. Abdullah Azzam, rahimahu Allah [125], he used to say that....

EDDARKOUI: Rahmatu Allah 'alayhi [125].

DANIEL BOYD: He used to say, look, I ask the 'ummah [45] for their 'ulama' [95].

[CLEARS THROAT]

DANIEL BOYD: Then I did ask them for their mutaqiin [76]. Who came to me? The shabab [144].

EDDARKOUI: The young people, yeah.

DANIEL BOYD: Not just the shabab [144], but the shabab [144] who don't know anything. But their iman [86].

EDDARKOUI: Is very high.

DANIEL BOYD: And their 'izzatu al-Islam [549] and their tawakkul 'ala Allah [142] is, is very high.

EDDARKOUI: Subhanallah [41].

DANIEL BOYD: So he said, so I take it. Why? Because I'm here for Allah.

[SNIFFLE]

DANIEL BOYD: This is what Allah wants to send me? It's enough. What wa [568] ma tawfiqi 'illa billah [381].

EDDARKOUI: Hmm.

DANIEL BOYD: And look, those children became the 'ulama' [95] today. The real 'ulama' [95].

23099

WDB00193

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On 03/10/2011 , Page 22

EDDARKOUI: Hmm.

Boyd stated that during the above conversation, he recited in Arabic that Allah says to take precautions. Boyd stated that this a verse Islamic extremists use to mean one should be careful in preparing to get to the battlefield. During this portion of the conversation, Boyd also parrots Anwar Awlaki, stating, "And look, those children became the 'ulama' today. The real 'ulama'." Boyd said he used this phrase to support that jihad is legitimate. Boyd stated that he was saying that these young men went and studied in the battlefield. They learned by action. When they returned, they opened the books and studied, so now they know more than their leaders. These are the mujahideen who got their experience in the first Afghanistan conflict. They are the ones who really know what they are talking about in regard to jihad.

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: And now it is their responsibility, and yours, and mine, and Hussein's for that matter, to make sure that their wives understand how to raise their children, that they understand how to raise their children, that their sons know that this life is only about 'ubudiyah [54]. It is not about anything else. It's to serve Allah. And in the condition that we are in, it is about nothing but jihad [172]. That's what it is for. When you eat, it's for jihad [172]. When you're making sex to your wife, it's about jihad [172]. Yeah. You're relieving yourself in a halal [211] way in hopes that Allah give you mujahidin [173]. Hey, if you're not thinking like this,...

EDDARKOUI: Yeah.

DANIEL BOYD: ...what you thinking like?

Boyd stated that in the above portion of the conversation, he was relaying to Eddarkoui that one should teach his wife and children that this life is only about worshipping God, prayer, and extreme jihad. Boyd stated that any like-minded person would understand this way of thinking in regard to jihad.

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: And I am very cautious of them.

EDDARKOUI: Hmm. Me, too.

23100

WDB00194

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On 03/10/2011 , Page 23

DANIEL BOYD: Because when you see their actions, if they don't match their words I have nothing to do with them. I don't want anything to do with them. You understand me? Lot of them will come and talk. They will come and talk, but then I will go around and watch how they are and see no way. [LAUGHTER] This one talking so much about jihad [172].

DANIEL BOYD: And he's smoking marijuana.

EDDARKOUI: La hawla wa la quwwata illa billah [91].

DANIEL BOYD: Yeah. And he's, ah, getting in Muslim gang fights.

EDDARKOUI: Uh.

DANIEL BOYD: These little Muslim gangs from Cary fighting this Muslim gang from Raleigh. Ay wallah [235]... And this one thinks he doing jihad [172]...this one...this one...Subhanallah [41]. So I stay away from these people. I want them to say, Saifullah, nothing...he know nothing about jihad [172]. I want them to think like that. Those ones.

[CLEARS THOAT]

DANIEL BOYD: You understand?

EDDARKOUI: Uh huh.

DANIEL BOYD: So I practice my sabr [180] as best I can. I fear Allah as best I can, and I try to prepare. I'll kill them here. I have no problem with that. For me, it's no problem. Because Allah say that. I bought from the believer their lives. Huh? For the jannah [20]. They kill...

EDDARKOUI: Uhhh.

