IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-216-FL-8
No. 5:15-CV-523-FL

| | |
|---|---|
| ZIYAD YAGHI, | ) |
| | ) |
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent | ) |

For good cause having been shown upon the motion of the petitioner for leave to file a supplemental memorandum in support of his objections to the Report and Recommendation (D.E. 2268), it is hereby

ORDERED that the petitioner have up to and including July 23, 2018 to file a supplemental memorandum. The government may file a response thereto on or before August 13, 2018.

SO ORDERED, this the 13th day of July, 2018.

LOUISE W. FLANAGAN
United States District Judge