UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ZIYAD YAGHI
        Petitioner
  v.

UNITED STATES OF AMERICA
        Respondent

**Judgment in a 2255 Action**

Criminal Case No. 5:09-CR-216-8FL
Civil Case No.     5:15-CV-523-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the petitioner's motion to vacate under 28 U.S.C. § 2255, the respondent's motion to dismiss or in the alternative motion for summary judgment and on the memorandum and recommendation of United States Magistrate Judge

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's classified order entered on March 29, 2019, that petitioner's motion to vacate under 28 U.S.C. § 2255 is denied and respondent's motion to dismiss or in the alternative for summary judgment is granted. A certificate of appealability is denied.

This Judgment Filed and Entered on March 29, 2019, with service on:
Robert J. Boyle (via CM/ECF Notice of Electronic Filing)
Raymond C. Tarlton (via CM/ECF Notice of Electronic Filing)
Amy N. Okereke (via CM/ECF Notice of Electronic Filing)

March 29, 2019                                /s/ Peter A. Moore, Jr.
                                                                          Clerk