

Phone (919) 645-1700
Fax (919) 645-1750

Peter A Moore, Jr.,
Clerk of Court

**United States District Court**
**Office of the Clerk**
PO Box 25670
Raleigh, NC 27611

November 4, 2020

**Ziyad Yaghi  51771-056**
**FCI Ray Brook**
**Federal Correctional Institution**
**PO Box 900**
**Ray Brook, New York 12977-0900**

  **RE:** USA v. Ziyad Yaghi   5:09-CR-216-FL-8

Dear Mr. Yaghi:

  The court is in receipt of your recent letter in the above-referenced matter.

  You are requesting *[DE 2343 – 10/28/2020] Pro Se Motion to Amend DE 2207 Motion to Vacate under 28 U.S.C. § 2255* which is five pages long (5 pgs.) and comes to a total of **$2.50** based on the Judicial Conference rate of $0.50/page. Please make your check or money order in the amount of **$2.50**, made payable to: **Clerk, U. S. District Court**, and mail it to the address below:

  **Attention:  Copy Request System**
  United States Clerk's Office
  P.O. Box 25670
  Raleigh, NC 27611

  **Please be sure to include your name, case number, documents you are requesting, and the address where you would like the copies sent.**

  If this office can be of further assistance to you, please do not hesitate to contact us.

          Sincerely yours,

          Peter A. Moore, Jr.,

          Clerk of Court

PAM/jab