IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
DEC 22 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| ZIYAD YAGHI, | ) |
|     Petitioner, | ) No.: 5:09-CR-216-FL-8 <br> ) No.: 5:15-CV-523-FL |
| v. | ) NOTICE OF APPEAL |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

Now Comes, the defendant/petitioner and APPEALS the denial of his motion to amend his 28 U.S.C. § 2255 action. (Dkt. Nos. 2343, 2350)

The order denying Yaghi's motion to amend was entered 12/1/20 by the Honorable Louise W. Flanagan. (Dkt. No. 2350)

Appended hereto, for filing in the Appeals Court, is Yaghi's Application for a Certificate of Appealability pursuant Local Rules of the Fourth Circuit Court of Appeals, Rule 22(a), along with a copy of Judge Flanagan's order denying his motion to amend.

DATE: 12/11/20

Respectfully submitted,

Ziyad Yaghi, pro se
Reg. No.: 51771-056
FCI-Ray Brook, P.O. Box 900
Ray Brook, NY 12977