FILED: December 23, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-7880
(5:09-cr-00216-FL-8)
(5:15-cv-00523-FL)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ZIYAD YAGHI

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:09-cr-00216-FL-8<br>5:15-cv-00523-FL |
| Date notice of appeal filed in originating court: | 12/22/2020 |
| Appellant(s) | Zyad Yahgi |
| Appellate Case Number | 20-7880 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |