# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

December 28, 2020

_____

SUPPLEMENTAL RECORD REQUEST
_____

No. 20-7880,    US v. Ziyad Yaghi
                5:09-cr-00216-FL-8, 5:15-cv-00523-FL

TO:      Peter A. Moore

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

**Presentence Investigation Report (PSR)**

If there is any problem with transmission of the supplemental record, please notify me.

Jeffrey S. Neal, Deputy Clerk
804-916-2729