FROM: 51771056
TO: Warden
SUBJECT: ***Request to Staff*** YAGHI, ZIYAD, Reg# 51771056, RBK-N-B
DATE: 03/03/2021 10:16:16 AM

**(EXHIBIT A)**

To: Warden Christensen
Inmate Work Assignment: education

Warden Christensen,
I submitted a hand-written "request to staff" form to the warden in January 2021 regarding Compassionate Release pursuant to 18 U.S.C. section 3582. To this day, I have still not received a response granting or denying relief. Have you had a chance to consider and move my request?
Please consider this re-submitted request for compassionate release pursuant to 18 U.S.C. section 3582. Thank you.