

## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: YAGHI, ZIYAD  51771-056

SEQUENCE: 01737237
Team Date: 02-24-2021

(EXHIBIT C)

| | |
|---|---|
| Facility: | RBK  RAY BROOK FCI |
| Name: | YAGHI, ZIYAD |
| Register No.: | 51771-056 |
| Age: | 33 |
| Date of Birth: | 01-22-1988 |

| | |
|---|---|
| Proj. Rel. Date: | 11-07-2036 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | CLP02682 / 04-10-2012 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RBK | EDUC PM | EDUCATION PM | 11-22-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RBK | ESL HAS | ENGLISH PROFICIENT | 07-24-2012 |
| RBK | GED EARNED | GED EARNED IN BOP | 05-11-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| RBK | C | GREAT GATSBY | 12-01-2020 | 12-16-2020 |
| RBK | C | NATIVE SUN | 10-15-2020 | 11-18-2020 |
| RBK | C | NATURAL DISASTERS | 09-01-2020 | 09-30-2020 |
| RBK | C | FUNDAMENTALS OF SCI & PHYSICS | 02-04-2020 | 09-18-2020 |
| RBK | C | GRAMMAR WRITING | 05-19-2020 | 09-18-2020 |
| RBK | C | EARLY AMERICAN HISTORY PART 2 | 08-01-2020 | 08-27-2020 |
| RBK | C | EARLY AMERICAN HISTORY PART 1 | 07-01-2020 | 07-20-2020 |
| RBK | C | BUSINESS LAW 1 R 7:30-10:30 | 01-22-2020 | 06-24-2020 |
| RBK | C | MARKETING ESSENT. W-12:30-3:30 | 01-22-2020 | 06-24-2020 |
| RBK | C | SMALL BUS. MGMT F-7:30-10:30 | 01-22-2020 | 06-24-2020 |
| RBK | C | PER/FAM HEALTH M 12:30-3:30 | 01-22-2020 | 06-24-2020 |
| RBK | C | INTRO FILM R-12:30-3:30 | 01-23-2020 | 06-24-2020 |
| RBK | C | FAMOUS ATHLETES | 05-04-2020 | 05-27-2020 |
| RBK | C | WWII | 05-04-2020 | 05-27-2020 |
| RBK | C | WWI | 05-04-2020 | 05-27-2020 |
| RBK | C | AFRICAN AMERICAN HISTORY | 05-04-2020 | 05-27-2020 |
| RBK | C | SPACE ADDRESS | 05-04-2020 | 05-27-2020 |
| RBK | C | FUNDAMENTALS OF SCI & PHYSICS | 12-03-2019 | 01-22-2020 |
| RBK | W | PRODUC. COMPUTING TR 5:00-8:00 | 08-30-2019 | 11-05-2019 |
| RBK | W | ADVERTISING | 09-03-2019 | 11-05-2019 |
| RBK | W | HUMAN RESOURCE MAN M-5:30-8:00 | 08-30-2019 | 11-05-2019 |
| RBK | W | SMALL BUS.ACCOUNT MW 1230-330 | 08-30-2019 | 11-05-2019 |
| RBK | C | VALUES,GOAL SETTING, & ACHIEVE | 09-09-2019 | 10-07-2019 |
| RBK | C | ELEMENTARY STATS W 7:30-10:30 | 05-14-2019 | 08-21-2019 |
| RBK | C | SPEECH FUND  TR 7:30-9:30 | 05-14-2019 | 08-21-2019 |
| RBK | C | INT. MACROECONOMICS MW 500-800 | 05-14-2019 | 08-21-2019 |
| RBK | C | BUSINESS MATH M/W 5:30-7:30 | 05-14-2019 | 08-21-2019 |
| RBK | C | PROBLEM SOLVING&DECISION MAKE | 08-12-2019 | 08-21-2019 |
| RBK | C | ACT READING FOR INFORMATION | 05-15-2019 | 06-01-2019 |
| RBK | C | ACT LOCATING INFORMATION | 05-15-2019 | 06-01-2019 |
| RBK | C | VICTIM AWARENESS & RESTITUTION | 05-29-2019 | 06-26-2019 |
| RBK | W | LES MISERABLES | 03-05-2019 | 06-17-2019 |
| RBK | C | BUS LAW II M/TH 7:30-10:30 | 01-18-2019 | 05-31-2019 |
| RBK | C | INTRO MICROECONOMICS W 530-800 | 01-18-2019 | 05-31-2019 |
| RBK | C | PSY PER GROWTH T 5:30-8:00 | 01-18-2019 | 05-30-2019 |
| RBK | C | ENGLISH COMP 1 MW 12:30-2:30 | 01-18-2019 | 05-28-2019 |
| RBK | C | ANGER MANAGEMENT | 04-03-2019 | 05-20-2019 |



