ZIYAD YAGHI
PRISONER NO.: 51771-056
FCI-RAY BROOK, P.O. BOX 900
RAY BROOK, NY 12977

March 15, 2021

Clerk's Office
United States District Court for the
Eastern District of North Carolina (Western Division)
413 Middle Street
New Bern, NC 28560

RE: <u>United States v. Ziyad Yaghi</u>
   No.: 5:09-CR-00216-FL-8

Dear Sir/Madam,

　　Please find enclosed, for filing, my Motion for Resentencing pursuant 18 U.S.C. § 3582(c)(1)(A)(i), along with Certificate of Service.

　　Thank you.


Very Truly Yours,

*[signature]*
Ziyad Yaghi


<u>Enclosure</u>