UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-00216-FL-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| ZIYAD YAHGI | ) | |

PLEASE TAKE NOTICE that the undersigned attorney, Nardine Mary Guirguis, has been appointed through the Criminal Justice Act and will be representing the defendant, Ziyad Yahgi, pursuant to Standing Order 19-SO-3, to determine whether the Defendant may qualify to seek a reduction of sentence.

This 26th day of March 2021.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
PANEL Attorney
434 Fayetteville St., Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
nardine@guirguislaw.com

*Designation: CJA Appointed*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon The United States Attorney for the Eastern District of North Carolina via electronic mail to the address below:

>Joshua B. Royster
>Assistant United States Attorney
>150 Fayetteville Street, Suite 2100
>Raleigh, North Carolina 27601
>Joshua.royster@usdoj.gov

This 26th day of March 2021.

>GUIRGUIS LAW, PA
>
>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis