FILED: June 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7880
(5:09-cr-00216-FL-8)
(5:15-cv-00523-FL)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ZIYAD YAGHI

    Defendant - Appellant

_____

TEMPORARY STAY OF MANDATE

_____

    Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*