FILED: July 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7880
(5:09-cr-00216-FL-8)
(5:15-cv-00523-FL)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ZIYAD YAGHI

      Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Keenan, Judge Wynn, and Judge Floyd.

      For the Court

      /s/ Patricia S. Connor, Clerk