# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Criminal No. 5:09CR00216-008FL
#### Civil No. 5:09-CV-523(FL)

ZIYAD YAGHI,     )
    Petitioner,  )
         )
   v.      )
         )
UNITED STATES OF AMERICA, )
    Respondent.  )

## PARTIES' JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE

Undersigned counsel for the parties have conferred and jointly move for entry of an order approving the following briefing schedule related to Petitioner's motion for compassionate release [D.E. 2362].

1. The Respondent, United States of America, shall file any response to the motion for compassionate release on or before May 22, 2023.

2. The Petitioner shall file any reply on or before June 19, 2023.

Respectfully submitted, this 3rd day of April, 2023.

**Counsel for Petitioner**

*/s/ Mudassar Toppa*
**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES,**
**INC.**
Mudassar Toppa
Shezza Abboushi Dallal
Naz Ahmad
CUNY School of Law
2 Court Square
Long Island City, NY 11101
T: (718) 340-4021
F: (718) 340-4478
E: Mudassar.Toppa@law.cuny.edu

**TIN FULTON WALKER & OWEN**
Carole Melissa Owen
301 E. Park Avenue
Charlotte, NC 28203
T: 704-338-1220
F: 704-338-1312
E: cmowen@tinfulton.com

**ELBIALLY LAW OFFICE, PLLC**
Marwa Elbially
704 East 15th Street, Suite 204
Plano, Texas 75074
T: 972-423-7330
E: info@elbiallylaw.com

**Counsel for United States**

*/s/Benjamin J. Higgins*
BENJAMIN J. HIGGINS
Special Assistant United States
Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4043
Email: benjamin.higgins2@usdoj.gov
Massachusetts Bar # 690969

#