DANIEL BOYD: ....and they are killed for the sake of Allah. I have no problem with this, ya akhi [2]. No mujahid [173] he worry about this.

Boyd stated that in the above conversation he was referring to Ziyad Yaghi when he said there are some who talk about jihad, but when you watch their actions they are smoking marijuana, etc. Furthermore, when Boyd stated, "I'll kill them here. I have no problem with that. For me, it's no problem. Because Allah say that. I bought from the believer their lives. Huh? For the jannah. They kill...and they are killed for the sake of Allah. I have no problem with this, ya akhi. No mujahid he worry about this.", he was referring to hypocritical Muslims and the overall kuffar. He was lumping them into one package.

Case 5:09-cr-00216-FL   Document 2217-26   Filed 01/19/16   Page 23 of 28

WDB00195

4 15M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd___ , On 03/10/2011 , Page 24

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: Really like this. These people. And it's the same way here. I'm sitting a long time trying to be patient, and I wait for people like Hussein and Jude. And there are others you don't know about. Alhamdulillah [3], they are gone. And it's better that way. Because they are the-- the future. What you teach him and he teach his son or his brother in Kosovo, or he mention amongst his friends, you getting barakah [140] for big time.

EDDARKOUI: Alhamdulillah [3].

DANIEL BOYD: This is what is…

UNKNOWN: [INTERRUPTION]

DANIEL BOYD: …the greatest lesson…

EDDARKOUI: Yeah.

DANIEL BOYD: …that we got from Abdullah Azzam, rahimuhu Allah [125], was khidmah [545].

EDDARKOUI: Khadamat [545].

DANIEL BOYD: Maktab khadamat [689].

EDDARKOUI: Maktab al-Khadamat [689].

DANIEL BOYD: He understands this, [laughs] salam [342].

EDDARKOUI: He was very, uh, we all love him, he was…well…very smart.

DANIEL BOYD: Very smart.

EDDARKOUI: I..I..I am trying to be…

DANIEL BOYD: You know what is khidmat [545], khidmat [545],…

EDDARKOUI: Service each other.

DANIEL BOYD: Service each other.

EDDARKOUI: Uh.

DANIEL BOYD: When I service you…

23102

WDB00196

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page __25__

[CLEARS THROAT]

DANIEL BOYD: ….and feed you…that food. And I know, and Allah knows best what is niyyah [134]. And I putting food in your mouth. And you go and you fight for the sake of Allah. I getting your ajr [321]. You get it too, alhamdulillah [3], but I share it with you.

EDDARKOUI: Yeah.

DANIEL BOYD: What you get, I also get.

EDDARKOUI: Yeah. That's what I'm trying to do.

DANIEL BOYD: Khidmah [545].

EDDARKOUI: You see, brother Saif. That's what I'm trying to do.

DANIEL BOYD: I know what you're trying to do.

EDDARKOUI: Yeah. If I can't...

DANIEL BOYD: Only I'm trying to make sure we try to do it with itqan [197], only.

     Boyd stated that in the above conversation, he was telling Eddarkoui that he is waiting for young men like Sherifi and Jude who are on the right track trying to get to the battlefield, and when he finds them he will help them. Boyd also said in the conversation that there were others besides Jude and Sherifi, that Eddarkoui did not know about. Boyd told the interviewing agents he was referring to the following individuals: Ziyad Yaghi, Omar Hassan,            and               During this conversation, Boyd also told Eddarkoui that he wants to make sure they do it with itqan. Boyd stated that this means to do it with excellence. Boyd meant that they need to help like-minded brothers in any way they can, because if they do they will also reap the blessings for having helped them in their path to jihad.

     Boyd reviewed the following portion of the consensual recording identified by disk number 127. Sherifi, Boyd, and Eddarkoui are present during this part of the conversation:

DANIEL BOYD: Look. If-- if you can easily go to Kosovo, and you can access your banking with your debit card, and it's easy for us to take another debit card that you have…

SHERIFI: Uh huh.

23103

WDB00197

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011__ , Page ___26___

DANIEL BOYD: ...and put money in on the side. It's very easy. There's no problem. We can send anybody to do it. It's done electronically. You know?

SHERIFI: Uh huh.