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: YAGHI, ZIYAD  51771-056

SEQUENCE: 01737237
Team Date: 02-24-2021

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| RBK | C | WRITING WORKSHOP -AIR | 04-10-2019 | 04-11-2019 |
| RBK | C | AVP ADVANCED | 03-19-2019 | 03-21-2019 |
| RBK | C | MONEY MANAGMENT SKILLS | 03-01-2019 | 04-03-2019 |
| RBK | C | MALCOLM X | 02-01-2019 | 03-05-2019 |
| RBK | C | COUNSELING IND. COMM. REENTRY | 02-11-2019 | 02-28-2019 |
| RBK | C | JOB PLACEMENT ASSISTANCE | 01-14-2019 | 02-07-2019 |
| RBK | C | ACT APPLIED MATHEMATICS | 08-20-2018 | 11-01-2018 |
| RBK | C | EMPLOYMENT SKILLS | 11-14-2018 | 01-07-2019 |
| RBK | C | WRITING ABOUT PLACES | 03-28-2018 | 05-03-2018 |
| RBK | W | ACT LOCATING INFORMATION | 09-07-2018 | 12-03-2018 |
| RBK | C | RESUME REALITIES | 11-09-2018 | 11-14-2018 |
| RBK | C | INTRODUCTION TO SPANISH | 08-09-2018 | 10-12-2018 |
| RBK | C | AVP BASIC | 07-10-2018 | 07-17-2018 |
| FLP | C | WELLNESS CLASS AM | 07-17-2017 | 09-04-2017 |
| FLP | C | ABDOMINALS CLASS 1 | 07-17-2017 | 09-07-2017 |
| FLP | C | AEROBIC CLASS 1 | 04-26-2017 | 06-14-2017 |
| FLP | C | HEALTH AND NUTRITION | 04-26-2017 | 06-14-2017 |
| FLP | C | 7 HABITS ON THE INSIDE | 02-07-2017 | 05-16-2017 |
| FLP | C | PROFESSOR TEACHES PUBLISHER | 11-28-2016 | 12-12-2016 |
| FLP | C | SOFT SKILLS FOR THE WORKPLACE | 10-12-2016 | 11-29-2016 |
| FLP | C | THE OLYMPIC GAMES | 08-16-2016 | 08-16-2016 |
| FLP | C | GED SHERIDAN 2:00-3:30PM | 11-23-2015 | 05-11-2016 |
| FLP | C | KEYBOARDING 2-3PM | 01-04-2016 | 03-14-2016 |
| FLP | C | PROFESSOR TEACHES EXCEL 2-3PM | 01-04-2016 | 03-14-2016 |
| MCR | C | CROCHET CLASS WED/THURS 6-8 P | 02-25-2015 | 04-15-2015 |
| CLP | C | ADVANCED CIRCUIT TRAINING | 10-16-2013 | 11-20-2013 |
| CLP | C | INTERMEDIATE CIRCUIT TRAINING | 09-12-2013 | 10-16-2013 |
| CLP | C | BEGINNING LEATHER CLASS | 09-02-2013 | 10-14-2013 |
| CLP | C | BEGINNING CIRCUIT TRAINING | 07-26-2013 | 09-05-2013 |
| CLP | C | BEGINNING CIRCUIT TRAINING | 04-05-2013 | 06-07-2013 |
| CLP | C | RPP HEALTH/NUTRITION #1 | 05-13-2013 | 05-13-2013 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-09-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-12-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-09-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-08-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-18-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-06-2012 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 02-14-2013 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** PART   FINANC RESP-PARTICIPATES   **Start:** 09-11-2018
Inmate Decision: **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months:   **$50.00**   Obligation Balance: **$7,648.92**



# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: YAGHI, ZIYAD  51771-056

SEQUENCE: 01737237
Team Date: 02-24-2021

| Most Recent Payment Plan | | | | | |
|---|---|---|---|---|---|

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $140.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $8,000.00 | $7,648.92 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-08-2020 | RBK | PAYMENT | INSIDE PMT | $25.00 |
| | 09-09-2020 | RBK | PAYMENT | INSIDE PMT | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months:  $1,685.60          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Progress since last review

Inmate Yaghi remains assigned to the Education Department with no Good reports on file. He completed the Money Smart class and is on the waiting list for Parenting and Anger Management classes. Inmate Yaghi continues to make all FRP payments according to his contract. He saved money for release purposes and has an account balance of $1,119.43.

### Next Program Review Goals

Inmate Yaghi has a limited employment history and should continue to work in Education throughout incarceration receiving Good work reports. He should enroll in both Parenting and Anger Management classes when called and complete within the allotted time frame. He should save money for release purposes and have an account balance of at least $1,200 by 08/2021.

### Long Term Goals

Inmate Yaghi has a limited employment history and should enroll in a VT program by 08/2021 and complete by 12/2022. Additionally, he should save money for release purposes and have an account balance of at least $ 2,600 by 11/2036.

### RRC/HC Placement

### Comments

Male Custody Classification Form will be reviewed in 08/2021.

Inmate Yaghi is a Naturalized U.S. Citizen.