DANIEL BOYD: And now the kuffar [24], they watch every little thing. So it's, it's kind of good for us because it means we can go back to the old ways. If you do anything electronically, they... there's a record.

UNKNOWN: Uh huh.

DANIEL BOYD: It means that if I take my account and send one thousand dollars from my account to Hussein's account, they know it came from me. You understand?

UNKNOWN: Yeah.

DANIEL BOYD: And they will trace this. If an envelope with thousand...ten, one hundred dollar bills gets deposited into the ATM machine, huh? And the camera cannot see who's depositing it. Mashi [290] to his account, they can know somebody's putting it there but don't know who. It's the old way. You see? Cash.

[LAUGHTER]

EDDARKOUI: Yeah.

DANIEL BOYD: And it works. It's how we use to be. We used to put cash in the ATM machine, you know, in an envelope, and wait for the people the next day to open it and count it and put it in our accounts.

EDDARKOUI: I was -- I was thinking about something you told me before.

DANIEL BOYD: [INAUDIBLE]

EDDARKOUI: What if we open an account in another name?

DANIEL BOYD: Yeah. It's good.

EDDARKOUI: An American name.

DANIEL BOYD: The problem now is that, um, [CLEARS THROAT] every account...If you go to the banks you'll see notices everywhere now. You must show them proof of who you are.

EDDARKOUI: Uh huh.

DANIEL BOYD: So that means we will have to have at least-- at least a fake identification card,

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On _03/10/2011_ , Page __27__

huh? A fake social security card, and another form depending on what they ask for.

[CLEARS THROAT]

DANIEL BOYD: And it means that they have access to it. You understand? So you will need an address. It cannot be a P.O. box. It's a big deal. It means you really have to have this fake human being, you know?

EDDARKOUI: So what-- what if we open it with a real man with everything is his, his address and everything.

DANIEL BOYD: Yeah? Who's-- who's this real man?

EDDARKOUI: Ahhh.

DANIEL BOYD: Ya'ni [195] mathalan [695].

EDDARKOUI: I was thinking about somebody, but...

DANIEL BOYD: So then they find out that he's funneling money, and they say, listen. What kind of business are you doing in Kosovo that you always? How are you taking money out from Kosovo? You're in America. You cannot reach over there and pull money from ATM. Who's pulling that money out for you? You understand?

EDDARKOUI: I was thinking about, uh, Brother Salahudin.

DANIEL BOYD: That's for...here, you mean?

EDDARKOUI: Yeah.

DANIEL BOYD: Okay, but...

EDDARKOUI: [INAUDIBLE]

DANIEL BOYD: ...let me explain over there.

SHERIFI: It would have to be someone from--.

Boyd stated that in the above conversation, he, Eddarkoui, and Sherifi were discussing how to develop a safe way to get money to the brothers in Kosovo who were ready to fight jihad. Boyd stated that Sherifi previously told them that the brothers in Kosovo needed money and men. Boyd said this conversation was done in preparation for Sherifi's return trip to Kosovo that was scheduled for July 2009. They discussed how to set up an account,

23105

415M-CE-90838-CRIM

Continuation of FD-302 of ___Daniel Patrick Boyd_____ , On 03/10/2011 , Page 28

the type of fake documents that might be required to open an account, and how to withdraw money from the account. The purpose of the conversation was to find a safe way to get money to Sherifi for the purpose of jihad, without alerting law enforcement.

Boyd reviewed the following portion of the consensual recording identified by disk number 127:

DANIEL BOYD: Okay? When I went to Philistine, the first thing I did was I went and I met this man. He had nothing to do with Islam and jihad [172]. Nothing. He's a business man, and he does construction in Philistine. And I asked him, how is it that I can do business here? Is it good? Can I bring my expertise and some money to Philistine and make a construction company? And I'm just pulling his chain, only, so that I can say, yeah, I did go there, and I talked to this man about business. That's why I'm there. Because my heart want to rebuild Philistine for those poor people. They know how...

Boyd stated, referencing the above conversation, that he did talk to Abdul Karim, a friend of Marwan Mubarak's in Palestine, about construction business in Palestine. Boyd stated that he did so in case he moved his family there. The purpose of the conversation with Abdul Karim was to find out if Boyd could make a living there.