Judicial Recommendation of RDAP and completed the Basic Drug Abuse Education course in 02/2013.

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
__ Any history of Bankruptcy
__ No bank account
__ No assets nor liabilities noted in PSR
__ Debts noted in Credit Report or other sources
__ Tax Liabilities/back taxes
__ Unpaid alimony/child support
__ other indications of lack of financial management skills (specify)
_____

YES _____  NO ___X____  (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need

**Individualized Needs Plan - Program Review (Inmate Copy)**
SEQUENCE: 01737237
Dept. of Justice / Federal Bureau of Prisons
Team Date: 02-24-2021
Plan is for inmate: YAGHI, ZIYAD 51771-056

Name: YAGHI, ZIYAD
Register No.: 51771-056
Age: 33
Date of Birth: 01-22-1988

DNA Status: CLP02682 / 04-10-2012

Inmate (YAGHI, ZIYAD. Register No.: 51771-056)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

Archived as of 02-28-2021 Individualized Needs Plan - Program Review (Inmate Copy) Page 4 of 4

June 24, 2020

Dear Yaghi, Ziyad H

On behalf of all us at North Country Community College, please accept my heartfelt congratulations on being named to the President's List at North Country Community College for the Spring 2020 semester! It takes much in the way of effort and commitment to one's studies to perform at such a high level and it is gratifying to all of us to witness and celebrate your success.

In addition to receiving this letter, notice of your placement on the President's List will become part of your permanent record.

Best wishes for continued success in the future.

Sincerely,

*Joe Keegan*

Joe Keegan
President

JK: lm

Advisor: SCP Team Members

Office of the President | 23 Santanoni Avenue, PO Box 89, Saranac Lake, New York 12983
www.nccc.edu | president@nccc.edu | 518-891-2915 ext. 1201
Case 5:09-cr-00216-FL   Document 2362-3   Filed 03/22/21   Page 5 of 6

North Country Community College
23 Santanoni Avenue
P O Box 89
Saranac Lake NY 12983-0089
518-891-2915
518-891-4236

9/2/2020  **STUDENT ADVISOR TRANSCRIPT**  Page 1 of 1

**Student Name:** Yaghi, Ziyad H  **Student ID:** 139888

**Provided Solely for:**
ZIYAD H YAGHI

**Major:** AAS Entrepreneurship Management (SL)
**Advisor:** _CF-FCl

### *** Undergraduate ***

#### Term: SP-19
| | | | | |
|---|---|---|---|---|
| BUS | 204 | Business Law II | 3.00 | A |
| ECO | 102 | Intro Microeconomics | 3.00 | A |
| ENG | 101 | English Comp I | 3.00 | A |
| PSY | 130 | Psych of Personal Growth | 3.00 | A |

Validation: President's List - ,
0.00 --

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 48.00 | 4.000 |
| CUM: | 12.00 | 12.00 | 12.00 | 48.00 | 4.000 |

#### Term: SU-19
| | | | | |
|---|---|---|---|---|
| BUS | 110 | Quantitative Business Skills | 3.00 | A |
| ECO | 101 | Intro Macroeconomics | 3.00 | A |
| ENG | 105 | Speech Fundamentals | 3.00 | A |
| MAT | 121 | Elementary Statistics | 3.00 | A |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 48.00 | 4.000 |
| CUM: | 24.00 | 24.00 | 24.00 | 96.00 | 4.000 |

#### Term: FA-19
| | | | | |
|---|---|---|---|---|
| BUS | 154 | Small Business Accounting | 3.00 | W |
| BUS | 211 | Human Resource Mgmt | 3.00 | W |
| BUS | 214 | Advertising | 3.00 | W |
| CIS | 130 | Productivity Computing | 3.00 | W |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| CUM: | 36.00 | 24.00 | 24.00 | 96.00 | 4.000 |

#### Term: SP-20
Academic Standing: Good Academic Standing - ,
0.00 --

| | | | | |
|---|---|---|---|---|
| BUS | 203 | Business Law I | 3.00 | A |
| BUS | 212 | Marketing Principles | 3.00 | A |
| BUS | 215 | Small Business Mgmt | 3.00 | S |
| HED | 100 | Personal & Family Health | 3.00 | A |
| HUM | 100 | Intro Film | 3.00 | A |

Validation: President's List - ,
0.00 --

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 15.00 | 15.00 | 12.00 | 48.00 | 4.000 |
| CUM: | 51.00 | 39.00 | 36.00 | 144.00 | 4.000 |

#### Term: FA-20
| | | | | |
|---|---|---|---|---|
| BUS | 211 | Human Resource Mgmt | 3.00 | -- |
| BUS | 214 | Advertising | 3.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 6.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| CUM: | 57.00 | 39.00 | 36.00 | 144.00 | 4.000 |

*** End of Undergraduate ***

The Family Educational Rights and Privacy Act of 1974 (as amended) prohibits the release of this information without the student's written consent. An official transcript must include the signature of the registrar and the raised seal of the college. This document reports academic information only.